Lee Declaration

Exhibit 3

(File Under Seal)