UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANDAI NAMCO ENTERTAINMENT AMERICA INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ATGAMES HOLDINGS, LTD.,<br><br>        Defendant. | Case No. 19-cv-05898-VC<br><br>**ORDER DENYING MOTION TO SEAL**<br>Re: Dkt. No. 22 |

AtGames's motion to seal is denied without prejudice for failure to comply with Judge Chhabria's standing order. *See* Standing Order for Civil Cases Before Judge Vince Chhabria, ¶¶ 29-31; *Center for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016). AtGames may file a renewed sealing request with narrowly tailored redactions within seven days. Absent a renewed sealing request, AtGames must file unredacted versions of its papers on the docket within seven days.

    **IT IS SO ORDERED.**

Dated: November 20, 2019

                                                                                      VINCE CHHABRIA
                                                                                      United States District Judge