# Bandai Namco v. AtGames

Case No. 3:19-cv-05898-VC

---

# Lee Declaration

# Exhibit 3

# (Redacted)

**From:** Shoya Yamazaki <syamazaki@bandainamcoent.com>
**Sent:** Tuesday, July 17, 2018 2:47 PM
**To:** sherry.hsu@atgames.net
**Subject:** ▮▮ or Arcade

Hi Sherry,

Thank you for your call.

Here is my advice regarding using ▮▮ version.

Our JP team's instruction is,

Please refer to arcade version for your plug and play.

JP team won't officially say "Please use an emulator to extract game data", but using an emulator is ok.

Porting ▮▮ version and make revisions to ▮▮ version in order to make games look like arcade version are gray area.

(Since this is gray area, I assume JP team won't ask a lot regarding this point)

The important thing is AtGames should keep saying that AtGames is referring to Arcade version, not ▮▮ version, whether you port the game data from ▮▮ or not.

The reason why At Games has to refer to Arcade version, not ▮▮ version, is because BNE owns the complete right of arcade versions.

Regarding ▮▮ versions, even JP team doesn't know if the rights are completely owned by BNE or not.

There might be ▮▮▮▮▮, developers, or other 3rd parties who can insist their rights, and it would take time for JP team's side to clear out the situation around the rights.

Hope that the above explanation clarifies.

Regards,

Shoya

**Shoya Yamazaki** / IP Strategy

BANDAI NAMCO Entertainment America Inc.
Office: 408.235.2153
2051 Mission College Blvd, Santa Clara, CA 95054