# Bandai Namco v. AtGames

## Case No. 3:19-cv-05898-VC

---

# Lee Declaration

# Exhibit 4



Skip to main content

All

EN Hello, Manny
Account & Lists Orders Prime 0 Cart

Deliver to Manny
Thousand ... 91362

Whole Foods Browsing History Today's Deals

$100 gift card upon approval

Arcade1Up Cabinet & Branded Riser (Pac-Man) › Customer reviews

## Customer reviews

3.9 out of 5

20 customer ratings

| | |
|---|---|
| 5 star | 59% |
| 4 star | 12% |
| 3 star | 7% |
| 2 star | 0% |
| 1 star | 22% |

Arcade1Up Cabinet & Branded Ri...

by Arcade1Up

Color: Pac-man Change

Price: $369.99

Add to Cart

Add to Wish List

Write a review

### Top positive review

See all 15 positive reviews ›

Tony Ramos

**Easy assembly. Great quality.**

June 4, 2019

Second machine I bought from Arcade 1up. Great quality, I prefer using a stool instead of 1' riser. Takes about 20 mins to assemble.

13 people found this helpful

### Top critical review

See all 5 critical reviews ›

LISA MAURINO

**Pac Man machine issues**

May 20, 2019

I purchased this machine as a gift. When it arrived we assembled it and noticed the joystick controller wasn't working properly. I contacted the seller and was instructed to go through Amazon. Amazon exchanged the unit for a new one with in a few days. After assembling another arcade machine we found a another issue. The game turned on and worked perfectly for 1 game. After that the machine would not turn on again. I

32 people found this helpful

reolink 100% Green & Cost-Effective Home Security

Reolink Argus Eco+Solar Panel Outdoor Solar Ba...
82
$94.99
Add to Cart

Ad feedback

Search customer reviews Search

SORT BY FILTER BY

Top rated | All reviewers | 1 star only | All formats | Text, image,...

Showing 1-4 of 4 reviews (1 star). Clear filter

LISA MAURINO

**Pac Man machine issues**

May 20, 2019

Color: Pac-man **Verified Purchase**

I purchased this machine as a gift. When it arrived we assembled it and noticed the joystick controller wasn't working properly. I contacted the seller and was instructed to go through Amazon. Amazon exchanged the unit for a new one with in a few days. After assembling another arcade machine we found a another issue. The game turned on and worked perfectly for 1 game. After that the machine would not turn on again. I finally just contacted amazon to pick this game up and refund the money.

32 people found this helpful

Helpful Comment Report abuse

Christopher Merritt

**Terrible experience**

July 24, 2019

Color: Galaga **Verified Purchase**

### Questions? Get fast answers from reviewers

What do you want to know about Arcade1Up Cabinet & Branded Riser (Pac-Man)?

See all 16 answered questions Ask

### Customers also viewed these items

Arcade1Up Cabinet Riser - Compatible with all Classic Cabinets, 1ft
by Arcade1Up
25

Arcade1Up Deluxe Edition 12-in-1 Arcade Cabinet with Riser, 5 feet
by Arcade1Up
$319.95
24

Arcade1Up Pac-Man - Classic 2-in-1 Home Arcade, 4ft
by Arcade1Up
$299.00
13

The box came a little beat up. I followed their instructions and put everything together. It's not huge, but it can be a frustrating process. Only once I had it together did I notice it wasn't working. I reached out to the manufacturer and they had some fairly involved requirements for replacing the broken part. I took pics and a video. My first road block was the video wasn't the right "format" (as if I had any control over the video format my phone uses). About a week after my initial contact I was told they would send a part. Another two weeks later I received a PCB with NO instructions on installation. Without instructions I was unsure where the new board went. Once I figured it out and replaced the board I discovered that it didn't solve the problem. I have a background in electronics and went ahead and tracked down the connection that was causing the issue. Again, I took pictures and 2 more videos. I sent them along with an detailed message and again was told the "format" of the video was incorrect and that I needed to send a "10-12 sec video, less than 50mb, in MOV format". Luckily, Amazon had my back and I was able to return this overly expensive, poorly manufactured, nostalgia cash grab.

12 people found this helpful

| Helpful | | Comment | Report abuse |

 Robert J. Esposito

**Screen damaged**

September 17, 2019
Color: Pac-man    **Verified Purchase**

The screen has an extremely heavy film and scratches all over which is causing very poor picture quality. Plus there are pixels on the screen that aren't lighting up and extra pixels on the side of the screen. That are frozen.

I contacted Arcade 1up and they told me I have to contact the store/seller to exchange or refund. I don't know how to proceed but the quality of this unit is very disappointing. I just want the screen replaced and have it meet a basic quality standard. After going back and forth with them I'm following their suggestion and contacting the seller. Please help



| Helpful | | Comment | Report abuse |

 samuel

**Scam doesn't work**

August 19, 2019
Color: Pac-man    **Verified Purchase**

It never worked. Tried to return. And window closed.

