# Bandai Namco v. AtGames

## Case No. 3:19-cv-05898-VC

---

# Zhang Declaration

# Exhibit E

# (Redacted)

**Bennett, Jennifer D.**

| | |
|---|---|
| **From:** | Bennett, Jennifer D. |
| **Sent:** | Thursday, October 17, 2019 2:20 PM |
| **To:** | 'Weikert, Robert' |
| **Cc:** | May, David; Kappler, Kerry; Zhang, Jinshu John; Caixeiro, Manny J. |
| **Subject:** | RE:   BNEA v. AtGames |

Hi Rob,

Thank you for your email and your patience.  We remain hopeful that the parties can come to a resolution amongst themselves without needing court intervention.  To the extent the parties agree to the terms below we can mutually discuss the best procedure for its application, i.e., as a stipulation with an order, as a preliminary injunction under seal, or a private agreement.  Accordingly, I am providing below the terms AtGames is willing to agree to, which you will see is based, in large part, on the draft you circulated to us. Please review with your client and let us know whether the parties are in agreement on these terms and we can work out the procedure:

AtGames disputes BNEA's allegations in the Complaint, including trademark infringement, counterfeiting, copyright infringement, unfair competition and false designation of origin, false advertising, and unfair competition and false advertising under the California Business and Professions Code--and by entering this stipulation AtGames does not admit any fact or any wrong doing, and expressly reserves all of its claims, defenses and positions in this litigation;

BNEA has informed AtGames that it intends to seek a temporary restraining order and/or preliminary injunction that, if granted, would prevent AtGames from making use of certain intellectual property relating to Ms. PAC-MAN;

AtGames denies that it is making the alleged use of the intellectual property and for that reason--and in order to avoid the unnecessary expense and burden associated with litigating a motion for a temporary restraining order and/or preliminary injunction, and in consideration for BNEA's agreement to extend AtGames time to answer or otherwise respond to the complaint in this action by thirty (30) days and to maintain this Stipulation as Confidential between the parties--AtGames is willing to consent to the restraints set forth herein;

It is hereby STIPULATED AND AGREED between the Parties as follows:





Please let us know whether your client is agreeable to these terms.

Thanks,
Jennifer


**Jennifer D. Bennett**
Partner

D +1 650 798 0325   |   US Internal 70325
jennifer.bennett@dentons.com
Bio   |   Website

Dentons US LLP
One Market Plaza, Spear Tower, 24th Floor, San Francisco, CA 94105

Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. >
Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas
& Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Weikert, Robert <rweikert@nixonpeabody.com>
**Sent:** Thursday, October 17, 2019 7:04 AM
**To:** Bennett, Jennifer D. <jennifer.bennett@dentons.com>
**Cc:** May, David <DMay@nixonpeabody.com>; Kappler, Kerry <kkappler@nixonpeabody.com>
**Subject:** Re: BNEA v. AtGames

Jennifer,

The other problem here is that even if we could get over the sealing issue, which seems unlikely, we still haven't received a redlined proposal from you. Given the distrust that already exists, the lack of a redline despite ample time to provide one creates further skepticism.

Why don't you at least provide us with what your client would agree to in terms of a proposed stipulated preliminary injunction by no later than 10 AM this morning and I will then run it by BNEA to see if that has any impact on its current concerns. Thanks.

As I'm sure you have advised your client, as demonstrated by the response to the Complaint, there will obviously be a lot more negative publicity for AtGames generated by the filing and briefing of our motion than there would be by the filing of a publicly available stipulated preliminary injunction.

Best regards, Rob

Robert A. Weikert
Nixon Peabody LLP
O 415-984-8385
C 415-298-2548
rweikert@nixonpeabody.com


> On Oct 16, 2019, at 7:53 PM, Bennett, Jennifer D. <jennifer.bennett@dentons.com> wrote:
>
> Hi Rob,
> My apologizes, my meeting ran late. But, I wanted to make sure that I responded to you tonight. We are disappointed to hear Plaintiff isn't willing to file a stipulation under seal. I was hoping this would resolve both parties' concerns. In any event, AtGames is not advertising, making or selling any products containing Ms. Pac-Man and remains willing to stipulate that it will continue not to do so, unless of course, a license is entered into between the parties. I agree that it is likely not fruitful to circulate a redlined version of the injunction you sent around if Bandai won't agree to at least try and file the document under seal. Given the commercial sensitivity and the competitive nature of this market, I don't agree that it is inappropriate to move to file this under seal.
>
> Given that the parties don't seem to be far apart with respect to the terms of a stipulation, i.e., that AtGames won't advertise, make, sell or offer to sell any product containing Ms. Pac-Man without a license, if you think it would be useful to discuss some sort of resolution, I remain open to discussing our options. I am generally available tomorrow.
>
> Thanks,
> Jennifer
>
> [https://urldefense.proofpoint.com/v2/url?u=http-3A__logo.dentons.com_dentons-5Flogo.png&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=OmaycnuI2Ov84i-oSluVqDL-7Y8h6EvOmdla5-BhN1A&s=K7CzhnbYrl6xjFYxV8h4ado8k8rs3tESCr79_B_7T-w&e= ]
>
> Jennifer D. Bennett
> Partner
>
> D +1 650 798 0325 | US Internal 70325
> jennifer.bennett@dentons.com<mailto:jennifer.bennett@dentons.com>

> Bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djennifer.bennett-40dentons.com-26action-3Dbiolink&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=OmaycnuI2Ov84i-oSluVqDL-7Y8h6EvOmdla5-BhN1A&s=ro9a6jpygT3D6yYcB9Vc5GeLf6Fvx-GF6w78kTwZkAI&e= > |
Website<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=OmaycnuI2Ov84i-oSluVqDL-7Y8h6EvOmdla5-BhN1A&s=kyfwGILBN5j_707Jg7r4n_TCJCrj9LU8AeQTPo2Ljn8&e= >
>
> Dentons US LLP
> One Market Plaza, Spear Tower, 24th Floor, San Francisco, CA 94105
>
>
>
>
>
> Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners
>
>
>
> Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.
>
>
>
>
>
>
>
>
>
> On Oct 16, 2019, at 7:29 PM, Weikert, Robert <rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com>> wrote:
>
> Jennifer, having heard nothing further from you today and having received no redlined stipulation, I'm going to consider our discussions concluded.
>
> As Manny instructed, we will serve you with a copy of our moving papers when they are available.
>
> Best regards, Rob
>
> Robert A. Weikert
> Nixon Peabody LLP
> O 415-984-8385
> C 415-298-2548

> rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com>
>
>>>>> On Oct 16, 2019, at 2:33 PM, Weikert, Robert
<rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com>> wrote:
>> OK. I'm tied up this afternoon too, and part of this evening. Not sure when we will be able to connect. But if your client is not willing to enter into a publicly-filed stipulated injunction and proposed order, I'm not sure there is anything left to discuss.
>> Best regards, Rob
>> -----Original Message-----
>> From: Bennett, Jennifer D. <jennifer.bennett@dentons.com<mailto:jennifer.bennett@dentons.com>>
>> Sent: Wednesday, October 16, 2019 2:22 PM
>> To: Weikert, Robert <rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com>>
>> Subject: Re: BNEA v. AtGames
>> Funny, my daughter just told me. I'm in a meeting now until 5 pm PT. As soon as I can break away or am done I'll give you a call and respond to your email.
>> Thanks,
>> Jennifer
>> [https://urldefense.proofpoint.com/v2/url?u=http-3A__logo.dentons.com_dentons-5Flogo.png&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=uC6Iv7XzD1AksCS6jqwgPCx5UuEU4-F6e8CIxLz-cUg&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__logo.dentons.com_dentons-5Flogo.png&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=uC6Iv7XzD1AksCS6jqwgPCx5UuEU4-F6e8CIxLz-cUg&e=> ]
>> Jennifer D. Bennett
>> Partner
>> D +1 650 798 0325 | US Internal 70325
>>
jennifer.bennett@dentons.com<mailto:jennifer.bennett@dentons.com><mailto:jennifer.bennett@dentons.com>
>> Bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djennifer.bennett-40dentons.com-26action-3Dbiolink&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=Euhu9WxqgRaoPq4eHx2QFfXN85jE1lgsZhbzZ1uWKlY&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djennifer.bennett-40dentons.com-26action-3Dbiolink&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=Euhu9WxqgRaoPq4eHx2QFfXN85jE1lgsZhbzZ1uWKlY&e=> | Website<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=jOvtaFIoSglwW30RUKwrU5qeH_5Kw236IbXNRyOxa3k&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=jOvtaFIoSglwW30RUKwrU5qeH_5Kw236IbXNRyOxa3k&e=>> ]
>> Dentons US LLP

>> One Market Plaza, Spear Tower, 24th Floor, San Francisco, CA 94105

>> Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. > Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas & Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners

>> Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=OmaycnuI2Ov84i-oSluVqDL-7Y8h6EvOmdla5-BhN1A&s=ZQw-fzaSSBB6o4u_Q6R8n_F8izgEgQirlnfFU8_ZWMo&e= > for Legal Notices.

>>>>> On Oct 16, 2019, at 2:17 PM, Weikert, Robert <rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com><mailto:rweikert@nixonpeabody.com>> wrote:

>> Jennifer, can you give me a quick call now? I just tried to reach you, but it appears to have rolled over to your home. Thanks, Rob

>>

[http://www.nixonpeabody.com/media_images/np_firm_sig/images/NP_Mono_brightBlue_RGB_cropBottomLeft_sigBlock.jpg<http://www.nixonpeabody.com/media_images/np_firm_sig/images/NP_Mono_brightBlue_RGB_cropBottomLeft_sigBlock.jpg>]<http://www.nixonpeabody.com/<http://www.nixonpeabody.com/>>

>> Robert A. Weikert

>> Partner

>> rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com><mailto:rweikert@nixonpeabody.com>

>> T 415-984-8385 | C 415-298-2548 | F 866-294-8842

>> Nixon Peabody LLP | One Embarcadero Center, 32nd Floor | San Francisco, CA 94111

>>

nixonpeabody.com<http://nixonpeabody.com><http://www.nixonpeabody.com<http://www.nixonpeabody.com

>> | @NixonPeabodyLLP<https://urldefense.proofpoint.com/v2/url?u=http-3A__twitter.com_NixonPeabodyLLP&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=llMhL6217n6H6p-o6eswkqHipaSoUK5cOLc28zMsV8s&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__twitter.com_NixonPeabodyLLP&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=llMhL6217n6H6p-o6eswkqHipaSoUK5cOLc28zMsV8s&e=> >

>> Please consider the environment before printing this email.

>> This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.

>> From: Bennett, Jennifer D. <jennifer.bennett@dentons.com<mailto:jennifer.bennett@dentons.com><mailto:jennifer.bennett@dentons.com>>

>> Sent: Tuesday, October 15, 2019 2:25 PM

>> To: Weikert, Robert <rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com><mailto:rweikert@nixonpeabody.com>>

>> Subject: RE: BNEA v. AtGames

>> Hi Rob,

>> Nice to meet you over email. I just tried calling your office line. Do you have time today for a quick chat? I

will be generally available after 3 pm PT.
>> Thanks,
>> Jennifer
>> <image001.png>
>> Jennifer D. Bennett
>> Partner
>> D +1 650 798 0325 | US Internal 70325
>>
jennifer.bennett@dentons.com<mailto:jennifer.bennett@dentons.com><mailto:jennifer.bennett@dentons.com>
>> Bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djennifer.bennett-40dentons.com-26action-3Dbiolink&d=DwMGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=mOgOgiTV1JfG7iyXX5W-QwCFebXydRW3lSWJi8GzP0g&s=DsY0pFRNWOdJVQHy1WPThaiRhcf-Kafh116cEEY2lrA&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djennifer.bennett-40dentons.com-26action-3Dbiolink&d=DwMGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=mOgOgiTV1JfG7iyXX5W-QwCFebXydRW3lSWJi8GzP0g&s=DsY0pFRNWOdJVQHy1WPThaiRhcf-Kafh116cEEY2lrA&e=>> |
Website<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com&d=DwMGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=mOgOgiTV1JfG7iyXX5W-QwCFebXydRW3lSWJi8GzP0g&s=WeNA5daJe_MU6wkTwapeixWc5faSsILrdE4B0-dlK4w&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com&d=DwMGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=mOgOgiTV1JfG7iyXX5W-QwCFebXydRW3lSWJi8GzP0g&s=WeNA5daJe_MU6wkTwapeixWc5faSsILrdE4B0-dlK4w&e=>>
>> Dentons US LLP
>> One Market Plaza, Spear Tower, 24th Floor, San Francisco, CA 94105
>> Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. >
Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas &
Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners
>> Dentons is a global legal practice providing client services worldwide through its member firms and
affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient,
disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from
your system. Please see dentons.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=OmaycnuI2Ov84i-oSluVqDL-7Y8h6EvOmdla5-BhN1A&s=ZQw-fzaSSBB6o4u_Q6R8n_F8izgEgQirlnfFU8_ZWMo&e=
><https://urldefense.proofpoint.com/v2/url?u=http-3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=v1q95vtOUm-BbfodUaLAHJOOSo-fWE6rs0FzanIKJHw&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=v1q95vtOUm-BbfodUaLAHJOOSo-fWE6rs0FzanIKJHw&e=>> > for Legal Notices.
>> From: Weikert, Robert
<rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com><mailto:rweikert@nixonpeabody.com>>
>> Sent: Friday, October 11, 2019 5:10 PM