One person found this helpful

| Helpful | | Comment | Report abuse |

‹ **See all details for Arcade1Up Cabinet & Branded Riser (Pac-Man)**

Back to top

---

Arcade 1Up Golden Tee Classic
Arcade with Riser, 5ft
by Arcade 1Up
17

Official Pac-Man Quarter Size
Arcade Cabinet (17" tall)
by quarter arcades
$214.92
4

Need customer service? Click here

---

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Self-Publish with Us                                                                                          Help

› See More

---

| English | United States |
| --- | --- |

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions | Advertising | Cloud storage | Score deals | Books, art | Audiobook | Actionable Analytics |
| of songs | Find, attract, and | from Amazon | on fashion brands | & collectibles | Publishing | for the Web |
|  | engage customers |  |  |  | Made Easy |  |
| Sell on Amazon | Amazon Business | AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Rapids |
| Start a Selling | Everything For | Groceries & More | Ship Orders | Handpicked Pros | Digital Educational | Fun stories for |
| Account | Your Business | Right To Your Door | Internationally | Happiness | Resources | kids on the go |
|  |  |  |  | Guarantee |  |  |
| Amazon Web | Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview |
| Services | Listen to Books & | Books With Free | Find Movie | Thousands of | Indie Print | Digital |
| Scalable Cloud | Original | Delivery | Box Office Data | Digital Comics | Publishing | Photography |
| Computing | Audio Performances | Worldwide |  |  | Made Easy |  |
| Services |  |  |  |  |  |  |
| East Dane | Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct | Prime Now |
| Designer Men's | Sewing, Quilting | Book reviews | Movies, TV | Get Info | Publishing | FREE 2-hour |
| Fashion | & Knitting | & | & Celebrities | Entertainment | Indie Digital | Delivery |
|  |  | recommendations |  | Professionals Need | Publishing | on Everyday Items |
|  |  |  |  |  | Made Easy |  |
| Amazon Photos | Prime Video Direct | Shopbop | Amazon | Whole Foods | Woot! | Zappos |
| Unlimited Photo | Video Distribution | Designer | Warehouse | Market | Deals and | Shoes & |
| Storage | Made Easy | Fashion Brands | Great Deals on | America's | Shenanigans | Clothing |
| Free With Prime |  |  | Quality Used | Healthiest |  |  |
|  |  |  | Products | Grocery Store |  |  |
| Ring | eero WiFi | Neighbors App | Subscribe with | PillPack | Amazon Renewed | Amazon Second |
| Smart Home | Stream 4K Video | Real-Time Crime | Amazon | Pharmacy | Like-new products | Chance |
| Security Systems | in Every Room | & Safety Alerts | Discover & try | Simplified | you can trust | Pass it on, trade it |
|  |  |  | subscription services |  |  | in, |
|  |  |  |  |  |  | give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates



Skip to main content

All

EN    Hello, Manny
       Account & Lists    Orders    Prime    Cart 0

Deliver to Manny
Thousand ... 91362

Whole Foods    Browsing History    Today's Deals

$100 gift card upon approval

My Arcade Pac-Man Micro Player - Collectible Mini Arcade Machine  ›  Customer reviews

## Customer reviews

4.1 out of 5

63 customer ratings

| 5 star | 63% |
| 4 star | 13% |
| 3 star | 8% |
| 2 star | 7% |
| 1 star | 10% |

My Arcade Pac-Man Micro Player…
by My Arcade

Edition: Pac-Man    Change
Price: $18.95 - $80.32

See All Buying Options

Add to Wish List

Write a review

### Top positive review

See all 43 positive reviews ›

Shep323

**Exactly what PAC Man always was but in a convenient compact size!**
September 18, 2018

I love it. It works great, is easy to see & easy to play while still getting the challenge of the game.

8 people found this helpful

### Top critical review

See all 16 critical reviews ›

Bill

**Scratchy audio ruins what could have been the best cabinet to date.**
June 4, 2018

Audio issues plague this cabinet. When I first received it I loved it and it played well. After a few minutes I noticed the audio started to sound extremely scratchy. The sound of firing shots from your ship got worse and worse as I played. I adjusted the volume. I tried new batteries. I tried powering solely from a USB cable. I even tried using earphones plugged into the earphone jack Read more

9 people found this helpful

Ad feedback

Search customer reviews            Search

SORT BY          FILTER BY

Top rated    All reviewers    1 star only    All formats    Text, image,…

Showing 1-3 of 3 reviews (1 star).  Clear filter

Scritley

**Nothing like real arcade gameplay or sounds. Very disappointing.**
September 13, 2019
Edition: Ms. Pac-Man    Verified Purchase

The only redeeming value for this game is the cabinet. Gameplay, maze colors, and sounds are just awful and nothing like the original arcade game. I have the original arcade game and there is no comparison. This is sad too as the Galaga and DigDug games were nearly spot on. This one will be for looks only.

Helpful        Comment    Report abuse

RRush

**Product died within 30 days - Vendor won't respond**
August 14, 2018
Edition: Galaga    Verified Purchase

fun product for about 30 days - one day it slowly faded out of working order right in front of my eyes and I was not able to restart it again. No dings or drops ... it just died. I tried contacting the vendor and they will not respond.

### Questions? Get fast answers from reviewers

What do you want to know about My Arcade Pac-Man Micro Player - Collectible Mini Arcade Machine?