>> To: Caixeiro, Manny J.
<manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com><mailto:manny.caixeiro@dentons.com
>>; Zhang, Jinshu John
<john.zhang@dentons.com<mailto:john.zhang@dentons.com><mailto:john.zhang@dentons.com>>
>> Cc: May, David
<DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com><mailto:DMay@nixonpeabody.com>>;
Psihoules, Jennette
<jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixonpeabody.com><mailto:jpsihoules@nixonpeabody.com>>; Winetroub, Andrew
<awinetroub@nixonpeabody.com<mailto:awinetroub@nixonpeabody.com><mailto:awinetroub@nixonpeabody.com>>; Kappler, Kerry
<kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabody.com><mailto:kkappler@nixonpeabody.com>>; Bennett, Jennifer D.
<jennifer.bennett@dentons.com<mailto:jennifer.bennett@dentons.com><mailto:jennifer.bennett@dentons.com>>
>> Subject: RE: BNEA v. AtGames
>> Manny and John,
>> We will include Jennifer Bennett on future communications, including in the service of the injunction papers.
>> As for John's email, we will address it fully in due course. But one point needs to be made clear now. Due to BNEA's termination of the 2016 and 2018 agreements for cause, there is no sell off period, by either AtGames itself or its retailers and/or retail distributors. We pointed this out in our letter of September 20, 2019 and noted the applicable provisions in each agreement, including Sections 7(d) and (f) of the 2018 agreement. AtGames is obligated to so advise its retailers and/or retail distributors, and those sales must cease immediately. The same holds true for any sales by AtGames and any of its representatives. Please confirm immediately that all such sales have ceased. Thank you.
>> Robert A. Weikert
>> Partner
>> rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com><mailto:rweikert@nixonpeabody.com>
>> T 415-984-8385 | C 415-298-2548 | F 866-294-8842
>> Nixon Peabody LLP | One Embarcadero Center, 32nd Floor | San Francisco, CA 94111
>>
http://www.nixonpeabody.com/our_promise<http://www.nixonpeabody.com/our_promise><http://www.nixonpeabody.com/our_promise<http://www.nixonpeabody.com/our_promise>>
>> Please consider the environment before printing this email.
>> This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.
>> -----Original Message-----
>> From: Caixeiro, Manny J.
<manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com><mailto:manny.caixeiro@dentons.com
>>
>> Sent: Friday, October 11, 2019 2:54 PM
>> To: Zhang, Jinshu John
<john.zhang@dentons.com<mailto:john.zhang@dentons.com><mailto:john.zhang@dentons.com>>
>> Cc: Weikert, Robert
<rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com><mailto:rweikert@nixonpeabody.com>>;
May, David
<DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com><mailto:DMay@nixonpeabody.com>>;

Psihoules, Jennette
<jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixonpeabody.com><mailto:jpsihoules@nixonpeabody.com>>; Winetroub, Andrew
<awinetroub@nixonpeabody.com<mailto:awinetroub@nixonpeabody.com><mailto:awinetroub@nixonpeabody.com>>; Kappler, Kerry
<kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabody.com><mailto:kkappler@nixonpeabody.com>>; Bennett, Jennifer D.
<jennifer.bennett@dentons.com<mailto:jennifer.bennett@dentons.com><mailto:jennifer.bennett@dentons.com>>

>> Subject: Re: BNEA v. AtGames

>> I wholeheartedly agree with John's email. I would also note the futility of trying to compromise with you (BNEA) as evidenced by the fact that, after discussing a neutral and contractual stipulation, you sent over a PERMANENT injunction containing a wide array of admissions of intended fact. Your emails seem intended to create the perception that you are engaged in good faith resolution efforts, but the content of your letter and proposed stipulation belie that.

>> Going forward, please include Jennifer Bennett on all future communications—and any service of documents should be made to her. Moreover, to the extent you make an ex party application or there is a hearing on that application, please notify Jennifer in advance so she may have the opportunity to appear.

>> Sent from my iPhone

>> [https://urldefense.proofpoint.com/v2/url?u=http-3A__logo.dentons.com_dentons-5Flogo.png&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=bASzsvG6WyXk5i-jBWjBsyqHe0G5PIY4d6IjGdxHBtY&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__logo.dentons.com_dentons-5Flogo.png&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=bASzsvG6WyXk5i-jBWjBsyqHe0G5PIY4d6IjGdxHBtY&e=><https://urldefense.proofpoint.com/v2/url?u=http-3A__logo.dentons.com_dentons-5Flogo.png&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=bASzsvG6WyXk5i-jBWjBsyqHe0G5PIY4d6IjGdxHBtY&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__logo.dentons.com_dentons-5Flogo.png&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=bASzsvG6WyXk5i-jBWjBsyqHe0G5PIY4d6IjGdxHBtY&e=>> ]

>> Manny J. Caixeiro
>> D +1 213 892 5010 | US Internal 35010
>>
manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com><mailto:manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com%3cmailto:manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com>>>
>> Bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Dmanny.caixeiro-40dentons.com-26action-3Dbiolink&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=huxlor6s_WBh_KYCe6eYOeACiG78rzkq4z376mZCE3c&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-

3Femail-3Dmanny.caixeiro-40dentons.com-26action-
3Dbiolink&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=huxlor6s_WBh_KYCe6eYOeACiG78rzkq
4z376mZCE3c&e=><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-
3Femail-3Dmanny.caixeiro-40dentons.com-26action-
3Dbiolink&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=huxlor6s_WBh_KYCe6eYOeACiG78rzkq
4z376mZCE3c&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-
3Femail-3Dmanny.caixeiro-40dentons.com-26action-
3Dbiolink&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=huxlor6s_WBh_KYCe6eYOeACiG78rzkq
4z376mZCE3c&e=>> >| Website<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062
-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=EQyIS_3lJ11ob-
7A9aQIy9qYlq1Iw90k7qG5XaKie9E&e=<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062
-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=EQyIS_3lJ11ob-
7A9aQIy9qYlq1Iw90k7qG5XaKie9E&e=><https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062
-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=EQyIS_3lJ11ob-
7A9aQIy9qYlq1Iw90k7qG5XaKie9E&e=<https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062
-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=EQyIS_3lJ11ob-
7A9aQIy9qYlq1Iw90k7qG5XaKie9E&e=>> >

>> Dentons US LLP

>> Larraín Rencoret > Hamilton Harrison & Mathews > Mardemootoo Balgobin > HPRP > Zain & Co. >
Delany Law > Dinner Martin > Maclay Murray & Spens > Gallo Barrios Pickmann > Muñoz > Cardenas &
Cardenas > Lopez Velarde > Rodyk > Boekel > OPF Partners

>> Dentons is a global legal practice providing client services worldwide through its member firms and
affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient,
disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from
your system. Please see dentons.com<https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=OmaycnuI2Ov84i-oSluVqDL-7Y8h6EvOmdla5-
BhN1A&s=ZQw-fzaSSBB6o4u_Q6R8n_F8izgEgQirlnfFU8_ZWMo&e=
><https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=v1q95vtOUm-BbfodUaLAHJOOSo-
fWE6rs0FzanIKJHw&e=<https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=v1q95vtOUm-BbfodUaLAHJOOSo-
fWE6rs0FzanIKJHw&e=> > for Legal Notices.