See all 21 answered questions

Ask

### Customers also viewed these items

Arcade Classics - Pac-Man Retro Mini Arcade Game
by Basic Fun
$15.54
242

Super Impulse Pac-Man Classic Tiny Arcade Game - Palm Size W/ Authentic Sounds &...
by Super Impulse
$17.70
20

Galaxian Micro Player
by My Arcade
$23.87
23

This is a waste of money

2 people found this helpful

Helpful 1 comment Report abuse

matt

**Too small, too challenging, don't buy.**

December 2, 2018

Edition: Galaga

Seems far more challenging than the original arcade version. The backtracking, alien bees are simply awful to the point that they take away about half the fun. And the size of the machine and controls exacerbates this terribly. Also, enemy missiles seemingly materialize out of nowhere right in front of your gun leaving no time to evade. And those features quench any of the fun that was remaining.

One person found this helpful

Helpful Comment Report abuse

‹ **See all details for My Arcade Pac-Man Micro Player - Collectible Mini Arcade Machine**

dreamGEAR My Arcade Karate Champ Micro Player 6” Collectable Arcade
by dreamGEAR
$12.91
14

Dig Dug Micro Player
by My Arcade
$18.49
18

Need customer service? Click here

## Books you may like

The Testaments: The Sequel to The…
Margaret Atwood
814
Audible Audiobook
1 Credit

The Silent Patient
Alex Michaelides
3,724
Audible Audiobook
1 Credit

Feast Without Fear: Food and the Delay, Don't…
› Gin Stephens
130
Kindle Edition
$9.99

The Institute: A Novel
› Stephen King
1,221
Kindle Edition
$14.99

## Inspired by your browsing history

Something Wicked This…
Jason Robards
520
DVD
$8.59
FREE One-Day

The Watcher in the Woods
Bette Davis
368
DVD
$7.50
FREE One-Day

Ghost Story
Fred Astaire
408
Blu-ray
$17.99
FREE One-Day

Scary Stories To Tell In The Dark
7
Blu-ray
$24.96

## Your Browsing History

View or edit your browsing history ›

      

Back to top

## Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

## Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

## Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

| English | United States |
| --- | --- |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Amazon Music<br>Stream millions<br>of songs | Amazon<br>Advertising<br>Find, attract, and<br>engage customers | Amazon Drive<br>Cloud storage<br>from Amazon | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web |
| Sell on Amazon<br>Start a Selling<br>Account | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness<br>Guarantee | Amazon Inspire<br>Digital Educational<br>Resources | Amazon Rapids<br>Fun stories for<br>kids on the go |
| Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio Performances | Book Depository<br>Books With Free<br>Delivery<br>Worldwide | Box Office Mojo<br>Find Movie<br>Box Office Data | ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print<br>Publishing<br>Made Easy | DPReview<br>Digital<br>Photography |
| East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital<br>Publishing<br>Made Easy | Prime Now<br>FREE 2-hour<br>Delivery<br>on Everyday Items |
| Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands | Amazon<br>Warehouse<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing |
| Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Subscribe with<br>Amazon<br>Discover & try<br>subscription services | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Second<br>Chance<br>Pass it on, trade it<br>in,<br>give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates



Skip to main content

All ▾

EN ▾    Hello, Manny    Orders    Prime ▾    Cart    0
        Account & Lists ▾

Deliver to Manny
Thousand ... 91362

Whole Foods    Browsing History ▾    Today's Deals

$100 gift card upon approval

MSi Entertainment TV Arcade - Ms. Pacman Gaming System - Not Machine... › Customer reviews

## Customer reviews

★★ 2 out of 5

83 customer ratings

| | |
|---|---|
| 5 star | 15% |
| 4 star | 4% |
| 3 star | 8% |
| 2 star | 9% |
| 1 star | 64% |

MSi Entertainment TV Arcade -...
by MSi Entertainment

Price: $18.83

Add to Cart

Add to Wish List

Write a review

---

**Top positive review**

See all 14 positive reviews ›

👤 Keri

**Four Stars**
April 19, 2018
Fun game but the controls are delayed a bit

2 people found this helpful

**Top critical review**

See all 69 critical reviews ›

👤 Amazon Customer

**Quality is horrible it is very generic to the original**
January 9, 2018
Quality is horrible it is very generic to the original. The joystick doesn't work very well either. (tried both that I ordered) they performed the same. I am returning both items.

7 people found this helpful

Lemonade

Renters insurance starting at $5/mo

GET INSURED

Ad feedback

---

Search customer reviews    Search

SORT BY        FILTER BY
Top rated    All reviewers    1 star only    Text, image,...

Showing 1-10 of 59 reviews (1 star).    Clear filter

👤 Amazon Customer

**Quality is horrible it is very generic to the original**
January 9, 2018
Verified Purchase
Quality is horrible it is very generic to the original. The joystick doesn't work very well either. (tried both that I ordered) they performed the same. I am returning both items.

7 people found this helpful

Helpful    1 comment    Report abuse

👤 Donita R. Beasley

**this isn't like the Ms PacMan that I know**
February 16, 2018
Verified Purchase
this isn't like the Ms PacMan that I know. Ms PacMan is much faster the the regular PacMan.
Also, the joystick does not go up, this game is defective. I purchased 2 of them, both are defective.
I PURCHASED ONE FOR MY BEST FRIEND, SHE THREW AWAY HER BOX FOR THE GAME
SO I AM UNABLE TO RETURN HERS. I WOULD LIKE A REFUND PLEASE.