>>>>> On Oct 11, 2019, at 4:41 PM, Zhang, Jinshu John
<john.zhang@dentons.com<mailto:john.zhang@dentons.com>><mailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com%3cmailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com>>>>> wrote:

>> Rob:

>> Before we address the other points in your message below, I just want to point out the ridiculousness of your wild accusation of spoliation. In your October 8, 2019 letter, you vociferously complained about AtGames showing on its website games that have been approved by Bandai Namco and threatened groundless injunction over such postings, complete with two exhibits no less. While AtGames was under no obligation to do so, in view of BNEA's ongoing breaches of contract and oppressive conduct, AtGames has removed references to the BNEA approved products from its websites. And now you call it spoliation! This is exactly why we have major reservations about the wording of any stipulations you propose, because it seems that AtGames is damned if it ignores your demands and damned if it tries to address your demands. You have shown us the screenshots. How would removal of the postings "spoliate" evidence of the previous postings which is already in your own possession?

>> In our October 7, 2019 letter, AtGames advised you that it has ceased the production and marketing of, or taking any order for, any and all products covered by the 2016 Agreement or 2018 Agreement and it has no intention of resuming the manufacture or marketing of such products. To clarify that point, AtGames wishes to confirm, as you surely are aware, that there is no direct purchase of products through its
https://urldefense.proofpoint.com/v2/url?u=https-3A__atgames.net&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=W3e0Ev8FxMfp5tGuD1cRdrwDCnipknnvJpaOHO9J3no&e=<https://urldefense.proofpoint.com/v2/url?u=https-3A__atgames.net&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=W3e0Ev8FxMfp5tGuD1cRdrwDCnipknnvJpaOHO9J3no&e=><https://urldefense.proofpoint.com/v2/url?u=https-3A__atgames.net&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=W3e0Ev8FxMfp5tGuD1cRdrwDCnipknnvJpaOHO9J3no&e=<https://urldefense.proofpoint.com/v2/url?u=https-3A__atgames.net&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=W3e0Ev8FxMfp5tGuD1cRdrwDCnipknnvJpaOHO9J3no&e=>> website, which is attached as Exhibit A to your letter. The website merely provides a description of various products and separately identifies where AtGames' products are available for purchase through retailers. With respect to Exhibit B, AtGames wishes to clarify that the AtGames Flashback Zone merely offers direct to end consumers the remaining inventory of certain products which have already been made and for which BNEA has already been compensated under the Agreements. Indeed, as we stated in our letter, BNEA has already received all royalty payments on these products. And, any insistence by BNEA for AtGames to cease the offer for sale of products for which BNEA has already been paid is actionable against BNEA. However, while AtGames is under no obligation to do so, in view of BNEA's ongoing breaches of contract and oppressive conduct, AtGames has removed, as you have now confirmed back to us, references to the products from both of its websites at Exhibits A and B and the products will not be offered on the Flashback Zone website, attached as Exhibit B to your letter.

>> Likewise, we have previously sent you document preservation requests, which we hope your client will comply with, including preservation of evidence of any possible collusion with your mysterious and convenient "member of the public."

>> Thank you.

>> John

>> <image001.png>

>> Jinshu "John" Zhang
>> Partner
>> D +1 213 892 2809 | M +1 310 993 5015 | US Internal 32809
>>
john.zhang@dentons.com<mailto:john.zhang@dentons.com><mailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com%3cmailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com>>>
>> Bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djohn.zhang-40dentons.com-26action-3Dbiolink&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=kpWxwnix3i9htEbyzE6DcZjGdaU-OVdYKXEw484TFyA&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djohn.zhang-40dentons.com-26action-3Dbiolink&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=kpWxwnix3i9htEbyzE6DcZjGdaU-OVdYKXEw484TFyA&e=><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djohn.zhang-40dentons.com-26action-3Dbiolink&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=kpWxwnix3i9htEbyzE6DcZjGdaU-OVdYKXEw484TFyA&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djohn.zhang-40dentons.com-26action-3Dbiolink&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=kpWxwnix3i9htEbyzE6DcZjGdaU-OVdYKXEw484TFyA&e=>> | Website<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=5YXc8UpG0Fmq124ewV2YSh_LL2rbaakzZRLTi42-KnE&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=5YXc8UpG0Fmq124ewV2YSh_LL2rbaakzZRLTi42-KnE&e=><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=5YXc8UpG0Fmq124ewV2YSh_LL2rbaakzZRLTi42-KnE&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=5YXc8UpG0Fmq124ewV2YSh_LL2rbaakzZRLTi42-KnE&e=>> >
>> Dentons US LLP
>> 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017-5704
>> Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=OmaycnuI2Ov84i-oSluVqDL-7Y8h6EvOmdla5-

BhN1A&s=ZQw-fzaSSBB6o4u_Q6R8n_F8izgEgQirlnfFU8_ZWMo&e=

><https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=v1q95vtOUm-BbfodUaLAHJOOSo-
fWE6rs0FzanIKJHw&e= ><https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=v1q95vtOUm-BbfodUaLAHJOOSo-
fWE6rs0FzanIKJHw&e= > ><https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=RkO4erm3I1kCiawrCRkS6BvyuaejjOP1X
M8H8L7LXG8&e=<https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=RkO4erm3I1kCiawrCRkS6BvyuaejjOP1X
M8H8L7LXG8&e=><https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=RkO4erm3I1kCiawrCRkS6BvyuaejjOP1X
M8H8L7LXG8&e=<https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=RkO4erm3I1kCiawrCRkS6BvyuaejjOP1X
M8H8L7LXG8&e=>> > for Legal Notices

>> From: Weikert, Robert
<rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com><mailto:rweikert@nixonpeabody.com<m
ailto:rweikert@nixonpeabody.com%3cmailto:rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.co
m>>>>

>> Sent: Friday, October 11, 2019 1:55 PM

>> To: Zhang, Jinshu John
<john.zhang@dentons.com<mailto:john.zhang@dentons.com><mailto:john.zhang@dentons.com<mailto:john.
zhang@dentons.com%3cmailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com>>>>; Caixeiro,
Manny J.
<manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com><mailto:manny.caixeiro@dentons.com
<mailto:manny.caixeiro@dentons.com%3cmailto:manny.caixeiro@dentons.com<mailto:manny.caixeiro@dent
ons.com>>>>

>> Cc: May, David
<DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com><mailto:DMay@nixonpeabody.com<mailto:
DMay@nixonpeabody.com%3cmailto:DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com>>>>;
Psihoules, Jennette
<jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixonpeabody.com><mailto:jpsihoules@nixonpeabody.co
m<mailto:jpsihoules@nixonpeabody.com%3cmailto:jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixon
peabody.com>>>>; Winetroub, Andrew
<awinetroub@nixonpeabody.com<mailto:awinetroub@nixonpeabody.com><mailto:awinetroub@nixonpeabod
y.com<mailto:awinetroub@nixonpeabody.com%3cmailto:awinetroub@nixonpeabody.com<mailto:awinetroub
@nixonpeabody.com>>>>; Kappler, Kerry
<kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabody.com><mailto:kkappler@nixonpeabody.com<
mailto:kkappler@nixonpeabody.com%3cmailto:kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabod
y.com>>>>

>> Subject: RE: BNEA v. AtGames

>> John and Manny,

>> This proposal is not acceptable to BNEA for all of the reasons previously explained. And, again, if AtGames is not engaging in any of the proscribed conduct, it should have no concerns about entering into the reasonable and benign stipulated interim injunction that we have proposed.