6 people found this helpful

Helpful    Comment    Report abuse

### Questions? Get fast answers from reviewers

What do you want to know about MSi Entertainment TV Arcade - Ms. Pacman Gaming System - Not Machine Specific?

See all 4 answered questions

Ask

### Customers also viewed these items

MSi Entertainment TV Arcade - Frogger Gaming System - Not Machine Specific
by MSi Entertainment
$19.00
18

Midway Classics Arcade game - 3 HIT CLASSICS
by MSI Entertainment, Inc.
$8.86
2

Jakks / Namco Arcade Classics Plug and Play TV Games
by Namco
$118.00
160

Namco Ms. Pac-Man Wireless 7-in-1 TV Game
by SPIG

Gas man

**Piece of junk**

December 24, 2017

Verified Purchase

Joy stick broken as soon as i went to play with it. The stick wouldntallow pac-man to go up and down. Waste ofvtime waiting for it. Starting return process now. Gd luck with yours.

7 people found this helpful

| Helpful | | Comment | Report abuse |

---

Rev. Esther R. Scott

**One Star**

January 15, 2018

Verified Purchase

Doesn't work. I am very upset.

6 people found this helpful

| Helpful | | Comment | Report abuse |

---

Mike Gonzales

**Save your money**

May 31, 2019

Verified Purchase

Just recieved game and first impression was mediocre. It is a let down and the joystick feels loose. It does take 3 AA's and you need a phillips screwdriver to open the tab to get to the batteries which it does not come with. No problem but when I go to play the game does not really react like any other pacman game and that is to be expected with a price tag like $15. Maybe because I just got back from an arcade and had played the original so i was expecting something similar but was disappointed. I would honestly not recommend this to anyone.

One person found this helpful

| Helpful | | Comment | Report abuse |

---

Amazon Customer

**I do not recommend the product**

February 25, 2018

Verified Purchase

This game controller is made extremely cheap. I bought one, it broke. I returned it for a replacement, it broke as well. I do not recommend the product.

5 people found this helpful

| Helpful | | Comment | Report abuse |

---

Chris J Camper

**Cheaply made.**

January 24, 2018

Verified Purchase

Bad construction. Controls are off. Very hard to control the character.

6 people found this helpful

| Helpful | | Comment | Report abuse |

---

JaQuanda Scott

**One Star**

February 11, 2018

Verified Purchase

Second game I purchased of this brand, and both broke within two weeks of buying them.

6 people found this helpful



9

Retro Arcade Pac Man TV Game
by TV Games
$217.10
80

Need customer service? Click here



| Helpful | Comment | Report abuse |

Amazon Customer

**More frustrating than fun**

January 6, 2019

Verified Purchase

There is about a 1/2 second delay in the Joy Stick, so it is impossible to move Ms. Pacman around like you want. Even my 6 year old daughter noticed it before I said anything. They should fix that or stop selling it.

One person found this helpful

| Helpful | Comment | Report abuse |

Deborah Clemmons

**The "joystick" is worthless and hinders your performance.**

July 15, 2019

Verified Purchase

I ordered Ms. Pacman for my husband: I don't play the game so I didn't read the other reviews. I should have! It's a $20 item but it wasn't even worth the time it took to order it. It just doesn't work well. Apparently, you have to be able to count on the stick moving when you ask it to, it doesn't. Please read the other reviews and don't waste your money on this product.

| Helpful | Comment | Report abuse |

←  Previous page    |    Next page  →

‹ See all details for MSi Entertainment TV Arcade - Ms. Pacman Gaming System - Not Machine...

Back to top

**Get to Know Us**

Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

**Make Money with Us**

Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See More

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

| English |    | United States |

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

| Sell on Amazon | Amazon Business | AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Rapids |
|---|---|---|---|---|---|---|
| Start a Selling Account | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Digital Educational Resources | Fun stories for kids on the go |
| Amazon Web Services | Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview |
| Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | Books With Free Delivery Worldwide | Find Movie Box Office Data | Thousands of Digital Comics | Indie Print Publishing Made Easy | Digital Photography |
| East Dane | Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct Publishing | Prime Now |
| Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations | Movies, TV & Celebrities | Get Info Entertainment Professionals Need | Indie Digital Publishing Made Easy | FREE 2-hour Delivery on Everyday Items |
| Amazon Photos | Prime Video Direct | Shopbop | Amazon Warehouse | Whole Foods Market | Woot! | Zappos |
| Unlimited Photo Storage Free With Prime | Video Distribution Made Easy | Designer Fashion Brands | Great Deals on Quality Used Products | America's Healthiest Grocery Store | Deals and Shenanigans | Shoes & Clothing |
| Ring | eero WiFi | Neighbors App | Subscribe with Amazon | PillPack | Amazon Renewed | Amazon Second Chance |
| Smart Home Security Systems | Stream 4K Video in Every Room | Real-Time Crime & Safety Alerts | Discover & try subscription services | Pharmacy Simplified | Like-new products you can trust | Pass it on, trade it in, give it a second life |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates

Skip to main content

All ▾

EN ▾     Hello, Manny     Orders     Prime ▾
Account & Lists ▾

0
Cart

Deliver to Manny
Thousand ... 91362

Whole Foods     Browsing History ▾     Today's Deals

**$100 gift card** upon approval

Arcade Classics - Pac-Man Retro Mini Arcade Game  ›  Customer reviews

## Customer reviews

3.5 out of 5

243 customer ratings

| | |
|---|---|
| 5 star | 47% |
| 4 star | 10% |
| 3 star | 10% |
| 2 star | 9% |
| 1 star | 25% |

Write a review

**Arcade Classics - Pac-Man Retro...**
by Basic Fun

Price: $15.54

Add to Cart

Add to Wish List

---

**Top positive review**
See all 136 positive reviews ›

Clarissa Arnot

**Think more like a 3DS in size than a pocket**
January 3, 2018

Not what I was expecting. I thought pocket sized not hand held size. Think more like a 3DS in size than a pocket. Fun though and was a great gift for our son!