>> Even if we disagree whether AtGames' past conduct infringed BNEA's exclusive IP rights in the Ms. PAC-MAN Property, we have now spent several weeks and exchanged at least six letters and emails discussing the terms under which your client would refrain from any future infringement. Indeed, it is now four days past October 7, which you represented in your September 18, 2019 email to Dave May was the deadline for AtGames to "close the loop" with Walmart and GameStop and obtain POs from them for AtGames' unlawful Ms. PAC-MAN products in order to make the Holiday 2019 season. And still, AtGames will only agree to a "solution" that bears little difference from the contractual arrangement that existed between BNEA and AtGames prior to this dispute. If those terms failed to deter your client's misconduct alleged in the instant case, why on earth would BNEA accept that as a solution, now? If AtGames will not agree to a stipulated injunction, enforceable by the Court, you leave us no choice but to seek such relief, immediately.

>> Therefore, we intend to move forward with the ex parte request for a temporary restraining order and order to show cause why a preliminary injunction should not issue. We will serve you and Manny with the papers via email as soon as they are available. Our various meet-and-confer exchanges make clear that Dentons represents AtGames Holdings Ltd. in this matter, despite your refusal to accept service on its behalf. Therefore, we have given sufficient notice per the Court's rules and standing orders, and have more than satisfied our meet and confer obligations.

>> On a somewhat related note, we have strong reason to believe that your client is engaged in spoliation and is not complying with its obligations to preserve evidence. We trust that you advised it of these important obligations long ago, per at least our letter dated September 20, 2019. However, we received an unsolicited advisory from a member of the public to the effect that public-facing, online content directly relevant to BNEA's claims has now been taken down and removed. If true, this conduct is also unacceptable and we intend to hold your client accountable for any such spoliation. Please make sure that it understands these obligations and has retained, and is retaining, all such evidence, including any now (and improperly) removed material. These actions will be the subject of extensive discovery as the litigation removes forward. Your client should consider itself warned on this front, including as to the severe penalties that exist for spoliation.

>> Best regards, Rob

>>

[http://www.nixonpeabody.com/media_images/np_firm_sig/images/NP_Mono_brightBlue_RGB_cropBottomLeft_sigBlock.jpg<http://www.nixonpeabody.com/media_images/np_firm_sig/images/NP_Mono_brightBlue_RGB_cropBottomLeft_sigBlock.jpg><http://www.nixonpeabody.com/media_images/np_firm_sig/images/NP_Mono_brightBlue_RGB_cropBottomLeft_sigBlock.jpg<http://www.nixonpeabody.com/media_images/np_firm_sig/images/NP_Mono_brightBlue_RGB_cropBottomLeft_sigBlock.jpg>>]<http://www.nixonpeabody.com/<http://www.nixonpeabody.com/><http://www.nixonpeabody.com/<http://www.nixonpeabody.com/>>>

>> Robert A. Weikert

>> Partner

>>

rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com><mailto:rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com%3cmailto:rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com>>>

>> T 415-984-8385 | C 415-298-2548 | F 866-294-8842

>> Nixon Peabody LLP | One Embarcadero Center, 32nd Floor | San Francisco, CA 94111

>>

nixonpeabody.com<http://nixonpeabody.com><http://nixonpeabody.com<http://nixonpeabody.com>><http://www.nixonpeabody.com<http://www.nixonpeabody.com><http://www.nixonpeabody.com<http://www.nixonpeabody.com>>> | @NixonPeabodyLLP<https://urldefense.proofpoint.com/v2/url?u=http-3A__twitter.com_NixonPeabodyLLP&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBs

Q&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQIjQpIp1sc&s=ujEg-
6kw1KDrG5PgaH9dZeAmWE45L25ISqM85kDdr5A&e=<https://urldefense.proofpoint.com/v2/url?u=http-
3A__twitter.com_NixonPeabodyLLP&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBs
Q&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQIjQpIp1sc&s=ujEg-
6kw1KDrG5PgaH9dZeAmWE45L25ISqM85kDdr5A&e=><https://urldefense.proofpoint.com/v2/url?u=http-
3A__twitter.com_NixonPeabodyLLP&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBs
Q&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQIjQpIp1sc&s=ujEg-
6kw1KDrG5PgaH9dZeAmWE45L25ISqM85kDdr5A&e=<https://urldefense.proofpoint.com/v2/url?u=http-
3A__twitter.com_NixonPeabodyLLP&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBs
Q&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQIjQpIp1sc&s=ujEg-
6kw1KDrG5PgaH9dZeAmWE45L25ISqM85kDdr5A&e=>> >

>> Please consider the environment before printing this email.
>> This email message and any attachments are confidential and may be protected by the attorney/client or
other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the
message. If you are not an intended recipient, please notify the sender immediately and delete the message from
your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than
the intended recipient is strictly prohibited and may be unlawful. Thank you.
>> From: Zhang, Jinshu John
<john.zhang@dentons.com><mailto:john.zhang@dentons.com><mailto:john.
zhang@dentons.com%3cmailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com>>>>
>> Sent: Thursday, October 10, 2019 1:46 PM
>> To: Weikert, Robert
<rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com><mailto:rweikert@nixonpeabody.com<m
ailto:rweikert@nixonpeabody.com%3cmailto:rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.co
m>>>>; Caixeiro, Manny J.
<manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com><mailto:manny.caixeiro@dentons.com
<mailto:manny.caixeiro@dentons.com%3cmailto:manny.caixeiro@dentons.com<mailto:manny.caixeiro@dent
ons.com>>>>
>> Cc: May, David
<DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com><mailto:DMay@nixonpeabody.com<mailto:
DMay@nixonpeabody.com%3cmailto:DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com>>>>;
Psihoules, Jennette
<jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixonpeabody.com><mailto:jpsihoules@nixonpeabody.co
m<mailto:jpsihoules@nixonpeabody.com%3cmailto:jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixon
peabody.com>>>>; Winetroub, Andrew
<awinetroub@nixonpeabody.com<mailto:awinetroub@nixonpeabody.com><mailto:awinetroub@nixonpeabod
y.com<mailto:awinetroub@nixonpeabody.com%3cmailto:awinetroub@nixonpeabody.com<mailto:awinetroub
@nixonpeabody.com>>>>; Kappler, Kerry
<kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabody.com><mailto:kkappler@nixonpeabody.com<
mailto:kkappler@nixonpeabody.com%3cmailto:kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabod
y.com>>>>
>> Subject: RE: BNEA v. AtGames
>> Rob:
>> As I mentioned in our call yesterday, AtGames has no intention of manufacturing and selling any Ms. PAC-
MAN before getting a proper license from Bandai Namco. I expressed willingness to entertain a contractual
stipulation to that effect so we don't have to go to the court to fight over something that AtGames is not doing
and will not do anyway. However, I was quick to caution you that I did not want Bandai Namco to spin any