9 people found this helpful

**Top critical review**
See all 106 critical reviews ›

Customer

**Disappointing**
September 17, 2018

I am extremely disappointed with this item, especially after reading all of the wonderful, glowing reviews. This item is absolute junk. Don't waste your money. It's very small, which I already knew from the reviews and product description. That wasn't entirely an issue. But the game is crap. The graphics are even worse than I had imagined they would be. The controller doesn't work most of the time. The move you make with

61 people found this helpful

Ad feedback

---

Search customer reviews

Search

SORT BY          FILTER BY

Top rated     All reviewers     1 star only     Text, image,...

Showing 1-10 of 64 reviews (1 star).     Clear filter

Customer

**Disappointing**
September 17, 2018
Verified Purchase

I am extremely disappointed with this item, especially after reading all of the wonderful, glowing reviews. This item is absolute junk. Don't waste your money. It's very small, which I already knew from the reviews and product description. That wasn't entirely an issue. But the game is crap. The graphics are even worse than I had imagined they would be. The controller doesn't work most of the time. The move you make with the joystick does not translate onto the screen, so your player doesn't move where you want him to. The sound is ridiculously hideous. I have nothing good to say about this item. Save your money. I wish I had.

61 people found this helpful

Helpful     Comment     Report abuse

Amazon Customer

**Makes game super slow and not fun to play**
November 26, 2017
Verified Purchase

**Questions? Get fast answers from reviewers**

What do you want to know about Arcade Classics - Pac-Man Retro Mini Arcade Game?

See all 32 answered questions

Ask

**Customers also viewed these items**

Basic Fun Arcade Classics - Ms Pac-Man Retro Mini Arcade Game
by Basic Fun
$14.99
47

My Arcade Pac-Man Micro Player - Collectible Mini Arcade Machine
by My Arcade
$18.95 - $80.32
59

My Arcade Retro Arcade Machine Handheld Gaming System with 200 Built-In Video Games

Very hard to play a game. Screen refreshes itself all the time. Makes game super slow and not fun to play. Not recommend at all

38 people found this helpful

Helpful    Comment    Report abuse

Squank63

**Poor design**

December 31, 2017

Verified Purchase

Like so many others stated, very hard to see the screen and the joystick is hard to control. Very frustrating to try and play. Do not waste your money!!

20 people found this helpful

Helpful    Comment    Report abuse

Skywalker

**Piece of junk**

November 28, 2018

Verified Purchase

I love Pac Man. But this is a piece of junk. Extremely low quality and hard to use. Now I have to help my kids fall in love with Pac Man by playing it on another device rather than their scarred experience from this.

10 people found this helpful

Helpful    Comment    Report abuse

DAVID LAVRICH

**joy stick has poor response**

September 9, 2017

Verified Purchase

Not even close to the picture, hard to see screen low quality resolution, joy stick has poor response. Definitely not worth the money!

11 people found this helpful

Helpful    Comment    Report abuse

Shar

**Save money and don't buy**

December 23, 2018

Verified Purchase

Don't waste your money. Not able to see screen. My grandson is 9yrs old and he told me he didn't want to hurt my feelings but he can't play this one and asked if we could take it back. Other two I got his "Arcade Classics " are awesome.

2 people found this helpful

Helpful    1 comment    Report abuse

Rick O

**BEWARE!!!**

February 3, 2019

Verified Purchase

Wow, what a disappointment! I know for that money your not going to get a super quality product but this was out of the box terrible! My wife is disabled and plays a hand held 5 card draw game that has lasted close to 10 years with no problem. This game freezes and the picture quality is barely visible! DON'T!Waste your money.

One person found this helpful

Helpful    Comment    Report abuse

Angie

by DreamGEAR (DRKJ0)
$21.49
251

Arcade Classics - Frogger Retro Handheld Arcade Game
by Basic Fun
$14.99
46

Arcade Classics - Space Invaders Retro Mini Arcade Game
by Basic Fun
$16.00
44

Need customer service? Click here



**One Star**

January 25, 2018

Verified Purchase

Buttons and knob does not work as they should very aggravating kids not happy

4 people found this helpful

| Helpful |    Comment    Report abuse

Holly E.

**Not worth it**

January 12, 2019

Verified Purchase

It's small and cute however it doesn't work well. The reaction time lags and that makes it not fun to play with at all. I was hoping it would be a little nicer of a gift but it wasn't.