stipulation to the public. Your filing of a stipulated injunction will just do that (the public spinning). Anyone reading your draft will have a distinct impression that AtGames has done something wrong and is capitulating when caught red-handed. If publicity is what you seek, then we want to add a complete recount of the back-and-forth between the parties and with regard to GCC, to balance out your thinly veiled accusatory undertone.

>> AtGames has no problem agreeing not to manufacture or sell any Ms. PAC-MAN product before getting a license therefor from Bandai Namco and has authorized me to hereby make such promise. To put you further at ease, there is or has been no production under way. I find it distasteful when you and Dave May tried to paint AtGames' aspirational date for licensing, given at the prodding of Dave, as an ultimatum signaling imminent sales of Ms. PAC-MAN games without a BN license.

>> I hope that any lingering concern of BN over any imagined manufacturing or marketing of Ms. PAC-MAN should dissipate by now. Will you be amendable to reverting back to the out-of-court stipulation approach we discussed yesterday? If so, we can proceed to provide our suggested edits.

>> Thank you.

>> John

>> <image001.png>

>> Jinshu "John" Zhang

>> Partner

>> D +1 213 892 2809 | M +1 310 993 5015 | US Internal 32809

>>

john.zhang@dentons.com<mailto:john.zhang@dentons.com><mailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com%3cmailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com>>>

>> Bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djohn.zhang-40dentons.com-26action-3Dbiolink&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=f_uJjm6FbXEYVwK4a5mLsKjzTheYLizzK-id8csyYm0&s=dRbawY8j5eG8ZyMuRZkGOxwRfUuHDu3KNR1xr-gYU18&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djohn.zhang-40dentons.com-26action-3Dbiolink&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=f_uJjm6FbXEYVwK4a5mLsKjzTheYLizzK-id8csyYm0&s=dRbawY8j5eG8ZyMuRZkGOxwRfUuHDu3KNR1xr-gYU18&e=>><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djohn.zhang-40dentons.com-26action-3Dbiolink&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=f_uJjm6FbXEYVwK4a5mLsKjzTheYLizzK-id8csyYm0&s=dRbawY8j5eG8ZyMuRZkGOxwRfUuHDu3KNR1xr-gYU18&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djohn.zhang-40dentons.com-26action-3Dbiolink&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=f_uJjm6FbXEYVwK4a5mLsKjzTheYLizzK-id8csyYm0&s=dRbawY8j5eG8ZyMuRZkGOxwRfUuHDu3KNR1xr-gYU18&e=>>> |

Website<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=f_uJjm6FbXEYVwK4a5mLsKjzTheYLizzK-id8csyYm0&s=y4brLHu0IswED9rb_xPVDyT4faD9FKAglf8AbAWel-E&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=f_uJjm6FbXEYVwK4a5mLsKjzTheYLizzK-id8csyYm0&s=y4brLHu0IswED9rb_xPVDyT4faD9FKAglf8AbAWel-E&e=><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-

PVL1N_Q1wdBY2-A&m=f_uJjm6FbXEYVwK4a5mLsKjzTheYLizzK-
id8csyYm0&s=y4brLHu0IswED9rb_xPVDyT4faD9FKAglf8AbAWel-
E&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_&d=DwMF-
g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-
PVL1N_Q1wdBY2-A&m=f_uJjm6FbXEYVwK4a5mLsKjzTheYLizzK-
id8csyYm0&s=y4brLHu0IswED9rb_xPVDyT4faD9FKAglf8AbAWel-E&e=>>>

>> Dentons US LLP
>> 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017-5704
>> Dentons is a global legal practice providing client services worldwide through its member firms and
affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient,
disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from
your system. Please see dentons.com<https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=OmaycnuI2Ov84i-oSluVqDL-7Y8h6EvOmdla5-
BhN1A&s=ZQw-fzaSSBB6o4u_Q6R8n_F8izgEgQirlnfFU8_ZWMo&e=
><https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=v1q95vtOUm-BbfodUaLAHJOOSo-
fWE6rs0FzanIKJHw&e=<https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=v1q95vtOUm-BbfodUaLAHJOOSo-
fWE6rs0FzanIKJHw&e=> ><https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=RkO4erm3I1kCiawrCRkS6BvyuaejjOP1X
M8H8L7LXG8&e=<https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=RkO4erm3I1kCiawrCRkS6BvyuaejjOP1X
M8H8L7LXG8&e=><https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=RkO4erm3I1kCiawrCRkS6BvyuaejjOP1X
M8H8L7LXG8&e=<https://urldefense.proofpoint.com/v2/url?u=http-
3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-
JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-
A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=RkO4erm3I1kCiawrCRkS6BvyuaejjOP1X
M8H8L7LXG8&e=>> > for Legal Notices

>> From: Weikert, Robert
<rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com><mailto:rweikert@nixonpeabody.com<m
ailto:rweikert@nixonpeabody.com%3cmailto:rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.co
m>>>>
>> Sent: Thursday, October 10, 2019 11:27 AM
>> To: Zhang, Jinshu John
<john.zhang@dentons.com<mailto:john.zhang@dentons.com><mailto:john.zhang@dentons.com<mailto:john.
zhang@dentons.com%3cmailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com>>>>; Caixeiro,
Manny J.
<manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com><mailto:manny.caixeiro@dentons.com
<mailto:manny.caixeiro@dentons.com%3cmailto:manny.caixeiro@dentons.com<mailto:manny.caixeiro@dent