One person found this helpful

| Helpful |    Comment    Report abuse

Droid User

**Terrible resolution and no color**

September 9, 2019

Verified Purchase

My sister got a Ms Pac-Man game and I loved it so I got this one. It is larger than hers yet the screen is impossible to see. The ghosts are only outlines and so is Pac-Man. On her game everything is in color. This is stick outlines and even the grid is not complete.

| Helpful |    Comment    Report abuse

← Previous page    Next page →

‹ See all details for Arcade Classics - Pac-Man Retro Mini Arcade Game

Back to top

**Get to Know Us**

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

**Make Money with Us**

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

**Amazon Payment Products**

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

English    United States

Amazon Music
Stream millions
of songs

Amazon
Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness
Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio Performances

Book Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print
Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Subscribe with
Amazon
Discover & try
subscription services

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second life

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates



Skip to main content | All | EN | Hello, Manny Account & Lists | Orders | Prime | 0 Cart

Deliver to Manny Thousand ... 91362 | Whole Foods | Browsing History | Today's Deals

Earn a $100 gift card

Super Impulse Pac-Man Classic Tiny Arcade Game - Palm Size W/... › Customer reviews

## Customer reviews

3.6 out of 5

20 customer ratings

Super Impulse Pac-Man Classic T...

by Super Impulse

Price: $17.70

Add to Cart

Add to Wish List

| | |
|---|---|
| 5 star | 49% |
| 4 star | 10% |
| 3 star | 12% |
| 2 star | 9% |
| 1 star | 20% |

Write a review

### Top positive review

See all 14 positive reviews ›

T-bone

**Great things do come in small packages!!**

February 11, 2018

Absolutely love my purchase. The music just takes me back to such simple times when I was a kid. I love the added lite sign above the item..so cool! The only reason why I didn't give this item 5 stars is because I would really like it if they had design a volume controller. Overall, I absolutely love it!

2 people found this helpful

### Top critical review

See all 6 critical reviews ›

Pbruno

**TINY EXPENSIVE☹**

December 11, 2018

So so so so tiny! I would not be so upset if the price reflected the tiny Tim size. Very disappointed ☹ I bought This for an 8 yr old, even his eyes would become strained playing this. Returning

3 people found this helpful

Ad feedback

Search customer reviews | Search

**SORT BY** | **FILTER BY**

Top rated | All reviewers | 1 star only | Text, image,...

Showing 1-3 of 3 reviews (1 star). Clear filter

Pbruno

**TINY EXPENSIVE☹**

December 11, 2018

**Verified Purchase**

So so so so tiny! I would not be so upset if the price reflected the tiny Tim size. Very disappointed ☹ I bought This for an 8 yr old, even his eyes would become strained playing this. Returning

3 people found this helpful

Helpful | 1 comment | Report abuse

frances

**it look liked a hand held game but it was a key chain**

September 26, 2019

**Verified Purchase**

### Questions? Get fast answers from reviewers

What do you want to know about Super Impulse Pac-Man Classic Tiny Arcade Game - Palm Size W/ Authentic Sounds & Joystick, Yellow?

See all 6 answered questions | Ask

### Customers also viewed these items

Arcade Classics - Pac-Man Retro Mini Arcade Game

by Basic Fun

$15.54

242

My Arcade Pac-Man Micro Player - Collectible Mini Arcade Machine

by My Arcade

$18.95 - $80.32

59

Tiny Arcade Ms. Pac-Man Miniature Arcade Game

by Tiny Arcade

$12.88

393

disliked

**Helpful**    Comment    Report abuse

betsy long

**very tiny**

March 31, 2019

Verified Purchase

I expected it to be small but it is too small to even play with. Bought for our 5 year old and it is not usable. Will be returning.

**Helpful**    1 comment    Report abuse

‹ See all details for Super Impulse Pac-Man Classic Tiny Arcade Game - Palm Size W/...



Basic Fun Arcade Classics - Ms Pac-Man Retro Mini Arcade Game
by Basic Fun
$14.99
                                    47

Tiny Arcade Pac-Man Miniature Arcade Game
by Tiny Arcade
$12.88
                                    393

Need customer service? Click here

Back to top

## Get to Know Us
Careers
Blog
About Amazon
Press Center
Investor Relations
Amazon Devices
Amazon Tours

## Make Money with Us
Sell on Amazon
Sell Under Amazon Accelerator
Sell on Amazon Handmade
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
› See More

## Amazon Payment Products
Amazon Rewards Visa Signature Cards
Amazon.com Store Card
Amazon Business Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

English    United States

Amazon Music
Stream millions
of songs

Amazon Advertising
Find, attract, and
engage customers

Amazon Drive
Cloud storage
from Amazon

6pm
Score deals
on fashion brands

AbeBooks
Books, art
& collectibles

ACX
Audiobook
Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Sell on Amazon
Start a Selling
Account