ons.com>>>>
>> Cc: May, David
<DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com><mailto:DMay@nixonpeabody.com<mailto:
DMay@nixonpeabody.com%3cmailto:DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com>>>>;
Psihoules, Jennette
<jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixonpeabody.com><mailto:jpsihoules@nixonpeabody.co
m<mailto:jpsihoules@nixonpeabody.com%3cmailto:jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixon
peabody.com>>>>; Winetroub, Andrew
<awinetroub@nixonpeabody.com<mailto:awinetroub@nixonpeabody.com><mailto:awinetroub@nixonpeabod
y.com<mailto:awinetroub@nixonpeabody.com%3cmailto:awinetroub@nixonpeabody.com<mailto:awinetroub
@nixonpeabody.com>>>>; Kappler, Kerry
<kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabody.com><mailto:kkappler@nixonpeabody.com<
mailto:kkappler@nixonpeabody.com%3cmailto:kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabod
y.com>>>>
>> Subject: RE: BNEA v. AtGames
>> John,
>> Our client is inclined to grant the additional time only if your client is willing to enter into and file a
stipulation along the lines of what we have proposed, and thus we only need to finalize the language. If your
client is unwilling to enter into the stipulation, then we don't understand why any additional time is needed.
Please advise.
>> Thank you. Rob
>> From: Zhang, Jinshu John
<john.zhang@dentons.com<mailto:john.zhang@dentons.com><mailto:john.zhang@dentons.com<mailto:john.
zhang@dentons.com%3cmailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com>>>>
>> Sent: Thursday, October 10, 2019 10:36 AM
>> To: Weikert, Robert
<rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com><mailto:rweikert@nixonpeabody.com<m
ailto:rweikert@nixonpeabody.com%3cmailto:rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.co
m>>>>; Caixeiro, Manny J.
<manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com><mailto:manny.caixeiro@dentons.com
<mailto:manny.caixeiro@dentons.com%3cmailto:manny.caixeiro@dentons.com<mailto:manny.caixeiro@dent
ons.com>>>>
>> Cc: May, David
<DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com><mailto:DMay@nixonpeabody.com<mailto:
DMay@nixonpeabody.com%3cmailto:DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com>>>>;
Psihoules, Jennette
<jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixonpeabody.com><mailto:jpsihoules@nixonpeabody.co
m<mailto:jpsihoules@nixonpeabody.com%3cmailto:jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixon
peabody.com>>>>; Winetroub, Andrew
<awinetroub@nixonpeabody.com<mailto:awinetroub@nixonpeabody.com><mailto:awinetroub@nixonpeabod
y.com<mailto:awinetroub@nixonpeabody.com%3cmailto:awinetroub@nixonpeabody.com<mailto:awinetroub
@nixonpeabody.com>>>>; Kappler, Kerry
<kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabody.com><mailto:kkappler@nixonpeabody.com<
mailto:kkappler@nixonpeabody.com%3cmailto:kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabod
y.com>>>>
>> Subject: RE: BNEA v. AtGames
>> [EXTERNAL E-MAIL]
>> Rob:
>> Manny is taking an deposition today. Representatives of AtGames are traveling. Can we get back to you by
end of the day?
>> Thank you.

\>> John
\>> <image001.png>
\>> Jinshu "John" Zhang
\>> Partner
\>> D +1 213 892 2809 | M +1 310 993 5015 | US Internal 32809
\>>
john.zhang@dentons.com<mailto:john.zhang@dentons.com><mailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com%3cmailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com>>>
\>> Bio<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djohn.zhang-40dentons.com-26action-3Dbiolink&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=qXDUtBmt52M8wm26DQ9YkYWXtJ0lAQ5pLio_aFqO5C0&s=HyumBZ5I7TPylsd9Rqv3pxGr2Sri9wrVd4PH6rdL5Yk&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djohn.zhang-40dentons.com-26action-3Dbiolink&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=qXDUtBmt52M8wm26DQ9YkYWXtJ0lAQ5pLio_aFqO5C0&s=HyumBZ5I7TPylsd9Rqv3pxGr2Sri9wrVd4PH6rdL5Yk&e=><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djohn.zhang-40dentons.com-26action-3Dbiolink&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=qXDUtBmt52M8wm26DQ9YkYWXtJ0lAQ5pLio_aFqO5C0&s=HyumBZ5I7TPylsd9Rqv3pxGr2Sri9wrVd4PH6rdL5Yk&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_ch.aspx-3Femail-3Djohn.zhang-40dentons.com-26action-3Dbiolink&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=qXDUtBmt52M8wm26DQ9YkYWXtJ0lAQ5pLio_aFqO5C0&s=HyumBZ5I7TPylsd9Rqv3pxGr2Sri9wrVd4PH6rdL5Yk&e=>>> | Website<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=qXDUtBmt52M8wm26DQ9YkYWXtJ0lAQ5pLio_aFqO5C0&s=mBqyOMIIZZH2sw-oBIxv2q3yhjRhcZTxPns6UNBF5JA&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=qXDUtBmt52M8wm26DQ9YkYWXtJ0lAQ5pLio_aFqO5C0&s=mBqyOMIIZZH2sw-oBIxv2q3yhjRhcZTxPns6UNBF5JA&e=><https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=qXDUtBmt52M8wm26DQ9YkYWXtJ0lAQ5pLio_aFqO5C0&s=mBqyOMIIZZH2sw-oBIxv2q3yhjRhcZTxPns6UNBF5JA&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.dentons.com_&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=qXDUtBmt52M8wm26DQ9YkYWXtJ0lAQ5pLio_aFqO5C0&s=mBqyOMIIZZH2sw-oBIxv2q3yhjRhcZTxPns6UNBF5JA&e=>>>
\>> Dentons US LLP
\>> 601 South Figueroa Street, Suite 2500, Los Angeles, CA 90017-5704

>> Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com<https://urldefense.proofpoint.com/v2/url?u=http-3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=OmaycnuI2Ov84i-oSluVqDL-7Y8h6EvOmdla5-BhN1A&s=ZQw-fzaSSBB6o4u_Q6R8n_F8izgEgQirlnfFU8_ZWMo&e=
><https://urldefense.proofpoint.com/v2/url?u=http-3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=v1q95vtOUm-BbfodUaLAHJOOSo-fWE6rs0FzanIKJHw&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=RVefmvudTeFLr89ZxPubAxQFSAElmXisiaKZOUZtXto&s=v1q95vtOUm-BbfodUaLAHJOOSo-fWE6rs0FzanIKJHw&e=> ><https://urldefense.proofpoint.com/v2/url?u=http-3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=RkO4erm3I1kCiawrCRkS6BvyuaejjOP1XM8H8L7LXG8&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=RkO4erm3I1kCiawrCRkS6BvyuaejjOP1XM8H8L7LXG8&e=><https://urldefense.proofpoint.com/v2/url?u=http-3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=RkO4erm3I1kCiawrCRkS6BvyuaejjOP1XM8H8L7LXG8&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__dentons.com&d=DwIGaQ&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=LgmqqwrdZZadEoNtz1XPiABmjYxzuQsHFQljQpIp1sc&s=RkO4erm3I1kCiawrCRkS6BvyuaejjOP1XM8H8L7LXG8&e=>> for Legal Notices
>> From: Weikert, Robert <rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com>><mailto:rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com%3cmailto:rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com>>>>
>> Sent: Thursday, October 10, 2019 9:19 AM
>> To: Caixeiro, Manny J. <manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com>><mailto:manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com%3cmailto:manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com>>>>; Zhang, Jinshu John <john.zhang@dentons.com<mailto:john.zhang@dentons.com>><mailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com%3cmailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com>>>>
>> Cc: May, David <DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com>><mailto:DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com%3cmailto:DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com>>>>; Psihoules, Jennette <jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixonpeabody.com>><mailto:jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixonpeabody.com%3cmailto:jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixonpeabody.com>>>>; Winetroub, Andrew <awinetroub@nixonpeabody.com<mailto:awinetroub@nixonpeabody.com>><mailto:awinetroub@nixonpeabod

y.com<mailto:awinetroub@nixonpeabody.com%3cmailto:awinetroub@nixonpeabody.com<mailto:awinetroub@nixonpeabody.com>>>>; Kappler, Kerry
<kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabody.com><mailto:kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabody.com%3cmailto:kkappler@nixonpeabody.com<mailto:kkappler@nixonpeabod y.com>>>>