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness
Guarantee

Amazon Inspire
Digital Educational
Resources

Amazon Rapids
Fun stories for
kids on the go

Amazon Web
Services
Scalable Cloud
Computing
Services

Audible
Listen to Books &
Original
Audio Performances

Book Depository
Books With Free
Delivery
Worldwide

Box Office Mojo
Find Movie
Box Office Data

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print
Publishing
Made Easy

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
&
recommendations

IMDb
Movies, TV
& Celebrities

IMDbPro
Get Info
Entertainment
Professionals Need

Kindle Direct
Publishing
Indie Digital
Publishing
Made Easy

Prime Now
FREE 2-hour
Delivery
on Everyday Items

Amazon Photos
Unlimited Photo
Storage
Free With Prime

Prime Video Direct
Video Distribution
Made Easy

Shopbop
Designer
Fashion Brands

Amazon
Warehouse
Great Deals on
Quality Used
Products

Whole Foods
Market
America's
Healthiest
Grocery Store

Woot!
Deals and
Shenanigans

Zappos
Shoes &
Clothing

Ring
Smart Home
Security Systems

eero WiFi
Stream 4K Video
in Every Room

Neighbors App
Real-Time Crime
& Safety Alerts

Subscribe with
Amazon
Discover & try
subscription services

PillPack
Pharmacy
Simplified

Amazon Renewed
Like-new products
you can trust

Amazon Second
Chance
Pass it on, trade it
in,
give it a second life

Case 3:19-cv-05898-VC   Document 38-5   Filed 11/27/19   Page 18 of 22

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2019, Amazon.com, Inc. or its affiliates



Skip to main content
All
EN
Hello, Manny
Account & Lists
Orders
Prime
0
Cart
Deliver to Manny
Thousand ... 91362
Whole Foods
Browsing History
Today's Deals
$100 gift card upon approval

Pac-Man Connect and Play - 12 Classic Games › Customer reviews

## Customer reviews

3.6 out of 5

734 customer ratings

| | |
|---|---|
| 5 star | 50% |
| 4 star | 12% |
| 3 star | 10% |
| 2 star | 5% |
| 1 star | 23% |

Write a review

Pac-Man Connect and Play - 12…

by Pac-Man

Color: Yellow Change

Price: $19.77

Add to Cart

Add to Wish List

### Top positive review

See all 451 positive reviews ›

JC

**Works good, but hard to hold**

January 25, 2016

I got a jakks 5-in-1 plug and play ms pac man (that's insanely selling for $150+ now?) when it came out way back when, mainly for Galaga. With age and new technology, it doesn't work anymore. I saw this one works well on new widescreen tv's, so I decided to get one. It comes with seven more games, which is nice, but I'm only going to play Galaga. And maybe

Read more

159 people found this helpful

### Top critical review

See all 279 critical reviews ›

Honest Reviewer

**Decent Retro Device**

January 22, 2018

I purchased this as a gift but nonetheless had some time to play with it also. For all of you who want to go old school or who want to relive some old school games, this is for you. It has a short but decent selection of games including some different Pac-Man titles.

Even though the item does include some images, I always thought that this was a lot small. Boy

Read more

26 people found this helpful

reolink

100% Green & Cost-Effective Home Security

Reolink Argus Eco+Solar Panel Outdoor Solar Ba...

82

$94.99

Add to Cart

Ad feedback

Search customer reviews Search

SORT BY FILTER BY

Top rated | All reviewers | 1 star only | All formats | Text, image,…

Showing 1-10 of 151 reviews (1 star). Clear filter

Lydia Wilson

**The joystick is a piece of crap that doesnt work**

March 13, 2018

Color: Yellow **Verified Purchase**

I wish I could give this a zero rating. The joystick is a piece of crap that doesnt work. You can move it up, down, sideways and its stuck. Please do not purchase this item!

10 people found this helpful

Helpful Comment Report abuse

Holly

**Very disappointing Christmas**

December 27, 2018

Color: Yellow **Verified Purchase**

One star is too many. This was a Christmas gift for my boys and since we can't afford many gifts you can imagine how excited they were for this. After putting batteries in it we hooked it up and it would come on for about 3 seconds and turn off. We tried new batteries thinking maybe they were duds but it did the same thing. Amazon sent us a replacement and it turned on but after 2 minutes of game play the screen would go

### Questions? Get fast answers from reviewers

What do you want to know about Pac-Man Connect and Play - 12 Classic Games?

See all 121 answered questions Ask

### Customers also viewed these items

MSi Entertainment TV Arcade - Ms. Pacman Gaming System - Not Machine Specific

by MSi Entertainment

$18.83

83

Retro Arcade Pac Man TV Game

by TV Games

$217.10

80

Pac-Man Connect and Play

by Pac-Man

$40.18

120

completely black and it would have to be turned off and back on so there was no point in trying to play it because you would have to start over every couple minutes. Don't waste your money or time on this.

2 people found this helpful

Helpful    Comment    Report abuse

 Bell

**The game is great but the remote didn't work so can't give more ...**

December 17, 2017

Color: Yellow   Verified Purchase

The game is great but the remote didn't work so can't give more than one star. Even orders another one .. same problem! Why can't anyone make the old school joy stick!!?

4 people found this helpful

Helpful    Comment    Report abuse

 Amazon Customer

**Can't play any games.**

December 24, 2017

Color: Yellow   Verified Purchase

When hooked up, menu displays. When I pick to play any game, I get a black screen.

5 people found this helpful

Helpful    Comment    Report abuse

 Brad

**Do not buy!**

April 11, 2018

Color: Yellow   Verified Purchase

Do not buy! We bought this as a gift. When we had it all set up it let us go to the menu screen but when we tried to load a game it would freeze/shut down. A big waste of money!