>> Subject: RE: BNEA v. AtGames
>> Manny and John,
>> We would appreciate hearing from you by noon or so today as to whether this proposed stipulation is acceptable, and thus we can get it on file, or whether you have any proposed edits you would like us to consider.
>> Thank you. Rob
>> From: Winetroub, Andrew
<awinetroub@nixonpeabody.com<mailto:awinetroub@nixonpeabody.com><mailto:awinetroub@nixonpeabod y.com<mailto:awinetroub@nixonpeabody.com%3cmailto:awinetroub@nixonpeabody.com<mailto:awinetroub @nixonpeabody.com>>>>
>> Sent: Wednesday, October 9, 2019 7:23 PM
>> To:
manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com><mailto:manny.caixeiro@dentons.com<mailto:manny.caixeiro@dentons.com%3cmailto:manny.caixeiro@dentons.com<mailto:manny.caixeiro@dento ns.com>>>;
john.zhang@dentons.com<mailto:john.zhang@dentons.com><mailto:john.zhang@dentons.com<mailto:john.zh ang@dentons.com%3cmailto:john.zhang@dentons.com<mailto:john.zhang@dentons.com>>>
>> Cc: Weikert, Robert
<rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.com><mailto:rweikert@nixonpeabody.com<m ailto:rweikert@nixonpeabody.com%3cmailto:rweikert@nixonpeabody.com<mailto:rweikert@nixonpeabody.co m>>>>; May, David
<DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com><mailto:DMay@nixonpeabody.com<mailto: DMay@nixonpeabody.com%3cmailto:DMay@nixonpeabody.com<mailto:DMay@nixonpeabody.com>>>>; Psihoules, Jennette
<jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixonpeabody.com><mailto:jpsihoules@nixonpeabody.co m<mailto:jpsihoules@nixonpeabody.com%3cmailto:jpsihoules@nixonpeabody.com<mailto:jpsihoules@nixon peabody.com>>>>
>> Subject: BNEA v. AtGames
>> Manny and John,
>> Per our conversation earlier today, we are attaching hereto a Proposed Stipulated Interim Permanent Injunction and Order.
>> Please note that our client is still reviewing the attached document, as well, but we do not anticipate any significant changes or edits.
>> Please provide your client's response at your earliest opportunity.
>> Regards,
>> Andrew
>>
[http://www.nixonpeabody.com/media_images/np_firm_sig/images/NP_Mono_BrightGreen_RGB_cropBottom Left_sigBlock.jpg<http://www.nixonpeabody.com/media_images/np_firm_sig/images/NP_Mono_BrightGreen _RGB_cropBottomLeft_sigBlock.jpg><http://www.nixonpeabody.com/media_images/np_firm_sig/images/NP _Mono_BrightGreen_RGB_cropBottomLeft_sigBlock.jpg<http://www.nixonpeabody.com/media_images/np_fi rm_sig/images/NP_Mono_BrightGreen_RGB_cropBottomLeft_sigBlock.jpg>>]<http://www.nixonpeabody.co m/<http://www.nixonpeabody.com/><http://www.nixonpeabody.com/<http://www.nixonpeabody.com/>>>
>> Andrew H. Winetroub
>> Associate
>>
awinetroub@nixonpeabody.com<mailto:awinetroub@nixonpeabody.com><mailto:awinetroub@nixonpeabody.

com<mailto:awinetroub@nixonpeabody.com%3cmailto:awinetroub@nixonpeabody.com<mailto:awinetroub@nixonpeabody.com>>>
>> T 415-984-8271 | C 415-734-1649 | F 833-927-0858
>> Nixon Peabody LLP | One Embarcadero Center, 32nd Floor | San Francisco, CA 94111
>>
nixonpeabody.com<http://nixonpeabody.com><http://nixonpeabody.com<http://nixonpeabody.com>>><http://www.nixonpeabody.com/<http://www.nixonpeabody.com/><http://www.nixonpeabody.com/<http://www.nixonpeabody.com/>>> | @NixonPeabodyLLP<https://urldefense.proofpoint.com/v2/url?u=http-3A__twitter.com_NixonPeabodyLLP&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=qXDUtBmt52M8wm26DQ9YkYWXtJ0lAQ5pLio_aFqO5C0&s=3R_9s-Zaz3wk76x2Lcd8vf6KABJAnGe-VkmL0XqC9fY&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__twitter.com_NixonPeabodyLLP&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=qXDUtBmt52M8wm26DQ9YkYWXtJ0lAQ5pLio_aFqO5C0&s=3R_9s-Zaz3wk76x2Lcd8vf6KABJAnGe-VkmL0XqC9fY&e=><https://urldefense.proofpoint.com/v2/url?u=http-3A__twitter.com_NixonPeabodyLLP&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=qXDUtBmt52M8wm26DQ9YkYWXtJ0lAQ5pLio_aFqO5C0&s=3R_9s-Zaz3wk76x2Lcd8vf6KABJAnGe-VkmL0XqC9fY&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__twitter.com_NixonPeabodyLLP&d=DwMF-g&c=hyJyt9F650OIjrbIvmGWCNnrcfC_DFOTuCq9DvhKBsQ&r=aef062-JjbkgAG3jYluU5G3Au6K-PVL1N_Q1wdBY2-A&m=qXDUtBmt52M8wm26DQ9YkYWXtJ0lAQ5pLio_aFqO5C0&s=3R_9s-Zaz3wk76x2Lcd8vf6KABJAnGe-VkmL0XqC9fY&e=>>>
>> Please consider the environment before printing this email.
>> This email message and any attachments are confidential and may be protected by the attorney/client or other applicable privileges. The information is intended to be conveyed only to the designated recipient(s) of the message. If you are not an intended recipient, please notify the sender immediately and delete the message from your email system. Unauthorized use, dissemination, distribution or reproduction of this message by other than the intended recipient is strictly prohibited and may be unlawful. Thank you.