3 people found this helpful

Helpful    Comment    Report abuse

 Karyn Reed

**Pac Man plug in play is useless!**

August 28, 2019

Color: Yellow   Verified Purchase

I would not recommend this product. Purchased one like it many years ago and had problems with the joystick being useable. I thought maybe they had cleaned that up, fixed that problem and updated it. No! Joystick has a mind of its own. Whoever is selling these Pac Man plug in play have to know these joysticks aren't controlling the game characters unless they didn't test it out which would be foolish. Very disappointed! Quit wasting people's time. This product is worthless!😐😐😐

One person found this helpful

Helpful    Comment    Report abuse

Donette Olive

**Does not work**

February 24, 2019

Color: Yellow   Verified Purchase

We were not able to open and use this gift until this week and after plugging in to the television, it appeared as though we had jumped back in time. The sound was audible, the screen went to the game option and my husband chose Galaxga. As soon as the game started, the screen shut down and went back to the initial load screen and kept doing this over and over. We tried again and agian only to have it restart even before getting to the game selection. Very disappointed. Also disappointed that I can not return or replace!! I had to give at least a one star but would have given none!!

Helpful    Comment    Report abuse



My Arcade - Plug N Play Controller with 220 Built-in Retro Style Games - Electronic Games
by My Arcade
$15.51
5

Jakks / Namco Arcade Classics Plug and Play TV Games
by Namco
$118.00
160

Need customer service? Click here



Mr Froug

**Joystick is no good.**

February 15, 2017

Color: Yellow    **Verified Purchase**

Joystick kills it. If the joystick was well made and accurate it would be great, but the most important component of the device is super dysfunctional and makes you go, forget it! after 20 minutes of frustrating game play.

4 people found this helpful

| Helpful |   Comment   Report abuse

Waseam Hyder

**This is built the cheapest way possible- which explains the ...**

December 10, 2017

Color: Yellow    **Verified Purchase**

This is built the cheapest way possible- which explains the price point. You get what you pay for. When I pulled the bottom off to take the plugs out it completely fell apart. After putting batteries in it never turned on. What a bust.

3 people found this helpful

| Helpful |   Comment   Report abuse

MarineEngineer

**Joystick doesn't go left**

July 19, 2019

Color: Yellow    **Verified Purchase**

Kids were excited to play, Pizza joint in town has an original and they love it. Got this with high hopes and the joystick doesn't go left, certainly makes game-play difficult.

One person found this helpful

| Helpful |   Comment   Report abuse

---

← Previous page    | Next page → |

‹ See all details for Pac-Man Connect and Play - 12 Classic Games

Back to top

### Get to Know Us

Careers

Blog

About Amazon

Press Center

Investor Relations

Amazon Devices

Amazon Tours

### Make Money with Us

Sell on Amazon

Sell Under Amazon Accelerator

Sell on Amazon Handmade

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

› See More

### Amazon Payment Products

Amazon Rewards Visa Signature Cards

Amazon.com Store Card

Amazon Business Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Reload Your Balance

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Amazon Assistant

Help

| English | United States |
|---------|---------------|

| Amazon Music | Amazon | Amazon Drive | 6pm | AbeBooks | ACX | Alexa |
| Stream millions | Advertising | Cloud storage | Score deals | Books, art | Audiobook | Actionable Analytics |
| of songs | Find, attract, and | from Amazon | on fashion brands | & collectibles | Publishing | for the Web |
| | engage customers | | | | Made Easy | |
| Sell on Amazon | Amazon Business | AmazonFresh | AmazonGlobal | Home Services | Amazon Inspire | Amazon Rapids |
| Start a Selling | Everything For | Groceries & More | Ship Orders | Handpicked Pros | Digital Educational | Fun stories for |
| Account | Your Business | Right To Your Door | Internationally | Happiness | Resources | kids on the go |
| | | | | Guarantee | | |
| Amazon Web | Audible | Book Depository | Box Office Mojo | ComiXology | CreateSpace | DPReview |
| Services | Listen to Books & | Books With Free | Find Movie | Thousands of | Indie Print | Digital |
| Scalable Cloud | Original | Delivery | Box Office Data | Digital Comics | Publishing | Photography |
| Computing | Audio Performances | Worldwide | | | Made Easy | |
| Services | | | | | | |
| East Dane | Fabric | Goodreads | IMDb | IMDbPro | Kindle Direct | Prime Now |
| Designer Men's | Sewing, Quilting | Book reviews | Movies, TV | Get Info | Publishing | FREE 2-hour |
| Fashion | & Knitting | & | & Celebrities | Entertainment | Indie Digital | Delivery |
| | | recommendations | | Professionals Need | Publishing | on Everyday Items |
| | | | | | Made Easy | |
| Amazon Photos | Prime Video Direct | Shopbop | Amazon | Whole Foods | Woot! | Zappos |
| Unlimited Photo | Video Distribution | Designer | Warehouse | Market | Deals and | Shoes & |
| Storage | Made Easy | Fashion Brands | Great Deals on | America's | Shenanigans | Clothing |
| Free With Prime | | | Quality Used | Healthiest | | |
| | | | Products | Grocery Store | | |
| Ring | eero WiFi | Neighbors App | Subscribe with | PillPack | Amazon Renewed | Amazon Second |
| Smart Home | Stream 4K Video | Real-Time Crime | Amazon | Pharmacy | Like-new products | Chance |
| Security Systems | in Every Room | & Safety Alerts | Discover & try | Simplified | you can trust | Pass it on, trade it |
| | | | subscription services | | | in, |
| | | | | | | give it a second life |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2019, Amazon.com, Inc. or its affiliates