Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Andrew H. Winetroub (Bar No. 291847)
awinetroub@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (866) 294-8300

David L. May (*Admitted Pro Hac Vice*)
dmay@nixonpeabody.com
Jennette W. Psihoules (*Admitted Pro Hac Vice*)
jpsihoules@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Plaintiff*
BANDAI NAMCO Entertainment America Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BANDAI NAMCO ENTERTAINMENT AMERICA INC., <br><br> Plaintiff, <br><br> vs. <br><br> ATGAMES HOLDINGS, LTD.; and DOES 1 through 50, <br><br> Defendants. <br><br> ATGAMES HOLDINGS, LTD., <br><br> Counter-Claimant, <br><br> vs. <br><br> BANDAI NAMCO ENTERTAINMENT AMERICA INC., <br><br> Counter-Defendant. | **Case No.: 3:19-cv-05898-VC** <br><br> **FIRST AMENDED COMPLAINT FOR:** <br><br> 1. **Trademark Infringement under the Lanham Act (15 U.S.C. § 1114(1)(a));** <br><br> 2. **Counterfeiting under the Lanham Act (15 U.S.C. § 1114(1)(a) and § 1116(d));** <br><br> 3. **Copyright Infringement under the Copyright Act (17 U.S.C. § 501(a));** <br><br> 4. **Unfair Competition and False Designation of Origin under the Lanham Act (15 U.S.C. § 1125(a)(1)(A));** <br><br> 5. **False Advertising under the Lanham Act (15 U.S.C. § 1125(a)(1)(B));** <br><br> 6. **California Unfair Competition (Cal. Bus. & Prof. Code §§ 17200 *et seq.*);** |



**7. California False Advertising (Cal. Bus. & Prof. Code §§ 17500 *et seq*.); and**

**8. Breach of Contract**

**JURY TRIAL DEMANDED**

1.      Plaintiff, BANDAI NAMCO Entertainment America Inc. ("**BNEA**"), brings this first amended complaint (hereinafter "**Complaint**") against Defendant AtGames Holdings, Ltd. ("**AtGames**"), and Defendants DOES 1 through 50 (together with AtGames, "**Defendants**"), for injunctive relief and monetary damages as well as such other relief as specified herein for (i) Trademark Infringement under the Lanham Act (15 U.S.C. § 1114(1)(a)); (ii) Counterfeiting under the Lanham Act (15 U.S.C. §§ 1114(1)(a) and 1116(d)); (iii) Copyright Infringement under the Copyright Act (17 U.S.C. § 501(a)); (iv) Unfair Competition and False Designation of Origin under the Lanham Act (15 U.S.C. § 1125(a)(1)(A)); (v) False Advertising under the Lanham Act (15 U.S.C. § 1125(a)(1)(B)); (vi) California Unfair Competition (Cal. Bus. & Prof. Code §§ 17200 *et seq*.); (vii) California False Advertising (Cal. Bus. & Prof. Code §§ 17500 *et seq*.); and (viii) Breach of Contract.

2.      BNEA brings this Complaint pursuant to and in accordance with the parties' Stipulation Consenting to Filing of Amended Complaint and Related Pleading Matters.  Dkt. No. 47.  As set forth therein, the parties' agreed that BNEA shall "file its Amended Complaint prior to and in lieu of responding to AtGames' currently asserted Counterclaims . . . ."  *Id*.  As such, BNEA asserts herein, *inter alia*, any causes of action that it could and would have filed in response to AtGames' currently asserted Counterclaims [Dkt. No. 34] but for the parties' agreement to permit the filing of this Complaint instead in the interest of efficiency and judicial economy.  *See* Dkt. No. 47.

## PARTIES

2.      Plaintiff BNEA is a Delaware corporation with its principal place of business located in Santa Clara, California.

3.     BNEA is informed and believes and on that basis alleges that Defendant AtGames Holdings, Ltd. is a corporation formed under the laws of the British Virgin Islands, with its principal place of business located in Taipei, Taiwan.  BNEA is further informed and believes and on that basis alleges that Defendant AtGames has facilities and operations in El Segundo, California.

4.     BNEA brings this Complaint against Defendants DOES 1 through 50 under fictitious names.  Their true names and capacities, whether individual, corporate, associate, or otherwise, are unknown to BNEA.  When BNEA ascertains their true names and capacities, it will amend this Complaint to insert the true name and capacity of each fictitiously named Defendant.  BNEA is informed and believes and on that basis alleges that each fictitiously named Defendant is legally responsible in some manner for the occurrences alleged in this Complaint.

5.     BNEA is informed and believes and on that basis alleges that, at all times relevant to this Complaint, Defendants, and each of them, were the agents, servants, employees, alter egos, successors-in-interest, subsidiaries, affiliated companies or corporations, and joint ventures of each other Defendant.  BNEA further alleges on information and belief that each of the Defendants acted in concert with, and with the consent of, each of the other Defendants, and that each of the Defendants ratified or agreed to accept the benefits of the conduct of each of the Defendants, and did accept the benefits of conduct of each of the Defendants.  For the remainder of this Complaint, all references to AtGames include DOES 1 through 50.

## JURISDICTION AND VENUE

6.     This Court has subject matter jurisdiction over BNEA's claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) because these claims arise under the Lanham Act, 15 U.S.C. §§ 1114, 1116, and 1125(a), and the Copyright Act, 17 U.S.C. § 501(a).  In addition, supplemental jurisdiction over the related state law claims is conferred upon this Court by 28 U.S.C. § 1367(a).

7.     BNEA is informed and believes and on that basis alleges that this Court has personal jurisdiction over Defendants because Defendants have regularly transacted, and continue

**FIRST AMENDED COMPLAINT**

to transact, business in this State; contract to supply goods and/or services in this State; are causing injury by acts in this State; and engage in other persistent courses of conduct and/or derive substantial revenue from goods used or consumed, or services rendered, in this State.

8.     BNEA is informed and believes and on that basis alleges that AtGames has its primary United States office in this State and otherwise has sufficient minimum contacts with this State, through at least the promotion, advertising, marketing, offering for sale and/or sale of the Licensed Products (as defined *infra*) within this State as well as contractual relations with Plaintiff in this State, such that this Court has personal jurisdiction over Defendant.

9.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because a substantial part of the acts complained of herein occurred in this judicial district, certain of the claims at issue in this action arise out of or relate to contracts that oblige these parties to litigate disputes thereunder in this judicial district, and Defendants are subject to personal jurisdiction in this judicial district.

## INTRADISTRICT ASSIGNMENT

10.     The above-captioned action has been assigned to the San Francisco Division, and there has been no objection from the parties as to that assignment.  Further, since this action concerns, in substantial part, BNEA's intellectual property rights, Civil L.R. 3-2(c) provides that this case is subject to assignment on a district-wide basis, including the San Francisco Division. Accordingly, maintaining this action in the San Francisco Division is proper pursuant to Civil L.R. 3-2(c).

## FACTUAL BACKGROUND

### *BANDAI NAMCO and its Successful PAC-MAN Video Game*

11.     BNEA is an affiliate of BANDAI NAMCO Entertainment Inc. ("**BNEI**" and, together with BNEA, "**BANDAI NAMCO**"), a world renowned video game developer and publisher with its headquarters in Tokyo, Japan.

12.     BANDAI NAMCO, through its predecessors and its global network of affiliates and licensees, has developed, published and distributed numerous highly successful and popular

video game franchises, including Tekken®, PAC-MAN®, Dig Dug®, Galaga®, Galaxian®, Soulcalibur®, and Ace Combat®, among a number of others.  It is consistently ranked among the top ten video game publishers in the world as well as listed as one of the largest video game companies in terms of revenue.  *See* articles attached hereto as **Exhibit 1**.

13.     Perhaps BANDAI NAMCO's most well-known and most played video game franchise of all time is PAC-MAN, a maze-based arcade game originally developed and released in 1980.  In the PAC-MAN game, the player controls the PAC-MAN character, who must eat all the dots inside an enclosed maze while avoiding four colored ghosts.

14.     Almost immediately upon release, PAC-MAN become an arcade game classic drawing a cult-like following and remains to this day one of the highest grossing video games of all time.  *See* articles attached hereto as **Exhibit 1**.

15.     As a result of the widespread success and popularity of the PAC-MAN game since its release, the PAC-MAN mark and brand have obtained valuable fame, reputation and goodwill among the purchasing public worldwide.

### *The Development of Ms. PAC-MAN and Relationship between GCC and BANDAI NAMCO*

16.     BNEA is informed and believes and on that basis alleges that, in or around 1981, a small group of former students from the Massachusetts Institute of Technology (MIT), including but not limited to Kevin G. Curran ("**Curran**"), Douglas B. Macrae, and John Tylko, Jr., under the entity General Computer Corporation ("**GCC**"), developed an enhancement kit for the original PAC-MAN game titled Crazy Otto, which later became Ms. PAC-MAN.

17.     BNEA is informed and believes and on that basis alleges that during that same year, GCC began discussions with the U.S. distributor of PAC-MAN at the time (*i.e.*, Midway Mfg. and Bally Manufacturing Corporation and any affiliated or subsidiary companies of such entities (collectively "**Midway**")) for the sale of Ms. PAC-MAN, which at the time was still titled Crazy Otto.  BNEA is further informed and believes and on that basis alleges that GCC and Midway ultimately worked together to create the Ms. PAC-MAN game, as a sequel to PAC-MAN.

18.     BNEA is informed and believes and on that basis alleges that, on October 29, 1981, GCC and Midway entered into an agreement whereby GCC assigned to Midway all right, title and interest in and to Ms. PAC-MAN, including all trademarks and copyrights throughout the world, in consideration for royalty payments for the sale of the Ms. PAC-MAN game (the "**Midway 1981 Agreement**").

19.     In or around the end of 1981, Midway published the Ms. PAC-MAN video game in the U.S.

20.     Since its release, Ms. PAC-MAN has been widely popular around the world.  It has also been rated as one of the greatest video games of all time and one of the most successful arcade games ever made.  *See* articles attached hereto as **Exhibit 1**.

21.     BNEA is informed and believes and on that basis alleges that, shortly after its release, a dispute arose between GCC and Midway relating to Midway's manufacture and sale of Ms. PAC-MAN and the Midway 1981 Agreement, among other matters, that resulted in litigation.  BNEA is further informed and believes on that basis alleges that GCC and Midway settled the dispute pursuant to a settlement agreement effective as of October 5, 1983 (the "**Midway 1983 Agreement**").

22.     Around the same time, GCC entered into an agreement with Namco Limited and Namco America, Inc. (collectively, "**Namco**"), effective as of October 14, 1983 (the "**Namco 1983 Agreement**"), relating to the Midway 1983 Agreement and assigning all rights it still had in and to Ms. PAC-MAN to Namco.

23.     In or around 1987, Midway assigned to Namco all right, title and interest it had in and to Ms. PAC-MAN, as a result of the Midway 1983 Agreement.

24.     In August 2018, BANDAI NAMCO and the successors in interest to GCC (Kevin Curran, Douglas B. Macrae, Gerald D. Hosier and John Tylko, Jr., collectively, the "**GCC Successors**") began negotiating an arrangement to finally resolve their relationship created under the 1983 Agreement and subsequent agreement entered into in or around 2008 (collectively, the "**GCC Agreements**") with respect to Ms. PAC-MAN.

25.     Over the course of a year, until late August 2019, BANDAI NAMCO and the GCC Successors continued to engage in active discussions relating to the GCC Agreements and Ms. PAC-MAN.  In late August 2019, the relevant parties were close to reaching an agreement as to terms and a formal written agreement was circulated and signed by most if not all of the GCC Successors.

26.     As a result of AtGames' conduct (as set forth *infra*), the negotiated agreement between BANDAI NAMCO and the GCC Successors to fully and finally resolve the issues addressed in the GCC Agreements, and the terms the parties had already agreed to, was not consummated.

### *Ms. PAC-MAN and the Ms. PAC-MAN Property*

27.     BNEI owns any and all intellectual property rights related to the Ms. PAC-MAN franchise, including without limitation, all rights to the game, characters, designs, likenesses, visual representations, copyrights, character names, trademarks, and any other rights contained and/or incorporated in the Ms. PAC-MAN video game (collectively hereinafter, the "**Ms. PAC-MAN Property**").

28.     Currently, pursuant to agreements with BNEI, BNEA has exclusive rights in and to the Ms. PAC-MAN Property, and BNEA is exclusively authorized to, among other things, grant sublicenses to third parties to use the Ms. PAC-MAN Property, in connection with the development, manufacture, distribution, sale, advertising and promotion of a wide variety of products and services, including but not limited to video games, apparel, accessories, head wear, foot wear, bags, home goods, stationary, collectibles, statues, books (excluding strategy guides), comics, food and drink, lottery, advertising, premiums, toys, portable handhelds, plug-n-play devices, tabletop games, card games, merchandise sold or provided directly or indirectly to consumers as "amusement prizes," mall events, and advertising (limited to print, television, radio, and internet) and any ancillary materials, within at least North America, Central America and South America.

FIRST AMENDED COMPLAINT

29.     BNEI, and its affiliates and predecessors in interest, including but not limited to BNEA, have exclusively used the mark Ms. PAC-MAN (hereinafter the "**Ms. PAC-MAN Mark**") and other related marks in connection with their various goods and services over a lengthy and extended period of time and, thereby, have acquired valuable rights and goodwill in and to such marks.

30.     BNEI is the owner of, *inter alia*, U.S. Trademark Registration No. 1,279,066 for the mark Ms. PAC-MAN, having an effective filing date of July 21, 1982, and directed to "*Coin-Operated and Non-Coin-Operated Electronic Amusement Apparatus for Playing a Game on a Video Output Display*" in Class 28 (hereinafter the "**Ms. PAC-MAN Trademark Registration**"). A true and correct copy of the registration certificate for the Ms. PAC-MAN Trademark Registration is attached hereto and incorporated herein by reference as **Exhibit 2**.

31.     Further, BNEI is the owner of U.S. Copyright Registration No. PA 140-275 for the audiovisual work titled "Ms. PAC-MAN" covering the Ms. PAC-MAN video game (the "**Ms. PAC-MAN Game Copyright Registration**").  A true and correct copy of the registration certificate for the Ms. PAC-MAN Game Copyright is attached hereto and incorporated herein by reference as **Exhibit 3**.

32.     BNEI is also the owner of, *inter alia*, the works set forth in the following additional U.S. Copyright Registrations related to Ms. PAC-MAN:

- U.S. Copyright Registration No. VA 116-103 for the work entitled "Ms. PAC-MAN";
- U.S. Copyright Registration No. VA 134-951 for the work entitled "Ms. PAC-MAN";
- U.S. Copyright Registration No. VA 555-101 for the work titled "PAC-MAN Characters and Log Style Guide;
- U.S. Copyright Registration No. VA 104-383 for the work entitled "Ms. PAC-MAN Pal pajama bag and pillow [style no. 8507]";

- U.S. Copyright Registration No. VA 104-386 for the work entitled "Ms. PAC-MAN puppet [style no. 8506]";

- U.S. Copyright Registration No. VA 115-909 for the work titled "Ms. PAC-MAN: an activity book";

- U.S. Copyright Registration No. TX 1-248-562 for the work titled "Ms. PAC-MAN's prize pupil";

- U.S. Copyright Registration No. VA 134-220 for the work titled "Ms. PAC-MAN game";

- U.S. Copyright Registration No. VA 1-155-762 for the work titled "Ms. PAC-MAN/Galaga operator's manual"; and

- U.S. Copyright Registration No. VA 1-352-904 for the work titled "25th Anniversary PAC-MAN/Ms. PAC-MAN/GALAGA Operator's Manual".

True and correct copies of the registration certificates for the above referenced copyright registrations are attached hereto and incorporated herein by reference as **Exhibit 4**.  The foregoing copyright registrations collectively with the Ms. PAC-MAN Game Copyright Registration are hereinafter referred to as the "**Ms. PAC-MAN Copyright Registrations**" and the works embodied therein are hereinafter referred to as the "**Ms. PAC-MAN Copyrights**".

33.     BNEA has exclusive rights to use the Ms. PAC-MAN Mark and to reproduce, distribute, display, perform, create derivative works of and/or use the Ms. PAC-MAN Copyrights, as well as to enforce the Ms. PAC-MAN Mark and Ms. PAC-MAN Copyrights in the United States.

34.     When any third party seeks a license to develop merchandise incorporating any BNEA Property, they are required to complete and submit to BNEA a Merchandise License Proposal Worksheet (the "**License Proposal**").[1]  Since at least 2016, each License Proposal form has included the following text at the bottom of every page:

---

[1] The License Proposal template in use in 2016 contained certain immaterial differences, including being titled "License Proposal Worksheet."

DISCLAIMER: This worksheet is non-binding, for informational purposes only and does not constitute an authorization, offer, acceptance of an offer, or agreement of any kind. Use of any BNEA trademarks, copyrights, patents or other intellectual property rights without a long form license agreement fully executed by an authorized representative of BNEA is a violation of our valuable intellectual property rights which we vigorously defend to the fullest extent of the law and may also be a violation of criminal statutes. In the absence of any agreement to the contrary, BNEA cannot guarantee that any information, documents, or materials submitted in connection with any licensing request will be kept confidential or that similar information has not already been developed or obtained by BNEA, or will not be developed or obtained by BNEA, in the future (the "**Disclaimer**").

### *BNEA's Relationship with AtGames*

35.     BNEA is informed and believes and on that basis alleges that AtGames develops, manufactures, and sells, among other things, versions of classic video games.

36.     BNEA is informed and believes and on that basis alleges that, in or around June 2012, AtGames' CEO, Ping-Kang Hsiung ("**Hsiung**"), first contacted BNEA seeking to obtain a license to exploit BANDAI NAMCO's valuable intellectual property, through various "plug-and-play" and handheld gaming consoles manufactured, distributed and sold by AtGames.  After Hsiung specified that his request pertained specifically to the Ms. PAC-MAN Property, BNEA expressly rejected his proposal.

### *The BNEA-AtGames License Agreements*

37.     Between April 2016 and September 2016, AtGames sent at least five License Proposals, namely for games embedded in retro console and handheld (portable) products.  Each of those License Proposals contained the Disclaimer and was signed by AtGames' Chief Operating Officer Jodie Lee ("**Lee**").

38.     Following negotiations, the parties entered into a License Agreement, effective as of October 10, 2016 (the "**2016 Agreement**"), under which BNEA granted AtGames a non-exclusive license to use certain BNEA Properties,[2] subject to BNEA's approval, for the sole purpose of developing, manufacturing, distributing, selling, advertising, and promoting two

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the relevant License Agreement.

specific Licensed Product thereunder, namely: an "Atari Flashback Portable" and a "Sega Genesis Ultimate Portable" game console.

39.     Throughout March and April 2018, various AtGames' employees submitted License Proposals to BNEA, requesting permission to develop "HDMI Dongles with Wireless controller featuring Ms. PAC-MAN among 12 built-in Bandai Namco classic titles."  None of these License Proposals were ever approved by BNEA or set forth in a license agreement between the parties.

40.     On May 10, 2018, BNEA's Director of IP Strategy Shoya Yamazaki ("**Yamazaki**") emailed AtGames' executives Hsiung and Lee, and AtGames' employees Sherry Hsu and Yada Khoongumjorn informing each of them that, for the products to be licensed under the 2018 Agreement, AtGames "should use Arcade versions [of the licensed BNEA Properties] whose rights belongs to only BNEA" and "not other versions such as NES or Sega Genesis."  On May 16, 2018, BNEA's Yamazaki sent a second email to the same AtGames employees, asking them to "please double check with your dev team if they can port/emulate Arcade Versions into your products without any issues?"  On May 17, 2018, AtGames employee Sherry Hsu responded to Yamazaki's email, stating that "To confirm, [AtGames] can do all arcade versions."

41.     In June 2018, AtGames' Sherry Hsu submitted a revised version of the License Proposals previously submitted in March and April 2018, this time seeking permission to develop "HDMI Dongles with Wireless controller" that incorporated a dozen different BNEA Properties—but not the Ms. PAC-MAN Property.  Based upon AtGames' representations regarding its development capabilities, according to Sherry Hsu's May 17, 2018 email, and the removal of Ms. PAC-MAN Property from the then-pending License Proposal, BNEA and AtGames entered into a Merchandise Development & Distribution Agreement, as of June 1, 2018, and as amended by the First Amendment, dated August 1, 2018 (collectively, the "**2018 Agreement**," and together with the 2016 Agreement, the "**License Agreements**").

42.     The 2018 Agreement granted AtGames a limited and non-exclusive license to use specifically-defined BNEA Property, subject to BNEA's approval, only in connection with the

development and distribution of the products licensed thereunder.  Pursuant to the 2018 Agreement, the Licensed Product was a "Wireless plug-and-play HDMI dongle (with wireless controller) pre-loaded with Licensee-developed versions" of thirteen different BNEA Properties" (the "**PAC-MAN Product**") and "Wireless plug-and-play HDMI console (with wireless controller) pre-loaded with Licensee-developed versions" of six BNEA Properties.  The Ms. PAC-MAN Property was not encompassed by the terms of the 2018 Agreement.

43.     Section 2 of the 2018 Agreement sets forth a number of key terms governing AtGames' development of the PAC-MAN Product.  Meanwhile, Section 4 of the 2018 Agreement states the parties' respective rights and obligations regarding the distribution of the PAC-MAN Product.  A number of further sections and provisions in the 2018 Agreement are relevant to the instant dispute – including but not limited to those setting forth obligations to make royalty payments and provide timely royalty reports, establishing rights to terminate the contract, and providing for the protection of confidential information – as discussed hereinafter.

44.     Until terminated by BNEA, pursuant to its August 27, 2019 and September 20, 2019 letters (discussed *infra*), both the 2016 Agreement and the 2018 Agreement remained in full force and effect.  During that time, BNEA performed its obligations under the License Agreements and AtGames developed, marketed, and distributed the Licensed Products as contemplated thereunder, except as set forth below.

### *AtGames' Unauthorized Ms. PAC-MAN Product*

45.     In or around June 2018, AtGames' employee Sherry Hsu submitted a different License Proposal, seeking a license to develop a "HDMI game console or full size (165cm or taller) home arcade" featuring Ms. PAC-MAN Property.  In September and October 2018, AtGames' Hsiung submitted revised versions of the same License Proposal.  None of these License Proposals were ever approved by BNEA or set forth in a license agreement between the parties and each contained the same Disclaimer, clearly admonishing AtGames that any use of a BNEA Property requested therein, "without a long form license agreement," would violate

BNEA's "valuable intellectual property rights which we vigorously defend to the fullest extent of the law and may also be a violation of criminal statutes."

46.    On October 15, 2018, BNEA's Yamazaki responded to AtGames' then-pending License Proposal for the Ms. PAC-MAN Property and stated that, while BNEA may be "ok with releasing" a Ms. PAC-MAN version of the "HDMI Dongle" product previously licensed under the 2018 Agreement," BNEA could not approve AtGames' proposal for any "Home Arcade" product without prior approval from at least two different BNEA affiliates.  BNEA did not receive approval for the "Home Arcade" from its affiliates.

47.    On November 4, 2018, AtGames' Hsiung sent a follow up email to BNEA's Yamazaki asking him to "confirm" BNEA would approve AtGames' then-pending proposal for a HDMI dongle product featuring Ms. PAC-MAN Property.  Upon information and belief, as of November 4, 2018, Hsiung understood that AtGames was not authorized to make any use of the Ms. PAC-MAN Property.

48.    On November 16, 2018, AtGames' Hsiung emailed BNEA's Yamazaki to request clarification regarding Yamazaki's concerns raised in his October 15, 2018 email.  On November 20, 2018, Yamazaki replied to Hsiung and explained, with respect to the "Home Arcade" proposal, that it was "still hard for [him] to move forward with AtGames on this category," in part, due to BNEA's reluctance to jeopardize the existing success of BNEA's affiliates and its then-current licensees for similar products.

49.    On December 13, 2018, AtGames' Hsiung sent another follow up email, again asking BNEA's Yamazaki to confirm BNEA's approval of AtGames' then-pending proposal for a HDMI dongle product featuring the Ms. PAC-MAN Property.  Upon information and belief, as of December 13, 2018, Hsiung understood that AtGames was not authorized to make any use of the Ms. PAC-MAN Property.

50.    On December 13, 2018, BNEA's Yamazaki responded to Hsiung and clarified that AtGames' then-pending proposal for a HDMI dongle product featuring Ms. PAC-MAN Property

could not then be approved due to the unavailability of certain software needed for the product, in addition to the other issues raised in Yamazaki's prior emails.

51.     On March 22, 2019, Hsiung emailed Yamazaki again, asking to "hear good news from [BNEA] about working together on [AtGames'] arcade project," presumably in reference to AtGames' previously-submitted "Home Arcade" License Proposal.  On March 29, 2019, Hsiung replied to his March 22, 2019 email asking to schedule a call with Yamazaki to "follow up on this and on Ms. Pac-MAN[.]"

52.     Between March and June 2019, AtGames continued to pressure BNEA to participate in AtGames' "arcade project" by email and at several meetings, scheduled at AtGames' insistence.  Ultimately, however, on June 26, 2019, BNEA's Shuhei Hokari responded to Hsiung and explained that BNEA "would like to pass [on] this opportunity this time due to the number of existing licensees who have similar products."  Upon information and belief, at least as of June 26, 2019, AtGames understood that BNEA had rejected and would not approve AtGames' requests to license any BNEA Property for use in a "Home Arcade" product.

53.     In addition to producing and distributing the Unauthorized Ms. PAC-MAN Product (defined hereinafter), BNEA is informed and believes and on that basis alleges that AtGames has made misrepresentations with respect to its rights to use the Ms. PAC-MAN Property.  In particular, on or around July 26, 2019, an affiliate of BANDAI NAMCO was contacted by a current licensee advising that they were aware of someone from AtGames reaching out to indicate that they were obtaining arcade rights for Ms. PAC-MAN from the GCC Successors.

54.     AtGames has denied to at least BNEA that it has made such misrepresentations to the licensee, or similar false statements to other licensees and/or distributors and/or retailers. Specifically, a few days after AtGames contacted the licensee advising that it was acquiring rights to Ms. PAC-MAN, BNEA had a call with AtGames to discuss BNEA's plans to celebrate PAC-MAN's 40th anniversary; however, during the call, AtGames continuously shifted the conversation to Ms. PAC-MAN.  After the call, AtGames sent a confirmatory email to BNEA

stating that it "did not claim to be licensed by Bandai Namco for Ms. Pac-Man products."  A true and correct copy of the foregoing email correspondence by AtGames is attached hereto and incorporated by reference as **Exhibit 6**.

55.     In response to AtGames' email, BNEA requested that AtGames confirm that it had not claimed to have acquired a license for Ms. PAC-MAN for both arcade and consumer games from GCC.  AtGames responded stating "LOL no we didn't make such a claim. You will be the first one we come to ☺ [sic] Who's this strange partner? We don't speak with anybody about this type of sensitive and confidential things."  *See* **Exhibit 6**.

56.     Subsequently, BNEA learned from Curran himself that despite AtGames' representations and assurances to the contrary, AtGames had in fact contacted Curran about acquiring the GCC Successors' royalty interest in Ms. PAC-MAN.  It was at this point, on or around August 19, 2019, that BNEA also became aware that AtGames had developed a Ms. PAC-MAN "Legends Compact" home arcade machine (the "**Unauthorized Ms. PAC-MAN Product**") and delivered the Unauthorized Ms. PAC-MAN Product to Curran.  A true and correct image of the Unauthorized Ms. PAC-MAN Product is depicted below and attached hereto and incorporated herein by reference as **Exhibit 5**.



57.     Upon information and belief, AtGames never prepared or submitted to BNEA a License Proposal for a "Legends Compact" home arcade machine incorporating any BNEA Property, including the Ms. PAC-MAN Property.

58.     The Unauthorized Ms. PAC-MAN Product applies the exact Ms. PAC-MAN Mark, as well as images of the copyrighted Ms. PAC-MAN arcade decals and characters, including but not limited to various iterations of the Ms. PAC-MAN and ghost characters, on the machine, without BNEA's authorization, as shown in Paragraph 56 above and Exhibit 5 hereto.

59.     Additionally, BNEA is informed and believes and on that basis alleges that the Unauthorized Ms. PAC-MAN Product contains Ms. PAC-MAN game software without BNEA's permission.

60.     BNEA is further informed and believes and on that basis alleges that the Unauthorized Ms. PAC-MAN Product was manufactured outside of the United States and imported to AtGames' facilities in California.

61.     BNEA is informed and believes and on that basis alleges that AtGames has transported and delivered the Unauthorized Ms. PAC-MAN Product across state lines from AtGames' facilities in California, to at least one of the GCC Successors, namely, Curran, who BNEA is informed and believes and on that basis alleges is located on the East Coast of the United States.

62.     As mentioned, BNEA has neither given permission nor licensed to AtGames the right to use the Ms. PAC-MAN Mark or the Ms. PAC-MAN Copyrights, and therefore AtGames' unauthorized use of such mark and one or more copyrights is a direct violation of BNEA's exclusive rights in and to the Ms. PAC-MAN Property.

63.     In addition to having constructive notice of BNEA's rights in the Ms. PAC-MAN Registration, AtGames has been aware, since at least 2012, including at the time it developed and transported the Unauthorized Ms. PAC-MAN Product to Curran, of BNEA and its rights in and to the Ms. PAC-MAN Property, including but not limited to the Ms. PAC-MAN Mark and the Ms. PAC-MAN Copyrights, particularly considering that AtGames' was an active PAC-MAN licensee of BNEA.  AtGames' actions with respect to the Unauthorized Ms. PAC-MAN Product were therefore, knowing, intentional and willful.

64.     BNEA is informed and believes and on that basis alleges that AtGames has taken the aforesaid actions with the intent (i) to trade on and associate itself with the goodwill and reputation of BANDAI NAMCO, the Ms. PAC-MAN Mark, and other marks or source identifying indicia relating to Ms. PAC-MAN, and (ii) to confuse actual and potential customers, including but not limited to actual and potential licensees, distributors and/or retailers of Ms. PAC-MAN products, into believing that AtGames has a license from BNEA to use the same.

65.     BNEA is further informed and believes and on that basis alleges that AtGames has produced and/or distributed the Unauthorized Ms. PAC-MAN Product to prospective licensees, distributors and/or retailers for purposes of entering into agreements with such parties for the eventual distribution and resale of the Unauthorized Ms. PAC-MAN Product.

66.     BNEA is further informed and believes and on that basis alleges that AtGames has, since the filing of the above-captioned action, continued producing and/or distributing the Unauthorized Ms. PAC-MAN Product to prospective licensees, distributors and/or retailers for purposes of entering into agreements with such parties for the eventual distribution and resale of the Unauthorized Ms. PAC-MAN Product.

67.     BNEA is informed and believes and on that basis alleges that AtGames' production and distribution of the Unauthorized Ms. PAC-MAN Product, including the distribution to at least one of the GCC Successors, Curran, as well as AtGames' continued production, promotion, and distribution of the Unauthorized Ms. PAC-MAN Product, has caused, or is likely to cause, confusion, mistake and/or deception amongst actual and potential licensees, distributors, retailers and/or other BNEA customers as to the source or sponsorship of the Unauthorized Ms. PAC-MAN Product.

68.     If AtGames is not enjoined from the further production and distribution of the Unauthorized Ms. PAC-MAN Product, as well as any subsequent variations of such product, including but not limited to a final Ms. PAC-MAN product, which apply or incorporate the Ms. PAC-MAN Mark, the Ms. PAC-MAN Copyrights, and/or any other marks, artwork, or audiovisual works associated with the Ms. PAC-MAN Property, BNEA, as well as BANDAI

NAMCO more generally, will continue to suffer severe damages, not only monetarily but also to its goodwill and reputation.

69.     Specifically, AtGames' infringing actions are likely to interfere with and disrupt BNEA's relationship with current and prospective licensees and its potential distribution deals with distributors and/or retailers, as further explained herein.

70.     On or about August 19, 2019, Curran informed BNEA that AtGames' Hsiung had contacted him regarding AtGames potentially acquiring the GCC Successors' royalty interest in Ms. PAC-MAN.  Until that time, the parties to the GCC Agreements – namely, BANDAI NAMCO and the GCC Successors – had been discussing how to resolve and, ultimately, terminate their longstanding contractual relationship.  AtGames was not a third party beneficiary or connected to the GCC Agreements in any way, yet elected to unilaterally contact the GCC Successors regarding the GCC Agreements just days before those contracts were to be mutually terminated by the parties thereto.

71.     Curran further advised BNEA that AtGames told him that it has been in discussions with Walmart who had expressed significant interest in selling the Unauthorized Ms. PAC-MAN Product.

72.     On August 28, 2019, BNEA received correspondence from counsel for AtGames, which stated, in part: "We hereby notify BANDAI NAMCO that AtGames has acquired all the right title, claim and interest of GCC in and under all agreements, contracts, licenses, commitments, undertakings and other legally binding arrangements between GCC and BANDAI NAMCO, as amended to date . . . ."  Despite subsequent attempts, BNEA has been unable to independently verify that claim.

73.     BNEA is informed and believes and on that basis alleges that, during this time period in August 2019, AtGames represented to the GCC Successors that multiple Ms. PAC-MAN products could be available for distribution and sale imminently.

74.     Further, on or around September 3, 2019, BNEA received an unsolicited email from an independent sales representative, copying AtGames's Hsiung, and informing BNEA that

the sales representative was actively working with Hsiung "on creating an opportunity with Ms. Pac Man licensed product for GameStop."  The sales representative also mentioned that it hoped that the "recent agreement between GCC and AtGames hopefully will provide us all a way to work together on this project."  A true and correct copy of this correspondence is attached hereto and incorporated by referenced herein as **Exhibit 7**.

75.     AtGames' Hsiung immediately responded to the sales representative's email to BNEA, confirming AtGames' interest in working with BNEA on the "project," but making no attempt to clarify that AtGames does not hold and has never held a license to exploit Ms. PAC-MAN in any way. *See* **Exhibit 7**.

76.     BNEA is informed and believes and on that basis alleges that AtGames is likely to make, and/or has already made, similar misrepresentations to other current or prospective BANDAI NAMCO licensees and/or current or prospective retailers and/or distributors of Ms. PAC-MAN products.  Such misrepresentations by AtGames purportedly related to the Ms. PAC-MAN Property are patently false because the GCC Successors did not at the time (nor do they currently) hold any rights to license the Ms. PAC-MAN Property to AtGames, or to any other entity, and therefore, it is simply not possible for AtGames to have rights to the Ms. PAC-MAN Property because BNEA is exclusively authorized to, among other things, grant sublicenses to third parties to use the Ms. PAC-MAN Property.  And, BNEA has not licensed to AtGames any right to use the Ms. PAC-MAN Property.

77.     BNEA is informed and believes and on that basis alleges that AtGames has engaged in communications and negotiations with major retailers, including but not limited to Walmart and GameStop, regarding its ability to provide Ms. PAC-MAN products, such as arcade machines substantially similar to the Unauthorized Ms. PAC-MAN Product.  Notably, BNEA and its authorized licensees derive significant revenue from their sales to Walmart and GameStop. Particularly among chain retailers, GameStop is an important and valued partner of BNEA.  As a result, any damage to BNEA's relationship with Walmart or GameStop, among other retail partners, could inflict substantial and lasting harm on BNEA and its authorized licensees.

78.     BNEA is further informed and believes and on that basis alleges that such misrepresentations are likely to and/or have actually deceived such current or prospective licensees, retailers and/or distributors into entering sham agreements with AtGames to distribute and/or sell such unlicensed products, believing them to have been properly licensed, while actually infringing BNEA's rights.

79.     Not only are AtGames' misrepresentations likely to damage BNEA's relationship with its current and prospective licensees, retailers and/or distributors, but they are also likely to cause severe harm to BNEA's reputation and goodwill.

### *AtGames' Wrongful Conduct and Breaches of the License Agreements*

80.     Over the course of BNEA's business relationship with AtGames, AtGames has engaged in wrongful conduct in violation of its contractual obligations on a number of occasions.

81.     BNEA is informed and believes and on that basis alleges that, on or about March 12, 2018, AtGames' Lee sent an email to BNEA's Licensing Manager Kyoko Acheson in which Lee plainly admitted that AtGames had not been "following the step by step approval procedure" required by the 2016 Agreement.

82.     BNEA is informed and believes and on that basis alleges that, at least between August 2018 and October 2018, AtGames distributed PAC-MAN Products to retailers and/or retail distributors that featured a version of the PAC-MAN game software that materially deviated from the version approved by BNEA (the "**Unauthorized PAC-MAN Product**").  As such, the PAC-MAN game software featured in the Unauthorized PAC-MAN Product was not approved by BNEA, as required.  This is despite the fact that BNEA had previously approved of PAC-MAN game software that it understood would be used in the PAC-MAN Product, based on AtGames' prior representations of its capabilities and a video clip recorded by AtGames and submitted to BNEA (the "**Approved PAC-MAN Product**").

83.     Deviations from the Approved PAC-MAN Product included, without limitation, the game software for PAC-MAN clearly displaying the logo of a third party software development company during the launch sequence for that game.  In at least that respect, the

Unauthorized PAC-MAN Product distributed to retailers substantially deviated from the Approved PAC-MAN Product.  Moreover, the marketing materials for the PAC-MAN Product approved by BNEA did not match the software used in the product sold and distributed, the Unauthorized PAC-MAN Product, as required.

84.     Accordingly, AtGames' development of the Unauthorized PAC-MAN Product breached the Section 2(c) of the 2018 Agreement and the development license granted therein. Further, AtGames' advertising, sales, and distribution of the Unauthorized PAC-MAN Product triggered BNEA's right, pursuant to Section 7(e) of the 2018 Agreement, to terminate, at its discretion, the distribution license for the PAC-MAN Product, by giving written notice to AtGames, as a result of the violation of Section 2(c) of the 2018 Agreement.  BNEA gave the requisite written notice of immediate termination on September 20, 2019.

85.     Additionally, BNEA is informed and believes and on that basis alleges that, without BNEA's authorization or approval, AtGames used certain Third Party Materials in developing the Unauthorized PAC-MAN Product.  AtGames has admitted to this conduct in correspondence with BNEA.  AtGames' use of Third Party Materials, without BNEA's express prior written authorization, in developing the Unauthorized PAC-MAN Product constituted a breach of Sections 2(c) and 2(f) of the 2018 Agreement.

86.     AtGames' conduct, in incorporating certain Third Party Materials in developing the Unauthorized PAC-MAN Product, also breached Section 2(c)(ii) of the 2018 Agreement through its development of a Deliverable and distribution of a Licensed Product that was not a "wholly original work of" AtGames.  Upon information and belief, the Third Party Materials in the Unauthorized PAC-MAN Product also misappropriated the work of a Third Party in contravention of Section 2(c)(iii) of the 2018 Agreement.

87.     BNEA is informed and believes and on that basis alleges that in or around August and September 2018, AtGames began distributing the Approved PAC-MAN Product to various press and media outlets, seeking to generate positive press and reviews, prior to the PAC-MAN Product's retail release.  In response, multiple press and media recipients of the Approved PAC-

MAN Product published positive reviews and, in most cases, specifically highlighted the superior version of the PAC-MAN game software included therein.

88.     BNEA is informed and believes and on that basis alleges that consumers relied upon the positive reviews of the Approved PAC-MAN Product in their decision to purchase the Unauthorized PAC-MAN Product at retail.  BNEA is further informed and believes that retailers and/or retail distributors similarly purchased the Unauthorized PAC-MAN Product from AtGames for sale to the public based on their understanding that they would be receiving and, in turn, selling the superior Approved PAC-MAN Product.

89.     BNEA is informed and believes and on that basis alleges that, following various media members' discovery that they had published positive reviews of a different PAC-MAN Product (*i.e.*, the Approved PAC-MAN Product) from the version of the PAC-MAN Product available at retail (*i.e.*, the Unauthorized PAC-MAN Product), such press and media members published subsequent negative reviews of the PAC-MAN Product, in which they disowned and recanted their prior, positive reviews and warned consumers against purchasing a PAC-MAN Product.

90.     AtGames' distribution of two different versions of the PAC-MAN Product, coupled with the prominent use of BNEA's company name, brands, and other licensed intellectual property with such products and the resulting negative response from consumers and members of the press and media, has caused irreparable harm to BNEA's reputation and good will.  AtGames' conduct in this regard violated both Section 2(c)(vi) and Section 4(c) of the 2018 Agreement.

91.     BNEA is informed and believes and on that basis alleges that AtGames has disclosed Confidential Information (as defined in each respective License Agreement, per footnote 2, *supra*) to a third party, or to third parties, without BNEA's prior written authorization to do so, in violation of Section 9(b) of the 2018 Agreement and Section 14 of the 2016 Agreement.  In breach of such obligations, BNEA is informed and believes and on that basis alleges that AtGames disclosed Confidential Information that had been shared between BNEA

and AtGames during the course of their contractual relationship to, at a minimum, the GCC Successors, including but not limited to Curran.  BNEA is further informed and believes and on that basis alleges that such impermissible disclosures of Confidential Information were made by AtGames, through its CEO Hsiung, in or about August 2019.  BNEA is further informed and believes and on that basis alleges that AtGames took such action in an attempt, ultimately ill-fated, to gain leverage over BNEA when it was approached by AtGames regarding a license for Ms. PAC-MAN.  Thus, AtGames did not simply divulge Confidential Information in violation of the License Agreements. BNEA is informed and believes and on that basis alleges that AtGames did so in a wrongful effort to obtain an ill-gotten commercial advantage.  In response to AtGames' breaches of the contractual provisions set forth herein, BNEA gave the requisite written notice of immediate termination on August 27, 2019.[3]

92.     In addition, the 2016 Agreement states, in Section 16(3)(e), that BNEA may terminate the 2016 Agreement, including any Schedule thereto, without a cure period if: "[…] (e) Licensee breaches any of its obligations under any other agreement with BNEA, and BNEA terminated such agreement."  As set forth herein, BNEA terminated the 2018 Agreement based on AtGames' various breaches thereof.  Among other reasons, BNEA has asserted its right to terminate the 2016 Agreement on this basis, as well.

93.     AtGames has also breached its obligation to timely provide BNEA with royalty reports during the term of the contract pursuant to Section 6(e) of the 2018 Agreement.  In fact, AtGames has not provided any royalty reports to BNEA for the 2019 calendar year.  Further, following BNEA's termination of the 2018 Agreement, AtGames has failed to comply with its obligations under Section 7(f) of the 2018 Agreement.

94.     BNEA is informed and believes and on that basis alleges that, beginning in or around October 2019, AtGames sold and/or distributed an HDMI dongle containing various BNEA Properties, that had been licensed under the 2018 Agreement (the "**AtGames Sam's Club**

---

[3] AtGames' disclosures of Confidential Information (namely, certain terms set forth in the 2016 Agreement and 2018 Agreement) to the Court, by and through its filings in the above-captioned action, is understood by BNEA as AtGames' consent to BNEA's limited references herein to the same Confidential Information, which are included only to meet BNEA's pleading burden.

**Dongle**"),[4] as part of a bundle with an arcade cabinet produced by AtGames (the "**AtGames Home Arcade**," and together with the AtGames Sam's Club Dongle included therewith, the "**Sam's Club Bundle**").  BNEA is further informed and believes and on that basis alleges that the unauthorized AtGames Sam's Club Dongle, which BNEA is further informed and believes is branded as the "BANDAI NAMCO Arcade Blast!" HDMI dongle, was promoted on the packaging and included therein for distribution to purchasers of the AtGames Home Arcade.

95.    BNEA is informed and believes and on that basis alleges that the AtGames Sam's Club Dongle has been, and is continuing to be, distributed without a wireless controller in contravention of the license for the Licensed Product under the 2018 Agreement, as set forth in Schedule B thereto.

96.    BNEA is informed and believes and on that basis alleges that the AtGames Sam's Club Dongle included in the Sam's Club Bundle was available to Sam's Club members for free when they purchased the AtGames Home Arcade.

97.    AtGames never sought BNEA's authorization to distribute the AtGames Sam's Club Dongle as a promotional item at Sam's Club, nor would BNEA have consented to such a distribution.  Further, in the absence of BNEA's express prior written approval, AtGames' distribution of the AtGames Sam's Club Dongle constitutes a breach of Section 4(c) of the 2018 Agreement.

98.    AtGames never sought BNEA's approval, nor did BNEA ever give AtGames such approval, for the AtGames Sam's Club Dongle's packaging, in violation of Section 2(b) of the 2018 Agreement.

99.    Accordingly, AtGames' development, production, promotion, and/or distribution of the Sam's Club Bundle, including but not limited to the AtGames Sam's Club Dongle, constitutes a breach of its obligations under Section 4(c) of the 2018 Agreement.

---

[4] BNEA is informed and believes and on that basis alleges that the BNEA Property used in the AtGames Sam's Club Dongle includes the following games, without limitation: Dig Dug, Galaga, Galaxian, Mappy, New Rally-X, PAC-MAN, PAC-Mania, Sky Kid, The Tower of Druaga, and Xevious.

## COUNT I
### Trademark Infringement under the Lanham Act
### (15 U.S.C. § 1114(1)(a))

100.   BNEA re-alleges the allegations contained in Paragraphs 1 through 99, as though fully set forth herein.

101.   BNEI is the owner of the Ms. PAC-MAN Mark and the Ms. PAC-MAN Registration (*i.e.*, U.S. Trademark Registration No. 1,279,066), and it, or its affiliated companies, including without limitation BNEA, and its predecessors in interest, have continuously used the Ms. PAC-MAN Mark as a source identifier in connection with its products and services, particularly in connection with the Ms. PAC-MAN Property and franchise, in interstate commerce within the United States and around the world.

102.   BNEA has exclusive rights to use the Ms. PAC-MAN Mark, as well as to enforce the Ms. PAC-MAN Mark in the United States.

103.   Without the authorization or consent of BNEA, AtGames was and/or still currently is, marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Unauthorized Ms. PAC-MAN Product to distributors, retailers or resellers in the United States using the Ms. PAC-MAN Mark and/or trademarks and designations that are confusingly similar to the Ms. PAC-MAN Mark.

104.   AtGames' use of the Ms. PAC-MAN Mark and/or confusingly similar designations thereto in connection with the marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as the Unauthorized Ms. PAC-MAN Product, is likely to cause and has actually caused confusion, mistake, and deception among distributors, retailers or resellers as well as the general public as to the origin of such goods and/or services, or as to whether AtGames is sponsored by/affiliated with, or otherwise connected to BNEA in violation of 15 U.S.C. § 1114(1).

105.   By using the Ms. PAC-MAN Mark and/or confusingly similar marks or designations to the Ms. PAC-MAN Mark and by marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as the Unauthorized

Ms. PAC-MAN Product, in connection with such marks, for profit and without BNEA's authorization, AtGames is depriving BNEA of its exclusive right to control, and benefit from, the Ms. PAC-MAN Mark.  If permitted to continue, AtGames' actions will nullify BNEA's exclusive rights to the Ms. PAC-MAN Mark, free from infringement, and will have a substantial and adverse effect on BNEA's existing and projected future interstate business of marketing products and services identified by the Ms. PAC-MAN Mark.

106.    BNEA has been damaged by AtGames' activities and conduct and, unless this conduct is enjoined, BNEA's goodwill and reputation will continue to suffer irreparable injury that cannot adequately be calculated or compensated by money damages.

107.    By using the Ms. PAC-MAN Mark and/or confusingly similar designations, and marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as the Unauthorized Ms. PAC-MAN Product, in connection with such marks, AtGames has intentionally and knowingly infringed BNEA's rights.

108.    AtGames' trademark infringement actions entitle BNEA to damages under 15 U.S.C. § 1117 in an amount to be determined at trial, as well as exemplary damages and attorneys' fees and costs.

### COUNT II
### Counterfeiting under the Lanham Act
### (15 U.S.C. § 1114(1)(a) and § 1116(d))

109.    BNEA re-alleges the allegations contained in Paragraphs 1 through 108, as though fully set forth herein.

110.    As set forth herein, AtGames was and/or still currently is, using marks that are the same or confusingly similar to the Ms. PAC-MAN Mark, which is set forth in the Ms. PAC-MAN Registration, in connection with the marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as the Unauthorized Ms. PAC-MAN Product.

111.    Specifically, AtGames was, and/or still currently is, using counterfeit reproductions of the registered Ms. PAC-MAN Mark directly on or in connection with the

Unauthorized Ms. PAC-MAN Product, including but without limitation, in connection with the transportation of the Unauthorized Ms. PAC-MAN Product to one or more of the GCC Successors.

112.    AtGames was, and/or still currently is, using the registered Ms. PAC-MAN Mark, without authorization, in connection with the Unauthorized Ms. PAC-MAN Product, which is the same or substantially the same type of good to which the Ms. PAC-MAN Registration is directed, in order to cause the ordinary consumer to be unable to distinguish between the registered Ms. PAC-MAN Mark and AtGames' counterfeit reproductions of the same.

113.    AtGames' use of the registered Ms. PAC-MAN Mark without authorization and in connection with the marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as the Unauthorized Ms. PAC-MAN Product, is damaging the reputation and goodwill associated with BNEA and the Ms. PAC-MAN Mark.

114.    Unless AtGames' conduct is enjoined from its use of the registered Ms. PAC-MAN Mark, BNEA will continue to suffer irreparable injury that cannot be adequately calculated or compensated by money damages.

115.    AtGames' counterfeiting actions entitle BNEA to equitable remedies and damages pursuant to 15 U.S.C. §§ 1116 and 1117, including but not limited to statutory damages pursuant to 15 U.S.C. § 1117(c) and its reasonable attorneys' fees pursuant to 15 U.S.C. § 1117(a).

**COUNT III**
**Copyright Infringement under the Copyright Act**
**(17 U.S.C. § 501(a))**

116.    BNEA re-alleges the allegations contained in Paragraphs 1 through 115, as though fully set forth herein.

117.    BNEI is the owner of the Ms. PAC-MAN Copyrights, which are embodied in the Ms. PAC-MAN Copyright Registrations.

118.    BNEA has exclusive rights to reproduce, distribute, display, perform, create derivative works of and/or use the Ms. PAC-MAN Copyrights, as well as to enforce the Ms. PAC-MAN Copyrights, in the United States.

119.     AtGames has actual notice of BNEA's rights in and to the Ms. PAC-MAN Copyrights and/or the Ms. PAC-MAN Copyright Registrations.

120.     AtGames failed to obtain BNEA's consent or authorization to use, reproduce, copy, display, distribute, sell, perform and/or market any of the Ms. PAC-MAN Copyrights embodied in the Ms. PAC-MAN Copyright Registrations.

121.     AtGames, without permission, knowingly and intentionally reproduced, copied, displayed, distributed, sold, performed and/or marketed one or more of the Ms. PAC-MAN Copyrights, and/or at a minimum, substantially similar works to one or more of the Ms. PAC-MAN Copyrights, by, at a minimum, marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying the Unauthorized Ms. PAC-MAN Product to one or more of the GCC Successors.

122.     AtGames' unlawful and willful actions constitute infringement of one or more of BNEA's Ms. PAC-MAN Copyrights, including BNEA's rights, at the very least, to reproduce and distribute one or more of the Ms. PAC-MAN Copyrights in violation of 17 U.S.C. § 501(a).

123.     AtGames' knowing and intentional copyright infringement of one or more of the Ms. PAC-MAN Copyrights has caused substantial and irreparable harm to BNEA and unless enjoined, AtGames will continue to cause substantial and irreparable harm to BNEA for which BNEA has no adequate remedy at law.

124.     BNEA is therefore entitled to injunctive relief under 17 U.S.C. § 502, BNEA's actual damages, and AtGames' profits in an amount to be proven at trial, as well as enhanced discretionary damages or, in the alternative, statutory damages for willful copyright infringement of up to $150,000 per infringement under 17 U.S.C. § 504, and reasonable attorneys' fees and costs.

## <u>COUNT IV</u>
### Unfair Competition and False Designation of Origin under the Lanham Act
### (15 U.S.C. § 1125(a)(1)(A))

125.     BNEA re-alleges the allegations contained in Paragraphs 1 through 124, as though fully set forth herein.

126.    AtGames has used and/or continues to use marks, designations and images that are likely to cause confusion, mistake, and deception among the general public as to the true origin of AtGames' goods and services, or as to whether AtGames is sponsored by, affiliated with, or otherwise connected with BNEA in violation of 15 U.S.C. § 1125(a).

127.    BNEA has been damaged by AtGames' activities and conduct and, unless AtGames' conduct is enjoined, BNEA's reputation and goodwill will continue to suffer irreparable injury that cannot be adequately calculated or compensated by money damages.

128.    By using the Ms. PAC-MAN Mark and/or confusingly similar marks or designations to the Ms. PAC-MAN Mark, and by marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as, the Unauthorized Ms. PAC-MAN Product, in connection with such marks, AtGames has intentionally and knowingly infringed BNEA's rights.

129.    AtGames' unlawful actions entitle BNEA to damages under 15 U.S.C. § 1117 in an amount to be determined at trial, as well as exemplary damages and attorneys' fees and costs.

## COUNT V
### False Advertising under the Lanham Act
#### (15 U.S.C. § 1125(a)(1)(B))

130.    BNEA re-alleges the allegations contained in Paragraphs 1 through 129, as though fully set forth herein.

131.    AtGames has made false and misleading statements of fact with respect to its licensing of the Ms. PAC-MAN Property and/or authorization to distribute and sell Ms. PAC-MAN-related products.

132.    Such false and misleading statements have actually deceived and/or have a tendency to deceive BNEA's current and prospective licensees, distributors, retailers, resellers and/or the general public.

133.    AtGames' false and misleading statements are material.

134.    AtGames has made such false and misleading statements with respect to its licensing of Ms. PAC-MAN Property and/or authorization to distribute and sell Ms. PAC-MAN-

related products in interstate commerce to current and prospective licensees, distributors, retailers and/or resellers.

135.    BNEA has been damaged by AtGames' false and misleading statements and, unless this conduct is enjoined, BNEA's goodwill and reputation will continue to suffer irreparable injury that cannot adequately be calculated or compensated by money damages.

136.    AtGames' unlawful actions constitute false advertisements, which entitles BNEA to damages under 15 U.S.C. § 1117 in an amount to be determined at trial, as well as exemplary damages and attorneys' fees and costs.

**COUNT VI**
**California Unfair Competition**
**(Cal. Bus. & Prof. Code §§ 17200 *et seq*.)**

137.    BNEA re-alleges the allegations contained in Paragraphs 1 through 136, as though fully set forth herein.

138.    Pursuant to Cal. Bus. & Prof. Code §§ 17200 *et seq*., "unfair competition shall mean and include any unlawful, unfair or fraudulent business act or practice and unfair, deceptive, untrue or misleading advertising," among other actions.

139.    AtGames' acts described above constitute unfair competition in violation of California Business and Professional Code §§ 17200 *et seq.*

140.    AtGames has intentionally used and/or continues to use marks, designations and images that are likely to cause confusion, mistake, and deception among the general public as to the origin of the goods and services, or as to whether AtGames is sponsored by, affiliated with, or otherwise connected with BNEA.

141.    By using the Ms. PAC-MAN Mark and/or confusingly similar marks or designations to the Ms. PAC-MAN Mark, and by marketing, advertising, promoting, selling, offering for sale, distributing and/or supplying goods and/or services, such as the Unauthorized Ms. PAC-MAN Product, in connection with such mark, AtGames has intentionally and knowingly infringed BNEA's rights.

142.    AtGames' acts have been unlawful, unfair and/or fraudulent and/or constitute unfair, deceptive, untrue or misleading advertising within the meaning of California Business and Professions Code §§ 17200 *et seq.*

143.    AtGames' acts have caused and will continue to cause BNEA irreparable harm including to its reputation and goodwill.  BNEA has no adequate remedy at law for AtGames' unlawful, unfair and/or fraudulent business practices and/or unfair, deceptive, untrue or misleading advertising.

144.    BNEA is entitled to a judgment enjoining and restraining AtGames from engaging in further unfair competition, as well as restitution damages according to proof.

<u>COUNT VII</u>
**California False Advertising**
**(Cal. Bus. & Prof. Code §§ 17500 *et seq.* )**

145.    BNEA re-alleges the allegations contained in Paragraphs 1 through 144, as though fully set forth herein.

146.    Pursuant to Cal. Bus. & Prof. Code §§ 17500 *et seq.*, it is unlawful to make or disseminate any advertising "which is untrue or misleading, and which is known, or which by the exercise of reasonable care should be known, to be untrue or misleading…."

147.    AtGames' acts described above constitute false advertising in violation of California Business and Professional Code §§ 17500 *et seq.*

148.    AtGames has intentionally made false and misleading statements of fact with respect to its alleged license to use the Ms. PAC-MAN Property and/or authorization to distribute and sell Ms. PAC-MAN-related products to prospective licensees, distributors, retailers, resellers and/or the general public.

149.    Such false and misleading statements have actually deceived and/or have a tendency to deceive BNEA's current and prospective licensees, distributors, retailers, resellers and/or the general public.

150.    AtGames' acts of false advertising have caused and will continue to cause BNEA irreparable harm including to its business reputation and goodwill.

151.    BNEA has no adequate remedy at law for AtGames' false advertising.  BNEA is entitled to a judgment enjoining and restraining AtGames from engaging in further false advertising, as well as restitution and other damages according to proof.

## COUNT VIII

### Breach of Contract

152.    BNEA re-alleges the allegations contained in paragraphs 1 through 151, as though fully set forth herein.

153.    BNEA and AtGames entered into two lawful, validly existing contracts: the 2016 Agreement and the 2018 Agreement.  At the time the License Agreements were executed, the parties were competent to enter into such contracts.  Further, good and valuable consideration was given by the parties in exchange for their mutual promises, including but not limited to BNEA granting to AtGames development and distribution licenses, on one hand, and AtGames' commitment to make certain monetary payments to BNEA, on the other hand.

154.    BNEA performed all, or substantially all, of the significant obligations that the Agreements required of it, namely by granting to AtGames licenses to use BNEA Property in connection with the development of Licensed Products.  Throughout the term of the License Agreements, AtGames was able to design, develop, and distribute Licensed Products that incorporated BNEA Property.  Accordingly, BNEA performed as required by the License Agreements.

155.    Upon BNEA's grant of the licenses to AtGames provided under each of the License Agreements, AtGames assumed certain obligations as set forth in the License Agreements.

156.    AtGames breached a number of material obligations under both the 2016 Agreement and the 2018 Agreement, including but not limited to (i) distributing a Licensed Product that deviated from the approved Deliverable; (ii) developing Deliverables that incorporated a Third Party's previous work, and thus were not wholly original works; (iii) creating Licensed Product that bore the logo or identifier of a Third Party; (iv) distributing

Licensed Product to retailers for sale to consumers that was of inferior quality or was not free from deficiencies in workmanship and materials; (v) divulging Confidential Information to, at a minimum, the GCC Successors without BNEA's prior written consent; (vi) developing and/or distributing products without BNEA's prior authorization; and (vii) failing to make all required royalty reports to BNEA.

157.    AtGames' actions have caused substantial and irreparable harm to BNEA, including but not limited to lost profits and goodwill, monetary damage, damage to BNEA's reputation, and damage to its competitive position through disclosure of confidential contract terms and conditions.

158.    AtGames' breaches of the License Agreements are a direct and substantial factor in causing the harm to BNEA set forth herein.

159.    AtGames' unlawful actions entitle BNEA to damages in an amount to be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff BNEA respectfully requests that this Court:

    i.    Immediately, preliminarily, and permanently enjoin AtGames, and all persons acting in concert with it, including without limitation its officers, directors, employees, contractors, and any and all affiliates and current or potential business partners, and all persons purporting to act on its behalf or in active concert or in participation with it, from using or preparing to use BNEA's trademarks, including but not limited to the Ms. PAC-MAN Mark, and all of the marks set forth within the Ms. PAC-MAN Trademark Registrations, as well as any confusingly similar designations or marks, in any manner that violates or infringes BNEA's rights, and require AtGames and all participating persons to immediately and permanently discontinue their current infringing practices.

    ii.    Immediately, preliminarily, and permanently enjoin AtGames, and all persons acting in concert with it, including without limitation its officers, directors,

employees, contractors, and any and all affiliates and current or potential business partners, and all persons purporting to act on its behalf or in active concert or in participation with it, from any further development, distribution, marketing, manufacturing, shipping, or any other use or preparation for use in commerce of any arcade console identical or substantially similar to the Unauthorized Ms. PAC-MAN Product.

iii.     Immediately, preliminarily, and permanently enjoin AtGames, and all persons acting in concert with it, including without limitation its officers, directors, employees, contractors, and any and all affiliates and current or potential business partners, and all persons purporting to act on its behalf or in active concert or in participation with it, from making any representations, statements, or other communications, in any form, that suggest, whether expressly or by implication, that AtGames has any interest whatsoever in Ms. PAC-MAN, including but not limited to the Ms. PAC-MAN Mark.

iv.     Immediately, preliminarily, and permanently enjoin AtGames, and all persons acting in concert with it, including without limitation its officers, directors, employees, contractors, and all affiliates and any and all current or potential business partners, and all persons purporting to act on its behalf or in active concert or in participation with it, from using or preparing to use BNEA's copyrights, including but not limited to the Ms. PAC-MAN Copyright, and all of the copyrights set forth within the Ms. PAC-MAN Copyright Registrations, as well as any substantially similar works, that will violate or infringe BNEA's rights, and require AtGames and the participating persons to immediately and permanently discontinue their current infringing practices.

v.     Immediately, preliminarily, and permanently enjoin AtGames, and all persons acting in concert with it, including without limitation its officers, directors, employees, contractors, and all affiliates and any and all current or potential

business partners, and all persons purporting to act on its behalf or in active concert or in participation with it, from making any use whatsoever of the Ms. PAC-MAN Property.

vi.    Order AtGames to immediately collect and provide to BNEA, at AtGames' sole and exclusive expense, any and all versions of the Unauthorized Ms. PAC-MAN Product, or any products, including without limitation arcade consoles, substantially similar thereto, wherever in the world they are located.

vii.   Immediately, preliminarily, and permanently enjoin AtGames, and all persons acting in concert with it, including without limitation its officers, directors, employees, contractors, and all affiliates and any and all current or potential business partners, and all persons purporting to act on its behalf or in active concert or in participation with it, from any further development, distribution, marketing, manufacturing, shipping, or any other use or preparation for use in commerce of any HDMI dongle identical or substantially similar to the AtGames Sam's Club Dongle.

viii.  Enter judgment in favor of BNEA on each and every count asserted herein and award BNEA all monetary damages caused by the acts forming the basis of this Complaint, including, without limitation, BNEA's actual and other damages as alleged herein.

ix.    Order AtGames to immediately prepare and provide to BNEA, at AtGames' sole and exclusive expense, a report and accounting of all uses, distributions, and revenue realized, or that AtGames' expects to realize, related to or derived from the Unauthorized Ms. PAC-MAN Product.

x.     Order AtGames to issue a final accounting and payment of all Royalty and Advance Guarantee amounts then owed to BNEA pursuant to the License Agreements;

xi.    Order AtGames to immediately, pursuant to the License Agreements, (i) cease

advertising, promoting, selling, and distributing the Licensed Product; (ii) cease all display, advertising, and use of any Licensed Material in connection with such Licensed Product; (iii) return to BNEA or securely destroy all BNEA Confidential Information then within Licensee's possession, custody, or control; and (iv) return to BNEA all Licensed Materials and Deliverables;

xii.   Award of treble damages to BNEA pursuant to 15 U.S.C. § 1117(b) due to AtGames' willful, knowing, and intentional infringement of the Ms. PAC-MAN Mark.

xiii.   Award of statutory damages to BNEA pursuant to 15 U.S.C. § 1117(c) due to AtGames' counterfeiting of the Ms. PAC-MAN Mark.

xiv.   Award of statutory damages to BNEA pursuant to 17 U.S.C. § 504(c) due to AtGames' willful, knowing, and intentional infringement of BNEA's registered copyrights.

xv.   Award all damages suffered by BNEA pursuant to California common law.

xvi.   Order AtGames to pay BNEA the costs of this action and BNEA's reasonable attorneys' fees and expenses pursuant to the License Agreements, 15 U.S.C. § 1117(a), and any other applicable statutes or authority.

xvii.   Award BNEA such further relief as the Court deems just, proper, and equitable.

## **JURY DEMAND**

BNEA hereby demands a trial by jury of all issues so triable.

DATED:  January 22, 2020

Respectfully submitted,

**NIXON PEABODY LLP**

By:   */s/ Robert A. Weikert*

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Andrew H. Winetroub (Bar No. 291847)
awinetroub@nixonpeabody.com
NIXON PEABODY LLP

One Embarcadero Center, 32nd Floor
San Francisco, California 94111-3600

David L. May (*Admitted Pro Hac Vice*)
dmay@nixonpeabody.com
Jennette W. Psihoules (*Admitted Pro Hac Vice*)
jpsihoules@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501

*Attorneys for Plaintiff* BANDAI NAMCO
Entertainment America Inc.

FIRST AMENDED COMPLAINT
Case No. 3:19-cv-05898-VC

EXHIBIT 1

 **VGR**  NEWS   APEX LEGEN   FORUM    

 We'd like to show you notifications for the latest news and updates.

NO THANKS   **ALLOW**

# Top 10 Biggest Video Game Companies by Revenue



 **Matt Morgans** 6 months ago     

The video game industry tends to shift year by year, especially in years when new consoles release. With a growing demand for games across the world, and growing profitability in the industry, it's no surprise that video game publishers are bringing in enormous annual revenue. The full financial reports for 2018 are not yet all available. However, we do have access to data up to Q3 of 2018 (September), and we can compare how the various publishers were doing approaching the end of the year. Given that the year saw numerous record-breaking game releases with titles like God of War, it's no surprise that publishers are also bringing in record profits.

The following listing is ranked by total revenue generated by game sales. In some cases, these figures are estimated as best as possible in cases where publishers have other areas of revenue, such as Microsoft. For other Top 10 listings here at VGR, check out our listing for the Top 10 biggest video game maps.





**Biggest Video Game Companies #10 Bandai Namco**

Bandai Namco published a total of 32 games in 2018. While plenty were relatively smaller releases, or didn't see release outside of Japan, the publisher had several hits. Foremost among those was, of course, Super Smash Bros. Ultimate. However, as that game released in December, its success actually doesn't factor into the most recent figures yet. In all likelihood, Bandai Namco will see a boost in profits to some degree in their next financial report. Instead, titles like Dragon Ball FighterZ, Dark Souls: Remastered, and Soul Calibur 6 factored into the publisher's total revenue of $2,067 million as of September 2018.

**Biggest Video Game Companies #9 Nintendo**

2018 was a big year for Nintendo. The company published numerous games for the Nintendo Switch, contributing to total game revenue of around $2,177 million, up 2% from 2017. Key titles contributing to this revenue were likely Donkey Kong Country: Tropical Freeze, Kirby: Star Allies, Mario Tennis Aces, and of course, Pokémon Let's Go. 2018 also saw the release of the Nintendo Labo, which was especially successful in Japan, where it actually outsold God of War.



**Biggest Video Game Companies #8 EA**

EA recently revised their 2018 projected earnings due to the disappointing launch of Battlefield 5, but as this listing takes into account only up to their Q3 revenue, this isn't factored in here. Suffice to say that their place on the list may shift a bit in the coming months. EA published 21 different games in 2018, and much of their $4,005 million revenue is likely due to the persistent profitability of major EA Sports titles like FIFA 19 and Madden NFL 19. It remains to be seen exactly what impact the launch of Battlefield 5, Apex Legends, and Anthem will have on the game's revenue.

**Biggest Video Game Companies #7 Activision Blizzard**

Activision Blizzard recently received widespread criticism for laying off almost 800 staff, despite record annual revenue. The publisher also recently terminated their distribution contract for Destiny 2, returning the game rights to Bungie. However, the available and comparable figures only go up to September 2018 at present. At that point, the publisher had total revenue of around $4,761 million; actually 2% lower than their 2017 revenue at the same point. This figure came before the release of Call of Duty: Black Ops 4, of course, and the publisher released very few other games in 2018. As such, it's likely that their next figure could be notably different.



**Biggest Video Game Companies #6 Google**

Although many gamers might not think of Google as being a major game publisher, the company actually had a total estimated revenue of $4,367 million from games alone by Q3 of 2018. This revenue is likely to be drawn mostly from mobile games releasing through Google Play. While they might not

receive much press attention, mobile titles can earn enormous profits. Google, like Apple, take a percentage of all game purchases on their platform.

**Biggest Video Game Companies #5 NetEase**

A major Chinese tech company, NetEase provides all sorts of online services and is one of the biggest video game companies in the world. The company also operates the Chinese localisations for numerous Blizzard games, including Overwatch. The company also invested heavily in Bungie in 2018, taking a seat on its board of directors. By Q3 of 2018, NetEase reported around $4,483 million of game revenue, drawn from a portfolio of mostly PC and mobile games.



**Biggest Video Game Companies #4 Microsoft**

As a video game publisher, Microsoft controls a wide variety of game studios; 343 Industries, Obsidian Entertainment, Mojang, Rare, and many others, for example. Just in terms of game revenue, Microsoft made an estimated $6,225 million by Q3 of 2018. Of course, Microsoft draws in revenue from many different sources on almost every platform. However, some of its biggest releases of 2018 were Sea of Thieves, Forza Horizon 4, and State of Decay 2.

**Biggest Video Game Companies #3 Apple**

Like Google, Apple makes huge profits every year from mobile game publishing through the App Store. In fact, by Q3 of 2018 the company made an estimated $6,918 million from game revenue alone; notably more than Google. This suggests that the App Store sees much more use as a gaming platform for mobile gaming than does Google Play.





**Biggest Video Game Companies #2 Sony**

Ahead of its competitor Microsoft by a significant margin, Sony made an estimated $9,859 million in game revenue by Q3 2018. Given that some of the biggest releases of the year were PlayStation exclusive titles published by Sony Interactive Entertainment, this should come as no surprise. Sony benefited from the enormous success of God of War and Detroit: Become Human, for example, as well as Spider-Man.

**Biggest Video Game Companies #1 Tencent**

It should come as no surprise that Tencent takes the top spot on this list with ease. They boast total game revenue of $15,092 million, more than 50% higher than that of Sony. As the largest video game company in the world, Tencent dominates the Chinese gaming industry. WeGame, Tencent's online gaming platform, has more than 200 million users (Steam has around 125 million by comparison). The company also hosts a variety of Chinese localisations, including for the Call of Duty franchise, PUBG, Fortnite, and more, while they wholly own League of Legends.





March 5, 2019 - 7:02 pm    News      



News   Esports   Features   Guides   Mobile   Forum

© 2019 Copyright VGR

cards are all of the Pink Diamond variety based on recent performances from players. Leading the way are two stars involved in a recent Chicago Bulls vs. Atlanta Hawks game that went four overtimes. Here are more details on the new NBA 2K19 MyTeam cards in the game.

**NBA 2K19 MyTeam Moments Cards: Trae Young & Zach LaVine**

Wed Sep 18 2019 16:10:05 GMT-0400 (Eastern Daylight Time) https://time.com/4458554/best-video-games-all-time/

 

THE GOODS • VIDEO GAMES

# The 50 Best Video Games of All Time



## You May Like
by Outbrain

**Sneakers Too Casual? Treat Your Feet to This Beautiful Shoe**
by Everlane | Sponsored



**This underwear will change your life**
by Mack Weldon | Spor...

**Ashton Kutcher and Mila Kunis Silence Divorce Rumors in a...**
by TIME

 

**Brits Are All Making the Same Joke About the New Royal Baby**
by TIME

**50 Best Video Games of All Time**    MobyGames; Photo Illustration by Marisa Gertz for TIME

BY ALEX FITZPATRICK , JOHN PATRICK PULLEN , JOSH RAAB , LEV GROSSMAN , LISA EADICICCO , MATT PECKHAM AND MATT VELLA   AUGUST 25, 2016

Whether you play video games or not, they've become an integral part of our culture. For some, it's hard to imagine a world without video games—the *chup-chup-boop* of an arcade legend like *Space Invaders* or the growling "Finish Him!" in *Mortal Kombat* can be as evocative as a Michael Jackson or Beatles tune.

Representing multiple generations of gamers, TIME's tech team put more than 150 nominees through a multistage ranking process to compile a cross-section of gaming's best ideas across nearly four decades. Here are our picks for the 50 greatest video games of all time.



In 2010, in an effort to prevent the closure of the "Halo 2" servers, a group of gamers refused to log out, playing constantly in



The 5 Best Video Games of All Time

TIME's tech team put more than 150 nominees through a multistage ranking process ..





## Related Stories

TECH
'Control' Feels Like What Would Happen if David Lynch Made a Video...



TECH
The 10 Video Games We Can't Wait to Play This Fall



TECH
Tyler 'Ninja' Blevins Reveals His Top Tips for Video Game Domination



TECH
One of the Best Indie Video Games of 2015 Is Back as a Deluxe Edition



## Sign Up for Our Newsletters

Sign up to receive the top stories you need to know now on politics, health and more



SUBSCRIBE

**Read more:** How the Super Nintendo still influences video games

**Write to** Alex Fitzpatrick at alex.fitzpatrick@time.com and Matt Peckham at matt.peckham@time.com.

## 50. King's Quest III: To Heir Is Human

Score:60 of 210     0:44:27     Sound:on



In the 1980s, the years that led up to Nintendo's reign were dominated by PC titles, and of these none were better imagined than Sierra's. When honoring their adventure line, critics typically laud the original *King's Quest*. But it's the third installment released in 1986 that deserves the most acclaim, because it was also twice as big as the first two installments, and as clever as any in the series. Following the adventures of Daventry's 17-year-old Prince Alexander, the game hit closer to home with its primary players, who like it or not were pretty much boys. Yet despite the outmoded graphics (or maybe because of them), the keyboard-controlled adventure is still a joy to play (try it yourself). From amassing all the ingredients to make potions, to avoiding the wizard's evil black cat, to stealing the pirate's treasure, it's pure magic.

***Get it now***

## 49. Dota 2





The improbable sequel to <u>a fan mod</u> for <u>a Blizzard game</u> that came out in 2002, *Dota 2* stormed the e-sports scene in 2013 with its sophisticated twist on real-time resource management and turf control. Arguably the pinnacle of the multiplayer online battle arena genre (or MOBA, which is just another way of saying "competitive real-time strategy game"), it sees two teams of five jockey for sway over lush, jungled terrain beset by ever-spawning computer armies, locking horns at a river that cuts diagonally across a symmetric map. Difficult to master but thrilling to watch, *Dota 2* matches unfold like frenetic attention-deficit sprees, camera views pinballing around battlefields flush with antagonists converging on dozens of flashpoints, as players battle to demolish the other team's "ancient."

***<u>Play it now</u>***

## 48. Angry Birds



Rovio's debut 2009 mobile game, now one of the most recognizable franchises in the world, definitely benefitted from being one of the earliest titles for the iPhone. But the studio's quirky

avian-flinging physics puzzler—players have to slingshot roly-poly birds at likewise rotund, entrenched pigs—also honed in on key elements of smartphone gaming's then-nascent purview: bite-sized levels for on-the-go play, easy to pickup (if grueling to master) gameplay, and eventually a free-to-play biz model built on micro-transactions. It's safe to say *Angry Birds* established the template for all the untold numbers of mobile games vying for our e-wallets since.

*Play it now*

*Get the latest deals, reviews and recommendations from the editors of TIME: sign up for The Goods newsletter here*

## 47. Guitar Hero



*Guitar Hero* reanimated the music video game genre when it launched in 2005, magically transmogrifying players into bona fide fret-shredding, tremolo-slapping Rock Gods. Sure, you had to provide your own sweatbands, eyeliner and hair extensions. But for the price of the game and its eponymous accessory, players hammering buttons on faux guitars were able to rhythmically glimpse what it might feel like to be a Stevie Ray Vaughan or Jake E. Lee. While games like *Dance Dance Revolution* had proven popular with smaller audiences, it was *Guitar Hero*'s rolling collection of classic and modern rock anthems that drove it to mainstream accolades (to say nothing of all the impromptu house parties).

*Get it now*

Get it now

## 46. Resident Evil 4



Who can forget the moment they first shot the face off a possessed farmer in _Resident Evil 4_, only to conjure a lively Lovecraftian horror with tentacles squirming from its neck? This was _Resident Evil_ reborn, its creaky fixed perspectives and klutzy directional controls supplanted by a freer over-the-shoulder, shoot-first perspective that felt at once elegant and intuitive. Instead of cheap haunted house scares in claustrophobic spaces, the story shifted to organic exploration of delightfully creepy areas, punctuated by frenzied scrambles to fend off the series' most inspired adversaries. Capcom's timely embrace in 2005 of action-oriented principles stole nothing from the game's cheerless ambience, and actually amplified the sense of trudging through a phantasmagoric nightmare.

**_Get it now_**

## 45: Gran Turismo 3: A-Spec





As *Microsoft Flight Simulator* to the flight sim genre, so Polyphony Digital's *Gran Turismo* series to hi-fi motorsport hot-rodding. Of all the *Gran Turismo* games, 2001's *Gran Turismo 3: A-Spec* for the PlayStation 2 remains the series' apotheosis, a madly ambitious encyclopedia of lovingly modeled vehicles and vistas surpassing the wildest gear nut fantasies. Here was a racing game to rule all others, that on its surface promised endless championship events framed by thrillingly realistic physics and painstakingly replicated visuals, but that also catered to armchair grease monkeys, who might spend hours fine-tuning then gawking at their drop-dead gorgeous rides.

**Get it now**

## 44. Super Smash Bros.



Since the original launched on the Nintendo 64 in 1999, the *Super Smash Bros.* games have become no-brainers for Nintendo fans. The game, which borrows from Nintendo's stable of iconic characters, introduced something radical to the fighter genre: Rather than pounding the bejesus out of your opponents until they bow out, you're basically playing an elaborate variant of King of the Hill, trying to successfully knock your enemies off platforms in a given stage. What's more, players could romp through stages freely, expanding the canvas upon which to doll out whuppings. And unlike other fighters that require players memorize arcane buttons combos to execute a character's special maneuvers, *Super Smash Bros.* employs the same button template for everyone, making pickup simpler, and mastery about learning how best to synthesize all of the above.

**Get it now**

## 43. Call of Duty 2



The *Call of Duty* franchise epitomizes everything a modern first-person shooter ought to be: A game with a compelling, story-driven single-player campaign along with a multiplayer mode that can steal hours of your life. The newer incarnations are more complex and prettier, of course. But they owe a great debt to *Call of Duty 2*, which in 2005 took what made the original title great and doubled down. Grand cinematic sequences gave players a sense of scope, while the realism—fallen soldiers would sometimes try fruitlessly to crawl to safety—drove home the horrors of war. Iron sights on the guns, meanwhile, made this a favorite of hyper-accurate PC gamers.

***Get it now***

## 42. BioShock



_BioShock_'s gripping metaphysical plot, over-the-top art deco levels and motley cast of hauntingly broken personas intermingle to furnish an experience so riveting and simultaneously disturbing that it fueled (at the time perfectly reasonable) conversations about games as more than dopamine-fueled diversions. Studio Irrational Games' 2007 first-person shooter takes the player on an imaginative journey through the fictional undersea city of Rapture, built by fanatical industrialist Andrew Ryan (whose name references _Atlas Shrugged_ novelist and self-described objectivist Ayn Rand). The game set new standards for video games on so many levels, from its horrifying forms of self-augmentation, to its ecology of intersectional enemy behaviors and its sublime ways of channeling what amounted to a withering deconstruction of extremist modes of thought.

**_Get it now_**

41. ESPN NFL 2K5



Sorry, *Madden NFL* fans, true football gaming fanatics know this is the best gridiron game ever made. Released in 2004 for the PlayStation 2 and Xbox, *ESPN NFL 2K5* featured a standout franchise-building mode and in-game on-air talent from the eponymous sports network. It also marked a watershed moment in sports gaming lore: Publisher Sega priced the game at just $19.99, a fraction of what EA was charging for *Madden NFL* at the time. A frightened EA later scooped up the exclusive rights to the NFL and its players, making Madden the only name in town.

**_Get it now_**

## 40. Pong



Snicker all you want about its two-dimensional graphics, *Pong* deserves a slot on this list because

as the first arcade cabinet to catch fire with the mainstream, it's arguably most responsible for the modern video gaming phenomenon. A table tennis simulator developed by Atari and first released in 1972, the multiplayer game consisted of a pair of dial-controlled paddles and a bouncing ball—just enough to qualify it as the first sports video game. The popularity of the arcade version led to an in-home setup that was sold by Sears in 1975. And when imitators including Coleco and Nintendo followed, the first shots were fired in the console wars. Sure, by today's standards it's not as riveting as others on this list, but then that largely depends on who you're playing against.

**_Get it now_**

## 39. Castlevania



Pushing the limits of the NES's 8-bit architecture, 1987's _Castlevania_ was a monster of a game, with stirring graphics, sophisticated physics (for such an early platformer) and unforgettable music that perfectly matched the title's creepy feel. While nowhere as frightening as the yet-to-surface survival horror genre, it offered an experience in stark contrast to Nintendo's whimsical _Super Mario_ games. Exploring Dracula's castle as vampire hunter Simon Belmont, players ran into some pretty haggard stuff. Bloodstained gates greet players off the bat, holy water and crosses were throwing weapons, and, oh yeah, you have to beat Death—and that's not even the final boss.

**_Get it now_**

## 38. Portal 2





*Portal*'s unexpected balance of wit, dark comedy and captivating, reality-bending puzzles made it a surprise hit in 2007. Its sequel, *Portal 2*, built on that success by adding additional polish and puzzles that were more involved and complex when it launched in 2011. 3 million copies of *Portal 2* were reportedly sold within three months of the game's launch, proving that the franchise had turned into much more than just a casual puzzle game.

*Get it now*

## 37. Braid



Jonathan Blow's elliptical time-bending 2008 side-scroller was for many a tale of heartbreak and disruption that touched on various cultural grievances. Blow pushed back, suggesting such interpretations were too simplistic. Whatever the case, *Braid* plays like nothing else, the act of a mind capable of magisterially subverting conventional design ideas and player expectations while embedding concepts as grand as the nature of reality in the gameplay itself. *No Man's Sky* co-creator Sean Murray compares *Braid* to a time machine: "It's like Blow went back to the aesthetic of

the late '80s and created a rift in time, like an alternate universe where we'd have gone in a different direction. Because *Braid* could have existed on the Amiga, and at the time it would have blown people's minds. It would have completely changed how games developed."

**Get it now**

## 36. Fallout 3



Interplay's original *Fallout* arrived like a cloudburst after a PC roleplaying drought in the mid-1990s. But it took IP newcomer Bethesda's application of exhaustive, obsessively traditional roleplaying ideals tempered in its fantasy *Elder Scrolls* games to craft an experience in 2008 that surpassed the original in virtually every way. Both vast yet densely textured, packed with unforgettable characters and ethical nuance, sonically bleak yet whimsically tuneful once you found the right radio station—*Fallout 3* showed us what a haunting and freewheeling post-apocalyptic masterpiece could look like.

**Get it now**

## 35. Galaga



What's the plot of *Galaga*? Who cares: You've got a bunch of quarters, and you want to blast a bunch of aliens. Released stateside in 1981, *Galaga* is the exemplar of the arcade's golden age, a simple shoot-em-up where the only objective is to beat the other jerks' high scores. (Serious players know the trick is to let the aliens tractor-beam your ship, then blast it free with another life, thereby getting double the firepower.) It's one of the few old-school arcade games that's still just as much fun to play today, thereby passing the often cruel test of time.

***Get it now***

## 34. Red Dead Redemption



*Red Dead Redemption*'s gorgeous high plains and scrub-filled landscapes, multilayered missions and sprawling story told with both the verve of a Leone and introspection of a Peckinpah, are just a few of the reasons Rockstar's 2010 open-world opus deserves top honors on this list. The player follows former outlaw John Marston through an imagined, at times hallucinatory version of the

West (circa 1911), where sudden gun duels and galloping chases ensue, counterbalanced by less treacherous diversions like herding cattle or playing mini-games like five finger fillet. Yes, it was *Grand Theft Auto* meets a Western, but in a way that proved Rockstar's mettle as far more than mere mischievous satire-slinger.

**_Get it now_**

## 33. Super Mario Kart



Transforming competitive racing into zany fruit-tossing fun, *Super Mario Kart* was much more than one of the smartest-looking games on the Super Nintendo. As the first in what would become a dynastic line of racers, this 1992 gem was full of kart-racing firsts: a circuit mode with varying degrees of difficulty, a split-screen versus mode so you could take on your friends and a battle mode to break up the monotony of straightforward sprints. And *Super Mario Kart* launched the series to a rocket start with memorable tracks like Rainbow Road, expert tactics like drifting and maddening equalizers like the lightning bolt.

*Get it now*

## 32. Wolfenstein 3D



| FLOOR | SCORE | LIVES | | HEALTH | AMMO | |
|---|---|---|---|---|---|---|
| 2 | 0 | 3 | | 38% | 8 | |

Achtung! If *Doom* is the father of modern first-person shooters, *Wolfenstein 3D* is their granddaddy. Made by id Software and released shortly before *Doom* in May 1992, *Wolfenstein 3D* cast players as William "B.J." Blazkowicz, an Allied spy captured by Nazis in World War II. As Blazkowicz, your job is simple: Escape from Castle Wolfenstein and shoot a bunch of bad guys in the process, which was (and remains) the definition of "thoughtless catharsis"—words that to this day define so much of *Wolfenstein 3D*'s progeny.

**Get it now**

## 31. The Sims



Game designer Will Wright has said *The Sims*, first released in 2000, was intended as a satire of American consumer culture. Millions of players seem to have missed the joke, happily occupying themselves with the mundane tasks of running a digital minion's life—from kitting out a new pad to managing bathroom breaks (or else). It innovated both the "sandbox" category of game in which "goals" are loosely (or not at all) defined, as well as the kind of minutely detailed task management that's a common feature of so many games today.

*Get it now*

## 30. Pokemon Red & Blue



For many growing up in the 1990s, the Pokémon craze was unavoidable. And when *Pokémon Red* and *Blue* launched in 1998, those franchise-obsessed kids were given the chance to start a critter-filled adventure of their own—one they'd only to that point experienced through TV shows, toys and trading card games. *Red* and *Blue* also had all the hallmarks of a strong roleplaying game: addictive turn-based battles, a seemingly endless goal (to catch 'em all), plenty of attainable yet rewarding goals (earning gym badges, leveling up) and an expansive, uncharacteristically friendly world. The games also managed a feat all-too-rare in the games industry: a setup simple enough to appeal to children, but with layers of strategic depth sufficient to hook adults as well.

*Get it now*

## 29. Myst





*Myst* is a perfect example of a monumentally influential game that would be almost excruciatingly painful to play today. The 1993 graphical adventure famously let players loose—sort of, since it consisted of a slow-loading series of beautifully rendered photos—on a mysterious island. Despite its now-clunky mechanics, it established an entirely new kind of fiction whose influence can be felt in everything from mythic sci-fi novels to the ABC television show *Lost*. Its vast popularity also helped establish the then-nascent CD-ROM format.

**_Get it now_**

## 28. Donkey Kong



The first title designed by Nintendo mastermind Shigeru Miyamoto, 1981's *Donkey Kong* not only brought Mario into being, it also popularized the platformer—games in which a character has to climb or jump onto platforms. After dominating the golden age of arcades, *Donkey Kong* went on to have a massive influence on future Nintendo titles, ranging from the NES's *Ice Climber* to the Wii U's *New Super Mario Bros. U*. Even today, demanding expert timing and patience, it remains a timeless joy to play. (What's more, *Donkey Kong* was arguably the first game to feature hazardous

barrels.)

**_Get it now_**

## 27. Mortal Kombat



*Mortal Kombat* has always distinguished itself from the excess of fighting games that made their way from arcade cabinets to players' living rooms with its unapologetically sadistic violence. Gore isn't an afterthought to your blows in this 1992 brawler, it's the main spectacle. *Mortal Kombat* and the controversy it stirred were crucial in shifting the video game market from one that was evidently aimed at kids, to one that could appeal to teens and young adults. But it wasn't thanks to the game's bloodiness alone: Its smooth controls, rewarding combinations and imaginative roster of characters earn it a top spot on our list.

**_Get it now_**

## 26. StarCraft II: Wings of Liberty





Like so many Blizzard games, this long-awaited *StarCraft* sequel released in 2010 was less about rolling out wildly new real-time strategy mechanics than honing the traditional rock-paper-scissors dynamic to perfection. Has there been a more finely tuned asymmetry between three discrete factions in an RTS series? Its enduring legacy can be summed up in three letters: MLG. As in "major league gaming," or just "e-sports," a form of competitive video gameplay that's come to encompass a now very wide variety of genres.

**Get it now**

## 25. Halo: Combat Evolved



Fun fact: It was Steve Jobs who first introduced Bungie's *Halo: Combat Evolved* to the public, promising in 1999 that it would arrive simultaneously on Windows and Mac. That, of course, was before Microsoft acquired the studio and turned *Halo* into the definitive 2001 Xbox launch title, simultaneously proving shooters could work brilliantly on gamepads. Set on a mysterious artificial ring-world, players take up as Master Chief, a faceless, futuristic soldier fighting the alien Covenant and, later, the zombie-like Flood. The single-player campaign offered a gripping storyline that brought plot to the fore for one of the first times in a mainstream shooter, though some grumbled about its repetitive level design. The multiplayer, meanwhile, offered one of the finest such experiences of any shooter in history, replete with sniper rifles, sticky grenades, vehicles and other twists.

**Get it now**

## 24. Final Fantasy VII



**ENTERTAINMENT**
Watched All 16 New Network
Shows. Here's Why You Shouldn't



**U.S.**
Judge Denies Bail for Mechanic in
Aircraft Sabotage Case Citing
Evidence of Potential Terrorism...



**SCIENCE**
Navy Confirms Existence of
Unidentified 'Flying Objects Seen in
Leaked Footage

**U.S.**
Divided Federal Reserve Cuts Key
Interest Rate for Second Time This
Year



While some would vote *Final Fantasy VI* the better game, 1997's *Final Fantasy VII* is arguably the bolder one in this anything-but-final roleplaying series. Laying complex polygonal graphics over beautiful pre-rendered backgrounds, Japanese developer Squaresoft took advantage of the PlayStation's compact-disc drive to craft an experience Sony rival Nintendo—who'd rejected Sony's

from corporate energy raiders proved the most popular in the series, selling over 10 million copies worldwide and prompting perennial cries for a remake (that's finally happening).

*Get it now*

## 23. Microsoft Flight Simulator X







Next time you're on a commercial flight, ask your pilot if they ever played *Flight Simulator* growing up. Odds are the answer will be "yes." The hyper-realistic series puts players in the cockpit of everything from tiny Cessnas to massive jumbo jets. Obsessed flight simmers have built gigantic, multi-screen rigs in basements worldwide to better imitate the real thing. 2006's *Flight Simulator X*, meanwhile, let players into the control tower, giving birth to a diehard community of simmers who to this day spend hours flying and directing mock routes.

**_Get it now_**



22. GoldenEye 007









For whatever reason, it's not often you get a decent video game based on a movie. Rare's 1997 Nintendo 64 shooter *GoldenEye 007*, which ties into the 1995 James Bond film, is a glorious exception. A heart-pounding single-player campaign let gamers slip on the (doubtless immaculately tailored) shoes of the man with a license to kill. But as with other shooters on this list, multiplayer is where *GoldenEye* truly shines. Grenades bounce off walls, golden guns perform single shot kills, and cheaters prefer Oddjob because he's a smaller target. It was, for many, the reason to buy a Nintendo 64. One word of advice: Don't even bother with the Klobb.

**_Get it now_**

## 21. Diablo II







*Diablo II* is arguably the best role-playing game of all time, the best dungeon-crawler of all time *and* the best PC game of all time. And that's before you get to everything it influenced. Released in 2000, *Diablo II* evolved the clickfest, hack-n-slash gameplay of its predecessor in numerous ways (all of which go into its best-of-the-best-of-the-best case file). Most important for future games—especially today's widely popular free-to-play mobile games—was how *Diablo II* seemed to perfect the feedback loop of effort and reward to keep the dopamine jolts flowing through its endless, randomly generated levels.

*Get it now*

## 20. Zork



*Zork* was an early text-only adventure game, though it wasn't the first—that honor goes to *Colossal Cave Adventure*. Released in 1980, it delivered the player into an extraordinarily rich and vivid universe, despite its total lack of graphics. To this day the opening lines induce waking hallucinations in old-school gamers: "You are standing in an open field west of a white house, with a boarded front door. There is a small mailbox here." What made *Zork* work, aside from its homespun, minimalist eloquence and self-referential wit (it was full of sly references to, among other things, *Colossal Cave Adventure)*, was its eerily advanced text parser, which accepted commands from the player in plain English and turned them into actions in the game. *Zork's* influence on later adventure games can't be overstated—as an homage, the entirety of *Zork* was inserted into *Call of Duty· Black Ops* as an Easter egg.





Influenced by the outer space-obsessed late 1970s, this early arcade shooter was a landmark in the early video game invasion. Designed in 1978, it rode the Atari 2600 into American homes in 1980, letting people blast rows of marching aliens from the comfort of their couches. In pop culture terms, it captivated a public weened on *War of the Worlds,* wowed by *Star Wars* and waiting for *E.T.* But as a game, *Space Invaders'* pixelated baddies moved closer and faster—with crazy-making sound effects to match—players' pulses kept pace. Playing the classic version today is like watching



*Space Invaders,* there'd be no *Halo,* making it a worthy quarter spent, even today.

**Get it now**

18. Rise of the Tomb Raider



Case 4:19-cv-05898-VC   Document 50   Filed 01/22/20   Page 71 of 165



With its expansive environments and crafty puzzles, this 2015 installment of Crystal Dynamics' vaunted *Tomb Raider* series is easily its best (read TIME's review here). It transcends the tired run-


tethered to shimmering walls framing glacial cathedrals, or explore optional booby-trapped tombs, each a study in the art of not repeating puzzles or level design. It's survivalism at its best, and a stunning exemplar in the studio's reinvention of an iconic 1990s franchise.

***Get it now***

17 **Half-Life 2**



*Half-Life 2* showed us in 2004 how a developer could approach a genre (the first-person shooter) given to bang and bluster, and dignify it with a mind-bending dystopian tale that at times rivaled the literary. Taking up as a weaponized theoretical physicist, players explored a paranoiac's world, questioning the nature of everything as they cut through waves of alien Combine before taking hold of an ingenious tool that made gravity itself a plaything. Alas, like Chaucer's *Canterbury*

*Tales,* Charles Dickens' *The Mystery of Edwin Drood* or Mervyn Peake's *Gormenghast,* we may never know how protagonist Gordon Freeman's tale ends. But it's a measure of how deeply studio Valve's work resonated, that when it comes to lists of most anticipated sequels, gamers talk of little else.

**Get it now**

## 16. Grand Theft Auto III



The 50 Best Video Games of All Time





Before *Grand Theft Auto III,* game levels were essentially designed as a series of boxes. Rockstar's crime epic broke that pattern in 2001, ushering in a golden age of go-anywhere, do-anything open worlds. Designers since have been trying to recapture the sense of freedom and possibility created by *GTA III*'s gritty take on New York City, which allowed players to amass a criminal empire—or simply manage a mundane day job, like schlepping citizens around in taxis or putting out fires.

**Get it now**

## 15. Counter-Strike





  

 **TIME**

The 50 Best Video Games of All Time

If you've ever had trouble wrapping your head around the fact that e-sports is on pace to become a billion-dollar industry by decade's end, just spend half an hour watching world-class teams play *Counter-Strike*. Originally designed in 1999 as a modification of *Half-Life*, *Counter-Strike* and its modern incarnations are some of the top e-sports games in the world. Players are divided into two teams, "terrorists" and "counter-terrorists," then the former tries to bomb an objective or kidnap hostages while the latter labors to stop them. Watching the world's best *Counter-Strike* players is often more fun than actually playing yourself—hence the rise of game-streaming sites like Twitch, acquired by Amazon in 2014 in a roughly billion-dollar deal.

***Get it now***

### 14. Quake



 **TIME**

The 50 Best Video Games of All Time





where *Doom* first popularized the first-person shooter, 1996's *Quake* shifted the genre to a more spatially plausible, performance-hungry 3D world. The single-player campaign, which again pits players against the forces of evil (though with a Lovecraftian twist) is perfectly fine. But *Quake*'s real contribution was in blowing the lid off multiplayer combat. Thanks in part to speedier Internet connections, *Quake* players—who formed "clans" of like-minded ballistic tacticians—could find deathmatch opponents over the web. And the game's new fully polygonal engine allowed for techniques now a staple of the genre, like bunny-hopping (constant jumping to avoid enemy fire) and rocket-jumping (using a rocket launcher to propel yourself to advantageous positions).

**Get it now**

## 13. SimCity 2000





By no means the first city-builder, *SimCity 2000* undoubtedly influenced all those that succeeded it. The 1994 game established a near-perfect balance between the inputs and outputs of running a (virtual) metropolis. Graphics that rendered the corner-view of each building, bridge, road, hill and valley made the series look more true-to-life. And the constant chatter from policy advisers as well as feedback from the local newspaper—precursors to modern notifications—made players' roles as mayors feel particularly realistic.

**Get it now**






Super Nintendo players knew *Final Fantasy VI* as *Final Fantasy III* for years after its release in 1994, because no one expected this Japanese series to become so popular stateside that the original *II* and *III* would be localized and the series renumbered. What made *Final Fantasy VI* one of the exemplars—not just of console roleplaying, but the genre in general—was how pitch-perfectly it synthesized so many different tangents: real-time battles, summonable magic-bestowing creatures, indelible characters, party-swapping, heartrending plot twists, an unforgettably iniquitous villain, a four-minute play-along opera and its artful inflection of dark fantasy steampunk.

**_Get it now_**

## 11. Sid Meier's Civilization IV







History buff Sid Meier had played and admired both Maxis's *SimCity* and Bullfrog's *Populous* when he set out to design something grander that intermingled warfare, exploration, diplomacy, city-building and elements of political philosophy. 1991's *Civilization* launched a series of widely played, deeply loved turn-based strategy epics in which players lead a society from the stone age far into the distant future. *Civilization IV*, released in 2005, was the apotheosis of the series, and universally acclaimed for its many innovations—from its 3D graphics to its much-improved artificial intelligence. It's arguably the greatest strategy game ever made, and remains a reference design for developers today.

 **TIME**    The 50 Best Video Games of All Time

## 10. World of Warcraft



Blizzard's bracing 2004 fantasy simulation *World of Warcraft* introduced millions of players to the concept (and joys and frustrations) of massively multiplayer online worlds. Like so many influential products, it didn't invent so much as refine and perfect—from the way gamers meet-up and socialize online to how to populate large digital worlds with satisfying stuff to do. It was one of the

 **TIME**    The 50 Best Video Games of All Time

stigmatized and normalized online gaming by, over time, revealing that its millions of players

(some 12 million at its peak in 2010) were no different from non-players. The massive revenue it generated for years also spurred legions of game designers to try to create similar online playgrounds.

**Get it now**

## 9. The Oregon Trail



  

"You have died of dysentery." *The Oregon Trail*'s notorious proclamation of ultimate doom was only part of the software's brutal charm. As a simulation of Westward Expansion consisting of choose-your-own-adventure strategy and hunt-to-survive gameplay, it was rudimentary. But in part because it was originally developed in 1971 by three student teachers at Carleton College in Minnesota as an educational tool, *The Oregon Trail* found a captive—and willing—audience in thousands of classrooms across the country equipped with Apple II computers in the 1980s. There, it helped introduce an entire generation (several, in fact) to video games.

**Get it now**

## 8. Super Mario Bros.



≡ **TIME**                    The 50 Best Video Games of All Time



It's 1985, the Nintendo Entertainment System has invaded American living rooms, and brothers Mario and Luigi are running rampant through the Mushroom Kingdom. They're stomping on goombas, de-shelling winged turtles, bashing question mark blocks and lobbing fireballs—like this is totally normal plumber behavior. (Clearly the 1970s drugs worked.) Yet however bizarre this side-scroller seems at face value, it's also as insanely fun to play today as it was three decades ago. And in the wake of Mario's nonstop running, this platformer par excellence turned the NES into a must-have appliance, Mario into a beloved gaming franchise and Nintendo into a household name. Talk about grabbing the flag.

*Get it now*

## 7. The Legend of Zelda







Sure, there's undeniable nostalgia associated with this 1986 NES classic, but there's no arguing how engrossing the original *Zelda* was to play. Mixing upgradable weapons with a (then) sprawling map and some pretty good puzzles, Link's original adventure delivered an experience unlike anything console players had experienced. Shigeru Miyamoto, the game's legendary designer, set out to create a world that felt like a "miniature garden that [players] can put inside their drawer." And through the cartridge's ability to save games (the first console title to offer the option) they could do exactly that. Instead of toiling to beat *Zelda* in a single sitting, players could instead pace themselves, scrutinizing every last nook and cranny of Hyrule at leisure—an obsession that's continued through all 18 games (and counting) in this storied series.

**_Get it now_**

  

 **TIME**                                    The 50 Best Video Games of All Time



Swedish studio Mojang's indie bolt from the blue turns out to be that rare example of a game whose

title perfectly sums up its gameplay: you mine stuff, then you craft it. At its simplest, *Minecraft* is a
procedurally generated exercise in reorganizing bits of information—all those cubes of dirt and
rock and ore strewn about landscapes plucked from 1980s computers—into recognizable objects
and structures and mechanisms. Or put another way: part spreadsheet, part Bonsai pruning. Since
its launch in November 2011, it's sold over 100 million copies, colonized virtually every computing
platform, spawned an official "Education Edition" tailored for classrooms and inspired feats of mad
grandeur, like this attempt to model staggering swathes of George R.R. Martin's *Song of Ice and*

  



**Get it now**

5. Ms. Pac-Man





  

this 1982 game was initially called "Crazy Otto"—until the developers sold it to Midway, which
branded it *Ms. Pac-Man* to lure female gamers. But *Ms. Pac-Man* did much more than put a bow on
an already wildly popular game. With four mazes (compared to *Pac-Man's* one), smarter ghosts and
on-the-move fruit bonuses, it quickly obsoleted the original. The fact that it's still fun to play gives
it a high perch on this list. Admit it—if you came across a *Ms. Pac-Man* cabinet in the wild, you'd
drop a quarter in. Heck, you'd probably have to wait in line.

*Get it now*

## 4. Doom







Quick, name your favorite modern first-person shooter. Maybe it's *Call of Duty*, or *Halo*, or *Counter-Strike*. All of those games—and dozens, if not hundreds more—owe an immense debt to *Doom*. Developer id Software's 1993 classic pit an unnamed space Marine against the forces of Hell, plunging gamers into a high-intensity battle for Earth. Another id title, *Wolfenstein 3D*, may have arrived a year earlier. But *Doom* became a true phenomenon, introducing millions of gamers to what have become bedrock principles of the genre, from frenzied multiplayer deathmatches to player-led mods that can alter or completely overhaul a game's look and feel.

**Get it now**

## 3. The Legend of Zelda: Ocarina of Time







  

The 50 Best Video Games of All Time

Longtime pointy-eared and green-trousered protagonist Link's 1998 Nintendo 64 odyssey through a vast, three-dimensionally exquisite version of Hyrule routinely tops "best" games lists for several reasons. Its approach to letting players explore a 3D world was so consummate and sublime, that it felt less like Nintendo shoehorning eureka concepts into a new paradigm, than the paradigm bending to Nintendo whims. Its clockwork puzzles, artful area and dungeon levels, and breakthrough interface—we can thank Nintendo for intuitive lock-on targeting that preserves our freedom to execute other actions—were so groundbreaking, they're reverently hat-tipped by just about every designer, prompting some to call the game a "walking patent office."

*Get it now*

## 2. Super Mario 64



The 50 Best Video Games of All Time

  





Mario's brick-breaking, Goomba-stomping antics were enough to mesmerize the world's gamers in Nintendo's idiosyncratic side-scrolling *Super Mario Bros.* games. But 1996's *Super Mario 64* transported Nintendo fans into Mario's universe as no other game in the series had, simultaneously laying out a grammar for how to interact with 3D worlds (and in its case, divinely zany ones). At more than 11 million copies sold, it was one of the bestselling games for the Nintendo 64, but its real impact was arguably off-platform, where it tectonically shifted the design imperatives of an entire industry. As Rockstar co-founder and *Grand Theft Auto V* cowriter Dan Houser put it: "Anyone who makes 3-D games who says they've not borrowed something from Mario or Zelda [on Nintendo 64] is lying."

**Get it now**







Designed by a Russian computer scientist, mass-distributed by a Japanese company and devoured by gamers—casual or compulsive—around the world, *Tetris* has been a global phenomenon since its arrival in 1984. In 1989, Nintendo put the legendary tile-matching puzzler on the NES and Game Boy, where it catapulted the latter to meteoric success. It's been available on nearly every platform since, a testament to our never-ending zeal for stacking blocks. However addictive, *Tetris* also





**TIME**                                    The 50 Best Video Games of All Time

speaking of Zen, the game's also generated its share of life lessons, including this apocryphal truism: "If Tetris has taught me anything, it's that errors pile up and accomplishments disappear."

**_Get it now_**

(Read TIME's affiliate link policy.)

**Sponsored Stories**                                    Recommended by ⓞutbrain |▷







**2 Savings Accounts That Pay 10x What Your Bank Pays**

My Finance | Personal Finance for the 21st Century

**Needham: Don't Shop on Amazon Without Using This Trick**

Honey

**JCPenney Is Offering Incredible Prices. Shop Now!**

jcpenney   Women's Clothing

Read More From TIME









**TIME**                                    The 50 Best Video Games of All Time

**THE GOODS**

**Mexico Avocados Have Biggest Price Surge in 10 Years Amid Trump's Threat to Close the U.S.-Mexico Border**

**THE GOODS**

**Hurricane Michael Expected to Become Major Hurricane by Tuesday**

**THE GOODS**

**10 of TIME's Favorite Gifts in 2017**







**THE GOODS**

These Are the Best Cyber Monday Deals in Tech

**THE GOODS**

15 Gadgets That Every Student Needs

**THE GOODS**

The Best Laptops and Tablets for Back to School



## Subscribe & Save

The 50 Best Video Games of All Time

SUBSCRIBE NOW



## Sign Up for Our

Sign up to receive the top stories you need to know now on politics, health and more

SUBSCRIBE

# TIME



| | | | |
|---|---|---|---|
| Home | Newsfeed | Audio | Customer Service |
| U.S. | Living | Longform | EU Customer Service |
| Politics | Ideas | Subscribe | Site Map |
| World | History | Give a Gift | Privacy Policy |
| Business | Sports | TIME for Kids | Your California Privacy Rights |
| Tech | The TIME Vault | TIME Edge | Terms of Use |
| Entertainment | Magazine | TIME Cover Store | Ad Choices |
| Health | Newsletters | Press Room | Advertising |
| Science | TIME Immersive | Careers | |

© 2019 TIME USA, LLC. All Rights Reserved. Use of this site constitutes acceptance of our **Terms of Use** and **Privacy Policy (Your California Privacy Rights)**.

TIME may receive compensation for some links to products and services on this website. Offers may be subject to change without notice. | **EU Data Subject Requests**

≡ ⊙3 **WWMT**
WEST MICHIGAN

NEWS   WEATHER   SPORTS   I-TEAM   CHIME IN   WATCH

NOW 81   THU 82   FRI 85

GENERAL ALERT   'America This Week'   ● ● ●   SHOW MORE ⌄   ✕

# Pac-Man remains the highest-grossing arcade cabinet 39 years after it gobbled the world

by Andrew Minegar | Newschannel 3  |  Wednesday, May 22nd 2019



Iconic arcade video game Pac-Man turns 39. (WWMT/MGN Online)




KALAMAZOO, Mich. — Released to the public May 22, 1980, the gobbling yellow circle and his nemeses, the blinking blue ghosts - stars in a digital arcade game called Pac-Man - would soon devour American culture.

Now, 39 years later, Pac-Man remains the highest-grossing arcade cabinet of all time, generating $3.5 billion in sales by 1990, according to US Gamer.net. It also holds a Guinness world record of the most successful coin-operated arcade game.

Few video games have had a cultural impact significant enough to be included at the Smithsonian Institute and the Museum of Modern Art; but Pac-Man accomplished both feats, permeating the American psyche

## TRENDING



Amid rising number of cases, family says Battle Creek man hospitalized with EEE


This company will pay you $1,300 to watch 13 classic horror movies by Halloween


Fight in Bronson Park leaves two women with knife wounds


Football Fever Week 4: Game of the Week winner is Lawton @ Delton Kellogg

## TRENDING



Amid rising number of cases, family says Battle Creek man hospitalized with EEE

within a year of it's United States release.



The origins of the iconic video game rest in Japan. Toru Iwatani worked for a company by the name of Namco and came up with the idea for "Pakku-Man," or PUCKMAN, while eating pizza, according to an interview with Iwatani on PacMan.com.

Iwatani, Shigeo Funaki and Toshio Kai created the arcade cabinet that was a huge success in Japan.

Nearly a year later, Midway, an American arcade-game manufacturer, bought the rights to release the game in America. However, according to Iwatani, Midway owners were worried that people would vandalize the machines if they kept the name Puckman; so they settled instead on Pac-Man. The change caught on: Namco then re-introduced the game in Japan under the Pac-Man moniker.

It was the first major video game mascot to hit the zeitgeist of the 1980s. The small yellow circle gobbling dots, fruit and ghosts on a dark screen, accompanied by a waka-waka-waka sound effect are still embedded in



This company will pay you $1,300 to watch 13 classic horror movies by Halloween

Fight in Bronson Park leaves two women with knife wounds

Football Fever Week 4: Game of the Week winner is Lawton @ Delton Kellogg

**TRENDING**



Amid rising number of cases, family says Battle Creek man hospitalized with EEE

This company will pay you $1,300 to watch 13 classic horror movies by Halloween

Fight in Bronson Park leaves two women with knife wounds

Football Fever Week 4: Game of the Week winner is Lawton @ Delton Kellogg




the collective conscience of U.S. culture.

Within a year, by October 1981, the United States was overrun by "Pac-Man Fever," even garnering a Billboard Top 10 song of the same name by Buckner & Garcia.



The franchise also spawned several animated television series and spin-offs, including Ms. Pac-Man which was released in 1981, and inspired a new generation of video game developers, such as John Romero, who would go on to shape the modern video game industry.

**MORE TO EXPLORE**





**3 teens found guilty of raping 2 boys in a Battle Creek garage**



**Missing 6-year-old found dead with his mother inside parking garage**



**Driver who hit, killed construction workers learns fate in emotional sentencing**

**SPONSORED CONTENT**

## TRENDING



**Amid rising number of cases, family says Battle Creek man hospitalized with EEE**



This company will pay you $1,300 to watch 13 classic horror movies by Halloween



Fight in Bronson Park leaves two women with knife wounds



Football Fever Week 4: Game of the Week winner is Lawton @ Delton Kellogg

EEE



This company will pay you $1,300 to watch 13 classic horror movies by Halloween



Fight in Bronson Park leaves two women with knife wounds



Football Fever Week 4: Game of the Week winner is Lawton @ Delton Kellogg



Arcadia Brewing Company in Kalamazoo closes, Grand Woods Lounge takes its place





**Rochester: Meet The Most Affordable Meal Kit In USA**
Dinnerly.com

**Don't Do It Yourself - Hire a Handyman from Rochester for Your Ho...**
HomeAdvisor

**7 Cars So Good It's hard To Believe They Cost Under $20K**
Stuff Answered

Sponsored Links by Taboola 

**STAY CONNECTED**

Like Us

Follow Us

© 2019 Sinclair Broadcast Group

Terms     Privacy     EEO     FCC



**NEWS IN PHOTOS:** "Entertainment"


5

Brad Pitt and James Gray take one giant leap with 'Ad Astra'


4

Pleasantly polite 'Downton Abbey' reunites fans with old acquaintances


4

Sacha Baron Cohen asks judge to dismiss Roy Moore lawsuit


10

Benetton makes a splash on the eve of Milan Fashion Week

Wed Sep 18 2019 16:21:45 GMT-0400 (Eastern Daylight Time) https://www.ranker.com/crowdranked-list/the-best-classic-arcade-games



vote on >>    entertainment    music  //  nerdy    sports    living    history    culture    food    channels  //  shop



#16 Street Fighter III: 3rd Strike ↗ on The Best Fighting Games of All Time        #12 StarCraft II: Heart of the Swarm ↗ on The Best Real-Time Strategy Games of All Time





COLLECTION
12 LISTS

## The Classic Arcade

Arcades may not be as popular as they used to be, but they used to dominate the gaming scene. In fact, some of your favorite game franchises started in the arcade.


The Best Classic Arcade Games


The Best Games of the 1990s


The Best Games of the 1980s




The Greatest Beat 'Em Up Games

The Very Best Shooting Games

Games That Were Easy to Beat

The Top Arcade Racing Games


Awesome Arcade Cabinet Art

Button Mash

# The Best Classic Arcade Games

  


Originally by Ranker Community

| List Rules



vote on >>    entertainment    music    nerdy    sports    living    history    culture    food    channels    shop





are still around today - albeit in updated forms - in game centers and arcades.

These are the games that many of us remember pumping quarters into as a child as we vowed to beat that high score in the likes of 80s arcade games like Frogger or Ms. Pac-Man or sought to reach the final castle in arcade games of the 90s like Super Mario Bros.

Many of the classic games here left such a lasting impression from their time in the giant arcade versions that they were later released on smaller platforms like the original Nintendo Entertainment System or remade decades later for platforms like the Nintendo Wii.

Similarly, many top arcade game titles like Paperboy and Donkey Kong spawned sequels or full series of games. Though 1980s arcade games were a far cry from today's games with 3D graphics and graphic violence, these classic games remind us of a simpler time when titles like Pong or Asteroids were enough to entertain us for a few hours. Ah, the good old days!

Vote for the famous arcade games that

Ranker may collect a commission from links on this page.



list ordered by    all    voters    men    age ▼    search list

**1**    ↑ ↓
1,962  434

Galaga
1981

*Galaga is a fixed shooter arcade game developed and published by Namco in Japan and published by Midway in North America in 1981. It is the sequel to Galaxian, released in 1979. The gameplay of ...* more

**2**    ↑ ↓
2,031  729

Pac-Man
1980

*Pac-Man is an arcade game developed by Namco and first released in Japan on May 22, 1980. It was licensed for distribution in the United States by Midway and released in October 1980. Immensely* more

**3**    ↑ ↓
1,838  589

Donkey Kong
1981

*Donkey Kong is an arcade game released by Nintendo in 1981. It is an early example of the platform game genre, as the gameplay focuses on maneuvering the main character across a series of ...*more

ADVERTISEMENT

**4**    ↑ ↓
1,564  614

Space Invaders
1978

*Space Invaders is an arcade video game developed by Tomohiro Nishikado and released in 1978. It was originally manufactured and sold by Taito in Japan, and was later licensed for production in ...more*

**5**    ↑ ↓
1,094  504

Centipede
1980

*Centipede is a vertically oriented shoot 'em up arcade game produced by Atari, Inc in 1981. The game was designed by Ed Logg and Dona Bailey. The player defends against centipedes, spiders,* more

**6**    ↑ ↓
1,323  563

Ms. Pac-Man
1982

*Ms. Pac-Man is an arcade video game from the Golden Age. It was produced by Illinois-based Midway Manufacturing corporation, the North American publisher of Pac-Man. Ms. Pac-Man was released in* more



**7** ↑ ↓
1,167  507

### Dig Dug
1982

*Dig Dug is an arcade game developed and published by Namco in Japan in 1982. It runs on Namco Galaga hardware, and was later published outside of Japan by Atari, Inc.. A popular game based on a*  more

**8** ↑ ↓
1,187  549

### Asteroids
1979

*Asteroids is an arcade space shooter released in November 1979 by Atari, Inc. and designed by Lyle Rains and Ed Logg. The player controls a spaceship in an asteroid field which is periodically* ...more

**9** ↑ ↓
962  441

### Defender
1981

*Defender is an arcade video game developed and released by Williams Electronics in February 1981. A shooting game featuring two-dimensional graphics, the game is set on a fictional planet where* ...more

**10** ↑ ↓
1,385  498

### Mario Bros.
1983

*Mario Bros. is a platform game published and developed for arcades by Nintendo in 1983. It was created by Shigeru Miyamoto. It has been featured as a minigame in the Super Mario Advance series*  more

**11** ↑ ↓
737  4?0

### Galaxian
1979

*Galaxian is an arcade game that was developed by Namco and released in October 1979. It was published by Namco in Japan and imported to North America by Midway that December. A fixed shooter*  more

**12** ↑ ↓
820  465

### Pole Position
1982

*Pole Position is an arcade racing video game which was released by Namco in 1982 and licensed to Atari, Inc. for US manufacture and distribution, running on the Namco Pole Position arcade system*  more

**13** ↑ ↓
922  388

### Street Fighter
1987

*Street Fighter is a 1987 arcade game developed by Capcom. It is the first competitive fighting game produced by the company and the inaugural game in the Street Fighter series. While it did not*  more



**14** ↑ ↓
635  4^7

### Missile Command
1980

*Missile Command is a 1980 arcade game by Atari, Inc. that was also licensed to Sega for European release. It is considered one of the most notable games from the Golden Age of Video Arcade*

**15** ↑ ↓
832  341

### 1942
1984

*1942 is a vertically scrolling shoot 'em up made by Capcom that was released for the arcade in 1984. It was the first game in the 19XX series. It was followed by 1943: The Battle of Midway. 1942* more
*was the first game in the 19XX series. It was followed by 1943: The Battle of Midway. 1942* more

**16** ↑ ↓
843  195

RyuKang1 995 added
### Street Fighter II
992

*Street Fighter II: The World Warrior is a competitive fighting game originally released for the arcades in 1991. It is the second entry in the Street Fighter series and the arcade sequel to the .* more

**17** ↑ ↓
806  534

### Q*bert
1982

*Q*bert is an arcade video game developed and published by Gottlieb in 1982. It is a 2D action game with puzzle elements that uses "isometric" graphics to create a pseudo-3D effect, and* more

**18** ↑ ↓
8^9  296

### Double Dragon
987

*Double Dragon is a 1987 beat 'em up video game developed by Technōs Japan and distributed in North America and Europe by Taito. The game is a spiritual and technological successor to Technos'* more

**19** ↑ ↓
670  392

### Donkey Kong Jr.

*Donkey Kong Jr. is a 1982 arcade-style platform video game by Nintendo. It first appeared in arcades, and, over the course of the 1980s, was later released for a variety of platforms, most* more

**20** ↑ ↓
890  365

### Gauntlet
1985

*Gauntlet is a fantasy-themed hack and slash 1985 arcade game by Atari Games. Released in October 1985, Atari ultimately sold a total of 7,848 Gauntlet video game arcade cabinets. It is noted as* more

**21** ↑ ↓

### Pong



Pong is one of the earliest arcade video games, it is a tennis sports game featuring simple two-dimensional graphics. While other arcade video games such as Computer Space came before it, Pong

*more*

**22**  ↑ 630  ↓ 320

### Paperboy
1984

*Paperboy is a 1985 arcade game by Atari Games. The players take the role of a paperboy who delivers newspapers along a suburban street on his bicycle. The game was ported to numerous video game*

*more*

**23**  ↑ 497  ↓ 67

menace33 added
### Frogger

**24**  ↑ 800  ↓ 374

### Joust
1982

*Joust is an arcade game developed by Williams Electronics and released in 1982. It is a platform game that features two-dimensional graphics. The player uses a button and joystick to control a*   *more*

**25**  ↑ 779  ↓ 373

### Punch-Out!!
1984

*Punch-Out!! is a boxing arcade game by Nintendo, released in Japan in 1983 and worldwide in 1984. It was the first in a series of successful Punch-Out!! games that produced an arcade sequel.*   *more*

**LOAD MORE ↓**

Filed Under: Video Games > Games, Game Consoles, Nintendo, Retro, Gaming, Arcade Games, Poll, Best Video Games, Button Mash



### The Best Classic Arcade Games

**f** share   **🐦** tweet   **📌** pin   **✉** email

**11 More ⬍ The Classic Arcade**

Arcades may not be as popular as they used to be, but they used to dominate the gaming scene. In fact, some of your favorite game franchises started in the arcade.

    

**25**  ↑ ↓



**Punch-Out!!**
1984

*Punch-Out!! is a boxing arcade game by Nintendo, released in Japan in 1983 and worldwide in 1984. It was the first in a series of successful Punch-Out!! games that produced an arcade sequel..* *more*

**LOAD MORE ↓**

Filed Under: Video Games > Games  Game Consoles, Nintendo, Retro, Gaming, Arcade Games, Poll, Best Video Games, Button Mash



The Best Classic Arcade Games

f share    🐦 tweet    📌 pin    ✉ email

**11 More 🗇 The Classic Arcade**

Arcades may not be as popular as they used to be, but they used to dominate the gaming scene. In fact, some of your favorite game franchises started in the arcade.

    

ADVERTISEMENT



BEST VIDEO GAMES    42 PEOPLE ARE READING



The Best Sega Genesis Games of All Time



The 100+ Best Video Games of All Time, Ranked by Fans

Half-Life 2 is rising to # 11

List of All Arcade Games

VIDEO GAME GENRES

The Best Neo-Geo Games

BUTTON MASH



Sega Genesis Games: The Complete List of Games on Genesis

BUTTON MASH
GENESIS



POPULAR OPINION    152 PEOPLE ARE READING

The Best Board Games of All Time

Stratego is rising to # 9

ENTERTAINMENT

The Best Horror Films of All Time

BUTTON MASH

The Hardest Video Games To Complete

POPULAR OPINION



Home Alone is falling to # 15

The Most Rewatchable Movies

RPGS



The Legend of Zelda: Ocarina of Time is falling to # 15

The Greatest RPG Video Games Ever Made

MOST ANNOYING



Steve Urkel is falling to # 14

The Most Annoying TV and Film Characters Ever

VOTE



Little Miss Muffet is

The Creepiest Nursery Rhymes That Shouldn't Be Read to Kids



The Best Nintendo DS RPGs



'Old' Movies Every Young Person Needs To Watch In Their Lifetime



List of All Shoot 'em Up Games



The Creepiest Photos From History

The Best Actors Who Played Batman, Ranked

The 36 Funniest Demotivational Posters

Abandoned Plot Threads From Game Of Thrones' That Will



The Most Memorable Video Game Sound Bites of All Time

Lifetime

List of All Shoot 'em Up Games

The Creepiest Photos From History

The Best Nintendo DS RPGs

 The Best Actors Who Played Batman, Ranked





**FIGHTING GAME**

Super Street Fighter II s ↘ ʻa ↖ ˃ː

## The Best PlayStation Fighting Games



**PLAYSTATION**

Bonk's Adventure  s ↘ falling to # 7

## The Best TurboGrafx-16 Games



**ENTERTAINMENT**

Dustin Hoffman  s ↗ r sing to #  0

## The Best Actors in Film History



**ENTERTAINMENT**

## 28 Behind the Scenes Facts from Perfect Strangers

**Top 10 Current Queries in Video Games:**

world's scariest attractions   loyola marymount university notable alumni   california earthquake history   dematha catholic high school   people from wyoming   list of gamecube games   films about deception   saints wide receivers   famous female rappers   biker build off discovery channel full episodes

contact us          data blog          f  like us on facebook          © Ranker 2019    terms  |  privacy  |  sitemap

we're hiring        listopedia         𝓟  follow us on pinterest

                                       ᯤ  subscribe to our top lists

Don't miss:  Borderlands 3 Review  |  Nintendo Switch Lite Release Date and Price, Specs, Is it Portable Only?  |  GTA 5 Cheats  |  NBA 2K20 Locker Codes For September 2019

# USG

News    Reviews    Guides    Long Reads    Best Games    Retro    Podcast

Sign In

Switch    PlayStation 4    Xbox One    PC    Deals    Starting Screen    Apex Legends    PAX West 2019

Q  Enter a search term



AdChoice

Volkswagen



## Top 10 Highest-Grossing Arcade Games of All Time

Plenty has been said about the greatest games from the Golden Age of Arcades. But which ones ate the most quarters? You might be surprised when you find out.

**Feature** by Jaz Rignall, Contributor
1 January 2016



HP - 27f 27" IPS LED FHD FreeSync Monitor - Natural Silver

$179.99

Shop Now

Price Match Guarantee
We won't be beat on price.

EST
B BUY

Much attention is often lavished upon the vast profits generated by the latest editions of today's biggest franchises. So much so, you'd think that this sort of financial success is something new. Actually, it isn't. Even during the very earliest days of video gaming, there were products that made mountains of money. The difference between now and then, however, is that back in the day, that revenue was earned one quarter at a time.

This is the third revision of this list, which I originally published in 2010, and then updated in 2013. Since then, additional data has been uncovered that has enabled me to further

improve the accuracy of the numbers, plus rotate in new games whose data was previously unavailable. This has resulted in a more accurate list, although it's still not complete, with some estimates being made on revenue numbers – most notably, Street Fighter II and Mortal Kombat II.



## 10 - Donkey Kong

**Nintendo**

- **Cabinets Sold:** 132,000
- **Revenue by 1982:** $280,000,000

Advertisement



- **Inflation adjusted:** $686,262,000

One of the earliest platformers, and the first game created by legendary designer Shigeru Miyamoto, Nintendo's 1981 classic coin-op was a massive hit with gamers thanks to its innovative gameplay that played out over four different screens.

Often cited as the first game to feature Mario, this is actually a somewhat revisionary fact. When the game was launched in Japan, the hero was a carpenter called Jumpman who was on a mission to rescue his girlfriend, Lady, from the clutches of his escaped pet gorilla, Donkey Kong. When the coin-op was released in America, however, Nintendo US employees weren't keen on the original Japanese names, and chose their own. Lady became known as Pauline, and Jumpman became Mario, who also gave up the carpentry business and became a plumber. A move that was evidently a good one, as it helped him go on to become one of gaming's best-known characters.

When it was first launched, Donkey Kong was seen by some as a very strange game – which is understandable when you consider that space shooters and early maze-chase games were the most common types of game during that era. However, this new concept soon caught on, and the game became a huge smash hit.



**Related content**

Zombies May Be Appearing in Red Dead Online, If It's Not a Glitch

Reggie Fils-Aimé's Been Up To a Lot Since His Retirement From Nintendo

1

The 25 Best Nintendo Switch Games

5



## 9 – Mortal Kombat

Midway

- Cabinets Sold: 24,000
- Revenue by 2002: $570,000,000
- Inflation adjusted: $748,462,000

Developed by Ed Boon and John Tobias, the legendary Mortal Kombat mightn't be the most finessed fighter out there, but when it came to pulling in the quarters, it's second only to the even-more-legendary Street Fighter series for making money.

Featuring digitized sprites, rather than the hand-drawn animation of other contemporary fighters, Mortal Kombat's big selling point is its fatalities – end-of-fight moves that often finish off the opponent in a spectacularly gory and bloody fashion. Needless to say, this didn't exactly go down well with the political establishment, and the subsequent furor and US Congressional hearing ultimately resulted in the establishment of the Entertainment Software Rating Board (ESRB) in response to calls for video games to be policed by government regulations. Considering the alternative, that's a definite silver lining to what would otherwise have been a very dark cloud.



Advertisement



**Related content**

Former Dragon Age Writer David Gaider Co-Founds Summerfall Studios in Australia

The Legend of Zelda: Link's Awakening's Most Famous Song Now Has Soul-Shredding Lyrics

Call of Duty Mobile Release Date – Android, iOS, Price, Battle Royale



## 8 – Mortal Kombat II

Midway

- **Cabinets Sold:** 27,000
- **Revenue by 2002:** $600,000,000
- **Inflation adjusted:** $787,607,559

The second Mortal Kombat game arrived a year after the first, and sported major graphical upgrades and five new characters. The gameplay was also significantly updated, with improved combo capabilities, new moves, and a host of Fatalities, including non-lethal Friendship and Babality finishers.

By the time this second arcade game was released, the Mortal Kombat franchise was beginning to become a juggernaut that would ultimately spin off comics, a "Kard" game, movies, and of course a boatload of home versions – which would go on to sell some 26 million games over the years. Indeed, such is the success of the franchise, by 2011 it held 10 Guinness world records, including "most successful fighting game series," "largest promotional campaign for a fighting video game" (Mortal Kombat 3), "highest grossing film based on a fighting video game" (Mortal Kombat 1996), and "most successful video game spin-off soundtrack album" (Mortal Kombat: Original Motion Picture Soundtrack).



Advertisement



Related content

The Next Total War Saga Heads to
Mythological Troy



* Explosive rapid fire space action • 1 or 2 players are challenged to destroy asteroids and enemy spacecraft • New Atari-designed QuadraScan™ display system • New personal high score table display • Optional "Hyperspace" • Optional coinage including Susan B. Anthony coin slot • Bonus play at 10,000 points

## 7 – Asteroids

Atari

- **Cabinets Sold:** 100,000
- **Revenue by 1991:** $800,000,000
- **Inflation adjusted:** $1,346,548,823

Atari's Asteroids is a vector graphic classic from 1979. Inspired by the first fully-fledged video game, Space War, Asteroids was built using hardware from the earlier Atari vector coin-op, Lunar Lander.

The end result was a game that was far more sophisticated than the more static Space Invaders-type format that tended to have limited movement, and gameplay based around a defensible position at the bottom of the screen. In Asteroids, the player had to deal with

Destiny 2: Shadowkeep Story Previews Tease What Eris Morn's Been up to All This Time

FIFA 20 Best Defenders: Best Players For CB, LB, and RB

Advertisement



threats from all sides, plus missile-firing space ships.

Despite its similarities to Space Wars, most players wouldn't have seen that rare coin-op when Asteroids was launched, and therefore Atari's rock-breaking game was received largely as a new concept – and quite a challenge. Thanks to that, players poured money into the machine, of which 70,000 were sold across America, and 30,000 units were sold abroad.





Available with the new flush-mounted 8 4-inch touchscreen and piano black surround

Related content

Man of Medan Endings – All the Endings Explained, How to Save Everyone

Pokemon Sword and Shield Trailer Unveils Sirefetch'd, the Galarian Evolution of Farfetch'd

1

FIFA 20 Best Goalkeepers: Best Players in the GK Position

Advertisement

## 6 - Defender

**Williams**

- **Cabinets Sold:** 60,000

- **Revenue by 1993:** $1,000,000,000

- **Inflation adjusted:** $1,588,463,873

Featuring an intimidating number of buttons, and enemy ships whose behavior patterns were extremely sophisticated for the period, Defender was one of the most memorable shooters of the early 80's.

It was the creation of Eugene Jarvis and Larry DeMar, who'd previously been pinball machine designers at Williams. They spent months iterating a design for a new video game inspired by their favorite aspects of Space Invaders and Asteroids. The end product was a revelation. Featuring search-and-rescue gameplay, a variety of different alien types, and the threat of a planet exploding, Defender provided players with a high-energy, relentless, colorful, and loud shoot 'em up experience that made other contemporaries of the era look positively pedestrian.

Defender's high level of challenge helped it devour hundreds of millions of quarters as gamers got to grips with its complex gameplay – and of course the game would go on to become one of *the* enduring icons of the Golden Age of Arcades.





**2019 CHRYSLER PACIFICA TOURING L**

Lease $ **329** a month
for                for 36 months
$2,929 Due at lease signing.  No security deposit required.
Tax, title, and license extra *

BUILD & PRICE          VIEW INCENTIVES

LEGAL

**Related content**

Raids, Loot, and Balance: Ubisoft Massive on The Division 2's Challenges Six Months Later

Overwatch's Bastion Gets an Adorable Lego Skin for New Event

1

Rockstar Debuts New PC Game Launcher with GTA: San Andreas as a Free Title



## 5 – NBA Jam

Midway

- Cabinets **Sold:** 20,000
- Revenue by **1994:** $1,100,000,000
- **Inflation adjusted:** $1,704,501,968

Released when arcades were having a second wind in 1993, NBA Jam follows in the footsteps of the 1989 basketball Arch Rivals, which also features 2-on-2 action. However, where Arch Rivals never really achieved truly critical mass, NBA Jam was hugely popular largely thanks to its official license enabling it to feature real team names and the digital likenesses of famous players.

Gameplay was larger than life, and had few rules, resulting in a fast and furious pace of action that often featured spectacular net shots and slam dunks – accompanied by iconic NBA Jam catch phrases like "He's on fire" and "Boomshakalaka!"

Rather amusingly, in 2008, designer Mark Turmell confirmed that, as many NBA Jam players had thought, the game had a slight bias against the Chicago Bulls. If you were playing the Detroit Pistons, the Bulls would miss last-second shots in close games. Boomshakalaka indeed.



Advertisement



**2019 CHRYSLER PACIFICA TOURING L**

Lease **$329** a month
for    for 36 months
$2,929 Due at lease signing.  No security deposit required.
Tax, title, and license extra *

BUILD & PRICE        VIEW INCENTIVES

LEGAL

**Related content**

Anthem Transitions to Seasonal
Updates as Future Looks Murky

💬 2

Tetris 99 Will Dole Out Super Kirby
Clash Currency in a Nintendo F2P
Mash-Up



The amazing Ms. Pac-Man offers all the fun of Midway's famous Pac-Man™ with four new mazes, added bonus fruit symbols that float freely through the maze, two new side exits that give four chances for get away and a unique cartoon series

Produced by Midway Mfg. Co. under agreement with Namco

☐ 1

GreedFall Review

☐ 2

## 4 – Ms. Pac-Man

**Bally Midway**

- **Cabinets Sold:** 125,000

- **Revenue by 1987:** $1,200,000,000

- **Inflation adjusted:** $2,494,552,816

The original Pac-Man's largely non-violent gameplay had already proved appealing to females, so Illinois-based Midway Manufacturing corporation decided to go the whole hog and make a Pac-Man game specifically designed to attract them. The result was Ms. Pac-Man, essentially Pac-Man with a pink bow.

As well as featuring four new maze designs, the ghosts were programmed to occasionally move randomly. This was a deliberate move to prevent players from learning and using patterns to beat every level, as was the tactic in the original Pac-Man. Because of that, the game was considerably more challenging than its predecessor. However, that didn't stop players from eventually clocking the machine and discovering that, like Pac-Man, the game's 256th level was glitched and impossible to complete.

Advertisement



Related content

E3 May Soon be Seeing Some Big Changes [Update]

☐ 4

Sayonara Wild Hearts Review

☐ 3

Session is the Skate 4 Fans Have Been Pining For... Almost



## 3 - Street Fighter II/Champion Edition

Capcom

- **Cabinets Sold:** 200,000 (60,000 SF II, 140,000 CE)

- **Revenue by 1995:** $2,312,000,000

- **Inflation adjusted:** $3,582,553,228

Capcom's sequel to its 1997 arcade hit was one of the gaming milestones of the 90's. While

**Related content**

Football Manager 2020 Switches to
Recycled Paper Cases out of Concern
for Plastic Pollution

1

Sega Sends Out Mini Genesis Towers of

Capcom's sequel to the original Street Fighter introduced many of the series' fundamental design elements, Street Fighter II evolved them a quantum leap forward, creating a benchmark fighting game design that still stands true today. Thanks to its ultra-competitive gameplay, the machine was an instant hit, selling some 60,000 units globally. Its rapid player turnover helped keep the coins flowing – a welcome relief to many arcade operators, who'd seen revenues decline since their peak in the mid-80's.

With Street Fighter II bringing in substantial revenues, it didn't take Capcom long to produce an updated version (which for the purposes of this list isn't considered a standalone sequel because it's essentially an upgrade kit). In April 1992, Champion Edition hit the arcades with rebalanced gameplay, four playable Grand Masters, and the ability for players to engage in mirror matches for the first time. Despite being cosmetically very similar to Street Fighter II, CE sold an incredible 140,000 boards and new cabinets.

Several reports cite Street Fighter II as earning $1.5 billion by 1993, and that in turn has been erroneously attributed to coin-op revenue. However, the root source – Children, Adolescents and Media Violence by Steven J Kirsh – is actually referring to home console versions and merchandising. The reality is, there is no current definitive source for revenue of the machine. Arcade owners often reported "Street Fighter II" on revenue sheets, rather than citing a specific version, and many arcades updated to the new Hyper Fighting board within a year. Also, by the early 90's, arcades were in decline, and revenue records were often not published. At that point, it was much more about shifting hardware, than their actual cash yield. Therefore, the figures here are estimated, based on the fact that 200,000 combined cabinets and boards were sold, and taking into account player engagement and turnover. These numbers are also conservative. Due to the relative ease of making illegal versions of Capcom's CP System boards, many pirated copies of the arcade game also existed, which would likely boost the revenue number above considerably. But for obvious reasons, the actual sum will never be known.



Power, Teases More to Come

🗨 8

Borderlands 3 SHiFT Codes and VIP Codes (September 2019): How to Get Golden Keys and VIP Points

🗨



## 2 - Space Invaders

Taito

- **Cabinets Sold:** 360,000

- **Revenue by 1982:** $2,702,000,000

- **Inflation adjusted:** $6,612,228,000

One of video gaming's all-time classics, Space Invaders kicked off what is now called the Golden Age of Arcades, a period of history spanning the late 70's to the mid 80's that saw unprecedented advances in gaming design and technology.

The machine was launched in Japan in June 1978 and swiftly became a cultural phenomenon. By the end of the year, an incredible 100,000 coin-ops had been installed across the country. Such was its immense popularity, the sheer volume of people shoveling money into its coin slots created a temporary shortage of the 100-yen coin.

Space Invaders swiftly became a major export, and was soon rejuvenating arcades around the world, whose mechanical machines and, at that point, only basic technological innovation had seen them in consistent decline since the 50's. This literal reversal of fortune was fueled by millions of players, who queued time and time again to test their mettle against the invading hordes. The revenue generated in the states in its first year was greater than that of the highest-grossing movie of the period – Star Wars. Not bad for an industry that had only just turned five years old.



**Advertisement**



**2019 CHRYSLER PACIFICA TOURING L**

Lease $**329** a month
for      for 36 months
$2,929 Due at lease signing.  No security deposit required.
Tax, title, and license extra *

**BUILD & PRICE**        **VIEW INCENTIVES**

LEGAL

**Related content**

Borderlands 3 Nekrotafeyo Typhon Log Locations

Borderlands 3 Eden-6 Typhon Log Locations

Gears 5 Collectible Locations – Where Are All the Gears 5 Collectibles?



Copyright 1980 by MIDWAY ...

## 1 - Pac-Man

Namco

- **Cabinets Sold:** 400,000
- **Revenue by 1990:** $3,500,000,000
- **Inflation adjusted:** $7,681,491,635

Since Space Invaders has come and gone, the number one quarter eater of all time should be no surprise at all. Well, unless you didn't grow up playing arcade games.

Gaming's first major mascot, and perhaps its most recognizable and enduring character, Pac-Man burst onto the scenes in 1980 and became an overnight sensation. In an era where almost all games were space-themed shooters, Pac-Man's non-violent, maze-chase gameplay presented something fresh and new. It also did something else few other games did at that time – and that was appeal to female gamers.

This universal attraction helped bring an unprecedented number of players into arcades around the world, who shoveled billions of quarters into its slots. This popularity turned Pac-Man into an icon, giving rise to the first generation of gaming merchandise, with everyone's favorite yellow dot-gobbler emblazoned on everything from t-shirts and hats to lunchboxes and dinking glasses.

Since then, Pac-Man has gone on to star in more than 30 other games – but most gamers will always associate him with this iconic machine.

Arcade flyer illustrations sourced from **Arcade Flyer Archive**

Sometimes we include links to online retail stores. If you click on one and make a purchase we may receive a small commission  See our **terms & conditions.**

     

**Expect Better at Hilton**

**Greatest Years in Gaming History: 1983**

The Story of Playism, Part 1: The Slow..

35 Years Later, What is the Value of Pac-..

The Day I Melted An Asteroids Machine

Zen and the Art of the Art Book: The..

**Read this next**



Former Dragon Age Writer David Gaider Co-Founds Summerfall Studios in Australia

Gaider and fellow co-founder Liam Esler previously worked together at Beamdog.



The Legend of Zelda: Link's Awakening's Most Famous Song Now Has Soul-Shredding Lyrics

Let's be honest, you knew it wasn't going to be an uplifting ditty.

## Zombies May Be Appearing in Red Dead Online, If It's Not a Glitch

Undead nightmare part two, or just another quirky bug?

 



### Reggie Fils-Aimé's Been Up To a Lot Since His Retirement From Nintendo

The former Nintendo of America president has been pretty active.

🗨 1

### The 25 Best Nintendo Switch Games

Our rotating list of the best games on Switch, now updated for the Nintendo Switch Lite release!

🗨 5

### The Next Total War Saga Heads to Mythological Troy

The land of gods and monsters seems to be the next saga locale.

🗨

### Destiny 2: Shadowkeep Story Previews Tease What Eris Morn's Been up to All This Time

She may have met the expansion's true Hive villain already.

🗨

**More**



### Raids, Loot, and Balance: Ubisoft Massive on The Division 2's Challenges Six Months Later

Ubisoft Massive is beginning to firm up the ongoing foundation of The Division 2.

🗨



### Thinbloods and the Politics of Living Forever: An Interview with Bloodlines 2 Writer Cara Ellison

We talked love, loss, and lots of blood with one of Bloodlines 2's writers.

🗨 1



### Borderlands 3's Endgame Fights for Position Against Destiny 2 and The Division 2

Gearbox is not letting Borderlands 3 get lost in the MMO shuffle.

🗨 4



### Sega Genesis Mini Review

Sega revisits the 90s with its ode to the system that made the company big in the United States.

🗨 7

## Subscribe to our weekly newsletters

Get the best of USG in your inbox by subscribing to our newsletters.

☑ The USG Weekly Newsletter
☑ Axe of the Blood God Newsletter

**Enter your email address**

**Popular Games**

     

**Borderlands 3**

Borderlands 3 SHiFT Codes and VIP Codes (September 2019): How to Get Golden Keys and VIP Points

**Fire Emblem: Three Houses**

The 25 Best Nintendo Switch Games

**Cyberpunk 2077**

CD Projekt Red Has an Update on How Genitals Work in Cyberpunk 2077

**Destiny 2**

Destiny 2: Shadowkeep Story Previews Tease What Eris Morn's Been up to All This Time

**NBA 2K20**

NBA 2K20 Review

**Pokemon Go**

Pokemon Go Gets Its First Batch Of Pokemon From Gen 5 Today



AdChoices

The Volkswagen

# Tiguan

The not-so-compact, compact SUV.

Starting at
**$24,295**

View key MSRP info

BUILD YOURS >



Volkswagen

## USG

Covering the best in video gaming. News, Reviews, and Guides for Switch, PS4, Xbox One, PC, and more!

This site © 2019 Gamer Network.

All Rights Reserved. No part of this site or its content may be reproduced without the permission of the copyright holder.

**Explore**

News
Reviews
Guides
Long Reads
Best Games
Retro
Podcast
Switch
PlayStation 4
Xbox One
PC
Topics index

**Popular games**

Borderlands 3
Fire Emblem: Three Houses
Cyberpunk 2077
Destiny 2
NBA 2K20
Pokemon Go
Games index

**Helpful links**

About USgamer
Code of conduct
Contact us
Cookies
Corporate site
How we work
Privacy policy
Review policy
Staff & contributors
Terms & Conditions

**Gamer Network**

EGX
Eurogamer
GamesIndustry
Jelly Deals
Metabomb
NintendoLife
Push Square
Rock Paper Shotgun
VG247
VGC

# EXHIBIT 2

Int. Cl.: 28

Prior U.S. Cls.: 22 and 23

**United States Patent and Trademark Office**

Reg. No. 1,279,066
Registered May 22, 1984

## TRADEMARK
### Principal Register

# MS. PAC-MAN

Bally Midway Mfg. Co. (Illinois corporation)
10750 W. Grand Ave.
Franklin Park, Ill. 60131

For: COIN-OPERATED AND NON-COIN-OP-ERATED ELECTRONIC AMUSEMENT APPA-RATUS FOR PLAYING A GAME ON A VIDEO OUTPUT DISPLAY, in CLASS 28 (U.S. Cls. 22 and 23).

First use Jan. 8, 1982; in commerce Jan. 13, 1982.
Owner of U.S. Reg. No. 1,230,042.

Ser. No. 375,744, filed Jul. 21, 1982.

G. T. GLYNN, Examining Attorney

EXHIBIT 3

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*Dana Lassa*

**REGISTER OF COPYRIGHTS**
*United States of America*

REGISTRATION NUMBER

PA **140-275**

PA      PAU

EFFECTIVE DATE OF REGISTRATION

June 25, 1982
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

---

**(1) Title**

TITLE OF THIS WORK:

MS. PAC-MAN

NATURE OF THIS WORK: (See instructions)

Audiovisual Work

PREVIOUS OR ALTERNATIVE TITLES:

---

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:

Bally Midway Mfg. Co.

Was this author's contribution to the work a "work made for hire"?   Yes. **X**   No.

DATES OF BIRTH AND DEATH:

Born ..... (Year)   Died ..... (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of ........ (Name of Country)   or   Domiciled in   U.S.A. (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?   Yes.   No. **X**
Pseudonymous?   Yes.   No. **X**

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

See Space 6

**2**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes.   No.

DATES OF BIRTH AND DEATH:

Born ..... (Year)   Died ..... (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of ........ (Name of Country)   or   Domiciled in ........ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?   Yes.   No.
Pseudonymous?   Yes.   No.

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

Was this author's contribution to the work a "work made for hire"?   Yes.   No.

DATES OF BIRTH AND DEATH:

Born ..... (Year)   Died ..... (Year)

AUTHOR'S NATIONALITY OR DOMICILE:

Citizen of ........ (Name of Country)   or   Domiciled in ........ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:

Anonymous?   Yes.   No.
Pseudonymous?   Yes.   No.

If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:

Year. 1981

(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:

Date. January 13, 1982
(Month)   (Day)   (Year)

Nation United States
(Name of Country)

(Complete this block ONLY if this work has been published.)

---

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Bally Midway Mfg. Co.
10601 West Belmont Avenue
Franklin Park, Illinois 60131

TRANSFER: (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

---

- Complete all applicable spaces (numbers 5-9) on the reverse side of this page
- Follow detailed instructions attached   •   Sign the form at line 8

DO NOT WRITE HERE

Page 1 of ..... pages

PA 140-275

* Special relief granted under
202.20(d)of the C.O. reg.**

| EXAMINED BY: | | APPLICATION RECEIVED: 29 JUN 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| CHECKED BY: | | | |
| CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 25 JUN 1982 | | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 276 451  UB Spec. | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work. already been made in the Copyright Office?  Yes ___   No  X

- If your answer is "Yes," why is another registration being sought?  (Check appropriate box)

  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give:  Previous Registration Number ___   Year of Registration ___

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
Portions of the current work incorporate material from a published audiovisual work entitled "Crazy Otto" which is a derivative work based on a previously published audiovisual work entitled PAC-MAN, registered November 13, 1980, Reg. No. PA 83-768.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
The visual expression of the central figure as Crazy Otto was changed to MS. PAC-MAN, the visual expression of the pursuit figures in Crazy Otto was changed, and other changes were made in the visual images.

**(6) Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office. give name and number of Account.)

Name: ___

Account Number: ___

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Kathleen D. Kennedy, Esq.
Brownstein Zeidman and Schomer
Address: 1025 Conn. Ave., N.W. (Apt.)
Washington,      D.C.      20036
(City)        (State)        (ZIP)

**(7) Fee and Correspondence**

**CERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)

☐ author  ☐ other copyright claimant  ☐ owner of exclusive right(s)  ☒ authorized agent of:  Bally Midway Mfg. Co.
(Name of author or other copyright claimant. or owner of exclusive right(s))

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Kathleen D Kennedy*

Typed or printed name.  Kathleen D. Kennedy, Esq.    Date 6/29/82

**(8) Certification (Application must be signed)**

Kathleen D. Kennedy, Esq.
Brownstein Zeidman and Schomer
Suite 900, 1025 Connecticut Avenue, N.W.
(Number, Street and Apartment Number)
Washington,        D.C.        20036
(City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**(9) Address For Return of Certificate**

* 17 U.S.C. §506(e) FALSE REPRESENTATION—Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409. or in any written statement filed in connection with the application. shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981-341-278/2

DEC. 1980—500,000

# EXHIBIT 4

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-352-904



EFFECTIVE DATE OF REGISTRATION

JAN 26 2006
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

25TH ANNIVERSARY PAC-MAN/MS.PAC-MAN/GALAGA OPERATOR'S MANUAL

NATURE OF THIS WORK ▼ See Instructions

text and drawings

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2**

NAME OF AUTHOR ▼

**a** Namco America Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in ─ USA

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☑ Technical drawing
☑ 2-Dimensional artwork   ☐ Photograph   ☑ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2000
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month June   Day 14   Year 2005
USA   Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Namco America Inc.
1740 Technology Dr., Suite 320, San Jose, CA 95110

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
JAN 2 6 2006
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 2 6 2006
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY    STI      **FORM VA**

CHECKED BY   AMJ   DW

☐ CORRESPONDENCE   Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☑ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    VA 1-555-762     **Year of Registration** ▼   2002

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

   MS.PAC-MAN/GALAGA OPERATION MANUAL and PAC-MAN 25TH ANNIVERSARY LOGO

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

   Newly created text and drawings

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

   Hideki Yoshimoto, Namco Bandai Games America Inc.

   1740 Technology Dr., Suite 320, San Jose, CA 95110

b

Area code and daytime telephone number   ( 408 ) 200-7700      Fax number   ( 408 ) 200-7707

Email

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {   ☐ author
   ☐ other copyright claimant
   ☐ owner of exclusive right(s)
   ☑ authorized agent of   Namco America Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Hideki Yoshimoto, Director, Intellectual Property, Namco Bandai Games America Inc.    **Date**   January 23, 2006

Handwritten signature (X) ▼

X

**Certificate will be mailed in window envelope to this address:**

Name ▼

Hideki Yoshimoto, NAMCO BANDAI Games America Inc., San Jose Office

Number/Street/Apt ▼

1740 Technology Dr., Suite 320

City/State/ZIP ▼

San Jose, CA 95110

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper      U.S. Government Printing Office: 2003-496-605/60,029

Additional Certificate (17 U.S.C. 706)

# CERTIFICATE OF COPYRIGHT REGISTRATION



**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

# FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA        115-90



☑ VA        ☐ VAU

EFFECTIVE DATE OF REGISTRATION

**4 JAN 1983**

Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

MS PAC-MAN ™        An Activity Book        2801

**NATURE OF THIS WORK ▼** See instructions

Pictorial illustrations

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION**   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**   Bally Midway Mfg. Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ ....U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions).

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

Pictorial illustrations

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?    ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.

1982 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 26   Year ▶ 1982
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Bally Midway Mfg. Co.
10601 W. Belmont Avenue
Franklin Park, Illinois 60131

See instructions before completing this space.

**APPLICATION RECEIVED**
04 JAN 1983

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
4 JAN 1983

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DA 3 012 1609
*30121609 5*

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.        • Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of 2 pages

| | EXAMINED BY | | FORM VA |
|---|---|---|---|
| | CHECKED BY | | |
| VA    115-909 | ☐ CORRESPONDENCE ☐ Yes | | FOR COPYRIGHT OFFICE USE ONLY |
| | ☑ DEPOSIT ACCOUNT ☑ FUNDS USED | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.   **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.   **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼   Western Publishing Company, Inc.   **Account Number** ▼   DAO 18139

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Mrs. Jalaine Tennessen
Western Publishing Company, Inc.
1220 Mound Avenue
Racine, Wisconsin   53404

Area Code & Telephone Number ▶   (414) 633-2431   Ext. 3599

Be sure to give your daytime phone ◀ number.

**CERTIFICATION\***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of   Bally Midway Mfg. Co.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Mrs. Jalaine Tennessen                                    date ▶   12/14/82

☞ **Handwritten signature (X)** ▼   Jalaine Tennessen

**MAIL CERTIFICATE TO**

| Name ▼ | Mrs. Jalaine Tennessen Western Publishing Company, Inc. |
|---|---|
| Number/Street/Apartment Number ▼ | 1220 Mound Avenue |
| City/State/ZIP ▼ | Racine, Wisconsin   53404 |

**Certificate will be mailed in window envelope**

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?

**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆ U.S. GOVERNMENT PRINTING OFFICE: 1981: 355–312                                    Nov. 1981-600,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

# FORM VA
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*[signature]*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

**VA        134-220**

| VA | | VAU |

EFFECTIVE DATE OF REGISTRATION

**13 JUL 1983**

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Ms. Pac-Man Game   #4317

**NATURE OF THIS WORK ▼** See instructions

cover label, game board, buildup, label sheet

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION**   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

ⓐ  Milton Bradley Company

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ __U.S.A.__
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☒ No
Pseudonymous?     ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
All pictorial matter

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

ⓑ

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

ⓒ

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1982 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ January   Day ▶ 3   Year ▶ 1983
U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Bally Midway Mfg. Co.
10601 West Belmont Avenue
Franklin Park, IL  60131

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

By written agreement

APPLICATION RECEIVED
13 JUL 1983
ONE DEPOSIT RECEIVED
13 JUL 1983
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE
267742 JUL 13 83

*DO NOT WRITE HERE OFFICE USE ONLY*

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ **2** ___ pages

*Year date in notice: 1982.

**FORM VA**

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

**FOR COPYRIGHT OFFICE USE ONLY**

**VA  134-220**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**  Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼      **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**6**

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼      **Account Number** ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Millens W. Taft, Jr.

Milton Bradley Company
111 Maple Street
Springfield, MA  01105
Area Code & Telephone Number ▶

Be sure to give your daytime phone ◀ number

**8**

**CERTIFICATION***  I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Milton Bradley Company
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Millens W. Taft, Jr.                                    date ▶  6/28/83

Handwritten signature (X) ▼
Millens W. Taft, Jr.

**MAIL CERTIFICATE TO**

Name ▼
Millens W. Taft, Jr., Milton Bradley Company

Number/Street/Apartment Number ▼
111 Maple Street

City/State/ZIP ▼
Springfield, MA  01105

**Certificate will be mailed in window envelope**

**Have you:**
● Completed all necessary spaces?
● Signed your application in space 8?
● Enclosed check or money order for $10 payable to *Register of Copyrights?*
● Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1982: 361-278/53

July 1982-120,000

Additional Certificate (17 U.S.C. /06)

# CERTIFICATE OF COPYRIGHT REGISTRATION

## FORM VA
UNITED STATES COPYRIGHT OFFICE



OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



REGISTER OF COPYRIGHTS
*United States of America*



| REGISTRATION NUMBER |
|---|
| VA    104-386 |
| VA        VAU |

EFFECTIVE DATE OF REGISTRATION

4    AUG. 1982
(Month)    (Day)    (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

---

**① Title**

TITLE OF THIS WORK:
MS. PAC-MAN HAND PUPPET Style No. 8506

Previous or Alternative Titles:

NATURE OF THIS WORK: (See instructions)
sculpture and art work

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work:                         Vol.        No.        Date.                    Pages

---

**② Author(s)**

IMPORTANT: Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
NAME OF AUTHOR:
Commonwealth Toy & Novelty Co., Inc.

DATES OF BIRTH AND DEATH:
Born ___ (Year)   Died ___ (Year)

Was this author's contribution to the work a "work made for hire"?   Yes. X   No.

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ___ (Name of Country)   } or { Domiciled in USA (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes.   No.
Pseudonymous?   Yes.   No.
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
sculpture and art work

**2**
NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born ___ (Year)   Died ___ (Year)

Was this author's contribution to the work a "work made for hire"?   Yes.   No.

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ___ (Name of Country)   } or { Domiciled in ___ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes.   No.
Pseudonymous?   Yes.   No.
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**
NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born ___ (Year)   Died ___ (Year)

Was this author's contribution to the work a "work made for hire"?   Yes.   No.

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ___ (Name of Country)   } or { Domiciled in ___ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes.   No.
Pseudonymous?   Yes.   No.
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**③ Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
1982
Year.
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date. February 10, 1982
(Month) (Day) (Year)
Nation U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**④ Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):
Bally Midway Mfg. Co.
10601 West Belmont Ave.
Franklin Park, Illinois  60131

TRANSFER: (If the copyright claimant(s) named here in space 4 is different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
By Assignment

---

• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• Follow detailed instructions attached    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY: | | APPLICATION RECEIVED: | |
|---|---|---|---|
| CHECKED BY: | | 04 Aug 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE: ☐ Yes | | DEPOSIT RECEIVED: 4 AUG 1982 | |
| DEPOSIT ACCOUNT FUNDS USED: ☐ | | REMITTANCE NUMBER AND DATE: 32300 1 U.S. special | |

VA   104-386

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes.     No. **X**

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  ☐ This is the first published edition of a work previously registered in unpublished form.
  ☐ This is the first application submitted by this author as copyright claimant.
  ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number.         Year of Registration.

**(5)** Previous Registration

---

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
This work is based on a preexisting audiovisual work entitled MS. PAC-MAN which was registered on June 25, 1982, PA 140-275.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
This work contains new sculptural and pictorial material.

**(6)** Compilation or Derivative Work

---

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)    457-6664

Name:    Kathleen D. Kennedy, Esq.
         Brownstein Zeidman and Schomer
Address: Suite 900, 1025 Conn. Ave., N.W.
                                    (Apt.)
         Washington, D.C.   20036
         (City)            (State)        (ZIP)

**(7)** Fee and Correspondence

---

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: Bally Midway Mfg. Co.
                                                                    (Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) *Kathleen D Kennedy*

Typed or printed name:   Kathleen D. Kennedy         Date: 8/4/82

**(8)** Certification (Application must be signed)

---

Kathleen D. Kennedy, Esq.
Brownstein Zeidman and Schomer
Suite 900, 1025 Connecticut Avenue, N.W.
                    (Number, Street and Apartment Number)
Washington, D.C.   20036
         (City)        (State)        (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**(9)** Address for Return of Certificate

---

✱ 17 U.S.C. § 506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

⬥ U.S. GOVERNMENT PRINTING OFFICE: 1979-281-421/5

March 1979—100,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**VA** VA. **134-951** VAU

EFFECTIVE DATE OF REGISTRATION

**SEP 0 6 1983**

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**   MS. PAC MAN™    4450B
MAGIC SLATE PAPER SAVER

**NATURE OF THIS WORK ▼** See instructions
Pictorial illustrations

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**   **NAME OF AUTHOR ▼**   Bally Midway Mfg. Co.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶   U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Pictorial illustrations

**NOTE**
Under the law,

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*325500457*
DA 3 255 0045

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1982 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ October   Day ▶ 5   Year ▶ 1982
U.S.A. ◀ Nation

## 4

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

Bally Midway Mfg. Co.
10601 W. Belmont avenue
Franklin Park, Illinois 60131

**APPLICATION RECEIVED**
06 SEP 1983
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
SEP 0 6 1983
**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

**DO NOT WRITE HERE**
Page 1 of ___ pages

| EXAMINED BY | | FORM VA |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |
| ☑ DEPOSIT ACCOUNT FUNDS USED | | |

# VA    134-951

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼  Western Publishing Company, Inc.          **Account Number** ▼   DAO  18139

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Mrs. Jalaine Tennessen
Western Publishing Company, Inc.
1220 Mound Avenue
Racine, Wisconsin   53404

Area Code & Telephone Number ▶  (414) 633-2431, Ext. 3599

Be sure to give your daytime phone ◀ number.

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of  Bally Midway Mfg. Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Mrs. Jalaine Tennessen                                    date ▶  8/29/83

Handwritten signature (X) ▼

*Jalaine Tennessen*

| MAIL CERTIFI-CATE TO | Name ▼  Mrs. Jalaine Tennessen Western Publishing Company, Inc. | **9** |
| Certificate will be mailed in window envelope | Number/Street/Apartment Number ▼  1220 Mound Avenue | |
| | City/State/ZIP ▼  Racine, Wisconsin   53404 | |

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights?*
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1981: 355–312                                                                    Nov. 1981-600,000

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM TX**
UNITED STATES COPYRIGHT OFFICE



This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

REGISTRATION NUMBER

**TX   1-248-562**

TX        TXU

EFFECTIVE DATE OF REGISTRATION

**DEC 2 0 1983**

Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**   MS. PAC-MAN   Ms. Pac-Man's Prize Pupil   61791*

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION**   If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

**NAME OF AUTHOR ▼**   Bally Midway Mfg. Co.     **DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**   Name of Country
OR { Citizen of ▶ U.S.A.
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Art & Text

**NAME OF AUTHOR ▼**     **DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**   Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**     **DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**   Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP**   Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.
1983 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.
Month ▶ September   Day ▶ 6   Year ▶ 1983
U.S.A. ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Bally Midway Mfg. Co.
10601 W. Belmont Avenue
Franklin Park, Illinois 60131

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
20 DEC 1983
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
20 DEC 1983

**REMITTANCE NUMBER AND DATE**

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-11) on the reverse side of this page.   • See detailed instructions.   • Sign the form at line 10.

**DO NOT WRITE HERE**
Page 1 of _____ pages

DA 4 004 11 616

*4004116161*

*On copy: 61971.

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

☐ DEPOSIT ACCOUNT
FUNDS USED

**FORM TX**

FOR
COPYRIGHT
OFFICE
USE
ONLY

TX   1-248-562

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**   Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes   ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼       **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**MANUFACTURERS AND LOCATIONS**   If this is a published work consisting preponderantly of nondramatic literary material in English, the law may require that the copies be manufactured in the United States or Canada for full protection. If so, the names of the manufacturers who performed certain processes, and the places where these processes were performed must be given. See instructions for details.
Names of Manufacturers ▼                                 Places of Manufacture ▼

Western Publishing Company, Inc.                  Racine, Wisconsin

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS**   A signature on this form at space 10, and a check in one of the boxes here in space 8, constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a ☐ Copies and Phonorecords        b ☐ Copies Only        c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Western Publishing Company, Inc.        Account Number ▼        DAO 18139

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼
Mrs. Jalaine Tennessen
Western Publishing Company, Inc.
1220 Mound Avenue   Racine, Wisconsin   53404
Area Code & Telephone Number ▶        (414)   633-2431   Ext. 3599

**9**

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION***   I, the undersigned, hereby certify that I am the
Check one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of        Bally Midway Mfg. Co.
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**10**

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Jalaine Tennessen                                        date ▶   12/14/83

Handwritten signature (X) ▼
*Jalaine Tennessen*

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼   Mrs. Jalaine Tennessen
Western Publishing Company, Inc.
Number/Street/Apartment Number ▼
1220 Mound Avenue
City/State/ZIP ▼
Racine, Wisconsin   53404

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 10?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?
**MAIL TO:** Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**11**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

★U.S. GOVERNMENT PRINTING OFFICE: 1983: 381-278/101

April 1983—100,050

Additional Certificate (17 U.S.C. 706)

# CERTIFICATE OF COPYRIGHT REGISTRATION



UNITED STATES COPYRIGHT OFFICE ★ THE LIBRARY OF CONGRESS ★

**OFFICIAL SEAL**

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

# FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

## VA 116-103

| | VA | | VAU |
|---|---|---|---|

EFFECTIVE DATE OF REGISTRATION

JAN 0 4 1983

| Month | Day | Year |
|---|---|---|

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

TITLE OF THIS WORK ▼
MS. PAC-MAN_TM  Paint with Water_TM  # 1756

NATURE OF THIS WORK ▼ See instructions
Pictorial illustrations

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼   Bally Midway Mfg. Co.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼
Pictorial illustrations

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

*DA 3 012 1602* *301216029*

---

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1982 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information Month ▶ August  Day ▶ 25  Year ▶ 1982
ONLY if this work has been published.
U.S.A. ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼

Bally Midway Mfg. Co.
10601 Wl Belmont Avenue
Franklin Park, Illinois 60131

APPLICATION RECEIVED
04 JAN 1983
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JAN 0 4 1983
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

FORM VA

VA    116-103

☐ CORRESPONDENCE
    Yes

☒ DEPOSIT ACCOUNT
    FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼    **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**   Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a.  **Preexisting Material**   Identify any preexisting work or works that this work is based on or incorporates. ▼

b.  **Material Added to This Work**   Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**   If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼  Western Publishing Company, Inc.    **Account Number** ▼   DAO  18139

**7**

**CORRESPONDENCE**   Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Mrs. Jalaine Tennessen
Western Publishing Company, Inc.
1220 Mound Avenue
Racine, Wisconsin  53404

Area Code & Telephone Number ▶ (414) 633-2431  Ext. 3599

Be sure to
give your
daytime phone
◀ number.

**CERTIFICATION***   I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of    Bally Midway Mfg. Co.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

Mrs. Jalaine Tennessen                                    date▶ 12/14/82

Handwritten signature (X) ▼

*Jalaine Tennessen*

**8**

**MAIL
CERTIFI-
CATE TO**

Certificate
will be
mailed in
window
envelope

Name ▼
Mrs. Jalaine Tennessen
Western Publishing Company, Inc.
Number/Street/Apartment Number ▼
1220 Mound Avenue
City/State/ZIP ▼
Racine, Wisconsin  53404

**Have you:**
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights?*
• Enclosed your deposit material with the application and fee?

MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1981: 355–312                                      Nov. 1981-600,000

# CERTIFICATE OF COPYRIGHT REGISTRATION



**FORM VA**

UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.



**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



REGISTRATION NUMBER

VA    104-383

VA          VAU

EFFECTIVE DATE OF REGISTRATION

4   AUG 1982

(Month)   (Day)   (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM VA/CON)**

---

**(1) Title**

TITLE OF THIS WORK:
MS. PAC-MAN PAL PAJAMA BAG AND PILLOW
Style No. 8507

NATURE OF THIS WORK: (See instructions)
sculpture and art work

Previous or Alternative Titles:

PUBLICATION AS A CONTRIBUTION: (If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.)

Title of Collective Work: _____ Vol. ___ No. ___ Date. ___ Pages ___

---

**(2) Author(s)**

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire," check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**

NAME OF AUTHOR:
Commonwealth Toy & Novelty Co., Inc.

DATES OF BIRTH AND DEATH:
Born ___ (Year)   Died ___ (Year)

Was this author's contribution to the work a "work made for hire"?   Yes. X. No.

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ___ (Name of Country) } or { Domiciled in USA (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes.   No.
Pseudonymous?   Yes.   No.
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)
sculpture and art work

**2**

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born ___ (Year)   Died ___ (Year)

Was this author's contribution to the work a "work made for hire"?   Yes.   No.

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ___ (Name of Country) } or { Domiciled in ___ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes.   No.
Pseudonymous?   Yes.   No.
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

**3**

NAME OF AUTHOR:

DATES OF BIRTH AND DEATH:
Born ___ (Year)   Died ___ (Year)

Was this author's contribution to the work a "work made for hire"?   Yes.   No.

AUTHOR'S NATIONALITY OR DOMICILE:
Citizen of ___ (Name of Country) } or { Domiciled in ___ (Name of Country)

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:
Anonymous?   Yes.   No.
Pseudonymous?   Yes.   No.
If the answer to either of these questions is "Yes," see detailed instructions attached.

AUTHOR OF: (Briefly describe nature of this author's contribution)

---

**(3) Creation and Publication**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:
1982 Year.
(This information must be given in all cases.)

DATE AND NATION OF FIRST PUBLICATION:
Date. February 10, 1982
(Month)   (Day)   (Year)
Nation U.S.A.
(Name of Country)
(Complete this block ONLY if this work has been published.)

---

**(4) Claimant(s)**

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):

Bally Midway Mfg. Co.
10601 West Belmont Ave.
Franklin Park, Illinois   60131

TRANSFER: (If the copyright claimant(s) named here in space 4 is different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)
By Assignment

---

- *Complete all applicable spaces (numbers 5-9) on the reverse side of this page*
- *Follow detailed instructions attached* • *Sign the form at line 8*

DO NOT WRITE HERE
Page 1 of ___ pages

| | EXAMINED BY | APPLICATION RECEIVED: | |
|---|---|---|---|
| | CHECKED BY | 04 AUG 1982 | FOR COPYRIGHT OFFICE USE ONLY |
| VA 104-383 | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: Parts 9 AUG 1982 4 AUG 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 323001 U.B. special | |

## DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM VA/CON)

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes.    No **X**

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
  - ☐ This is the first published edition of a work previously registered in unpublished form.
  - ☐ This is the first application submitted by this author as copyright claimant.
  - ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number.     Year of Registration.

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that this work is based on or incorporates.)
This work is based on a preexisting audiovisual work entitled MS. PAC-MAN which was registered on June 25, 1982, PA 140-275.

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
This work contains new sculptural and pictorial material.

**(6) Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name:

Account Number:

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.) 457-6664

Name: Kathleen D. Kennedy, Esq.
Brownstein Zeidman and Schomer
Address: Suite 900, 1025 Conn. Ave., N.W. (Apt.)
Washington, D.C. 20036
(City)   (State)   (ZIP)

**(7) Fee and Correspondence**

**CERTIFICATION:** ✱ I, the undersigned, hereby certify that I am the: (Check one)
☐ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☒ authorized agent of: Bally Midway Mfg. Co.
(Name of author or other copyright claimant, or owner of exclusive right(s))
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) _Kathleen D. Kennedy_

Typed or printed name: Kathleen D. Kennedy    Date: 8/4/82

**(8) Certification** (Application must be signed)

Kathleen D. Kennedy, Esq.
Brownstein Zeidman and Schomer
Suite 900, 1025 Connecticut Ave., N.W.
(Number, Street and Apartment Number)
Washington, D.C. 20036
(City)   (State)   (ZIP code)

**MAIL CERTIFICATE TO**

(Certificate will be mailed in window envelope)

**(9) Address for Return of Certificate**

✱ 17 U.S.C. § 506(e): FALSE REPRESENTATION — Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1979-281-421/5        March 1979—100,000

# CERTIFICATE OF REGISTRATION



FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG



VA 1 - 155 - 762

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

7 - 31 - 02
Month     Day     Year

SEPARATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK ▼**

MS.PAC-MAN/GALAGA Operator's Manual

**NATURE OF THIS WORK ▼** See Instructions

text and drawings

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.     **Title of Collective Work ▼**

If published in a periodical or serial give:   Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**

Namco America, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ⎰ Citizen of ▶ _____
    ⎱ Domiciled in ▶ USA

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☒ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☒ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b** **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR ⎰ Citizen of ▶ _____
    ⎱ Domiciled in ▶ _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** **Year In Which Creation of This Work Was Completed**
2000
◀ Year

This Information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶ September  Day ▶ 22  Year ▶ 2000
USA     ◀ Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Namco America, Inc.
2055 Junction Avenue
San Jose, CA 95131

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 31 2002
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUL 31 2002
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

MS.PAC-MAN and GALAGA logos

**a**

**6**

See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

new text and technical drawing

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                    **Account Number** ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Hideki Yoshimoto
Namco Holding Corp.
2055 Junction Avenue
San Jose, CA 95131

**b**

Area code and daytime telephone number ▶ (    )                    Fax number ▶ (    )
Email▶

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s)

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Kevin Hayes President, Namco America, Inc.                    Date▶ 7-29-02

☞ Handwritten signature (X) ▼
X

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Hideki Yoshimoto Namco Holding Corp. |
|---|---|
| | **Number/Street/Apt** ▼ 2055 Junction Avenue |
| | **City/State/ZIP** ▼ San Jose, CA 95131 |

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

As of July 1, 1999, the filing fee for Form VA is $30.

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000
WEB REV: June 1999

☺ PRINTED ON RECYCLED PAPER

☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71

# CERTIFICATE OF REGISTRATION





This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA    555 101**
VA          VAU

EFFECTIVE DATE OF REGISTRATION

Dec 21 1992
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

PAC-MAN Characters and Log Style Guide

NATURE OF THIS WORK ▼ See instructions

Text and Drawing

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**a**

NAME OF AUTHOR ▼

NAMCO LIMITED

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ Japan

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NATURE OF AUTHORSHIP  Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map            ☐ Technical drawing
☒ 2-Dimensional artwork         ☐ Photograph     ☒☒ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture       ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph     ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED  This information must be given in all cases.
1991 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 8   Year ▶ 1991   Nation ▶ U.S.A.

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

NAMCO LIMITED
2-1-21 Yaguchi, Ota-ku
Tokyo 146, Japan

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
FEB 16 1993
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
Dec 21 1992

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.         • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

VA   555 16

| EXAMINED BY | FORM VA |
| CHECKED BY | |
| CORRESPONDENCE ☑ Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

Numerous graphics of audiovisual work, photographic illustrations and text entitled PAC-MAN owned by NAMCO LIMITED.

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Newly created text and drawings

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/Zip ▼

Attn. Hideki Yoshimoto
NAMCO-AMERICA, INC.
150 Charcot Avenue
San Jose, CA 95131

Area Code & Telephone Number▶

Be sure to give your daytime phone ◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
            Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Masahiro Tachibana    Managing Director, Namco Ltd.  date▶ February 3, 1993

        Handwritten signature (X) ▼

        _Masahiro Tachibana_

**MAIL CERTIFICATE TO**

| Name ▼ | Attn. Hideki Yoshimoto NAMCO-AMERICA, INC. |
| Number/Street/Apartment Number ▼ | P.O.Box 641630 |
| City/State/ZIP ▼ | San Jose, CA 95164-1630 |

Certificate will be mailed in window envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

The Copyright Office has the authority to adjust fees at 5-year intervals, based on changes in the Consumer Price Index. The next adjustment is due in 1995. Please contact the Copyright Office after July 1995 to determine the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1992—100,000          ☆U.S. GOVERNMENT PRINTING OFFICE: 1992 3 2-432/60,009

Case 2:19-cv-05896-VC   Document 50   Filed 01/22/20   Page 143 of 165



# INDEX

INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

PAC-MAN LOGOS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-4

PAC-MAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-6

MS. PAC-MAN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-8

PAC-BABY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

GHOSTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-12

PAC-MAN AND MS. PAC-MAN . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

HEIGHT GUIDE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

# INTLRODUCTION

To ensure consistency of the use of these characters, please
follow the guidelines in this manual.

• • •

1.  When using the PAC-MAN family characters, do not make
any connotation with sex, violence, or illegal drugs.

2.  Indicate legal copy as:   © Namco Ltd.

Please call or write to our office for the correct legal text
appropriate to your needs.

# PAC-MAN LOGOS



Use this version for 3-color printing.

PMS 199c

PMS 130c

PMS 1685c



Use this for 2-color printing.

PMS 130c

PMS 1685c



Use this for black and white printing.

3

# PAC-MAN LOGOS







4

# PAC-MAN









Note: Eyes and open mouth for PAC-MAN will always be Black

# PAC-MAN







Note: Eyes and open mouth for PAC-MAN will always be Black

6

# MS. PAC-MAN

**MS.PAC-MAN is as formidable a ghost chaser as her better half.**



- PMS 200c
- PMS 270c
- PMS 109c
- PMS 206c
- PMS 205c
- PMS 165c
- PMS 109c
- PMS 200c
- Black







**Note: Eyes for MS. PAC-MAN will always be Black**

# MS. PAC-MAN





**Note: Eyes for MS. PAC-MAN will always be Black**

# PAC-BABY

**PAC-BABY is just learning to walk.**



PMS 200c
PMS 109c
PMS 165c
White
PMS 211c
PMS 200c





**Note: Eyes for PAC-BABY will always be Black**

9

# GHOSTS

Those wicked ghosts are always up to no good.



- Black
- PMS 205c
- PMS 165c
- PMS 200c



Clyde (Red): The boss and the most agressive ghost.



- Black
- PMS 270c
- PMS 205c
- PMS 206c
- PMS 529c
- PMS 203c



Pinky (Pink): The cleverest one who stays one step ahead of *PAC-MAN*.

Note: Ghosts eyes will always be Black and White

10

# GHOSTS

 

— Black

— PMS 298c

— PMS 205c

— PMS 339c

**Inky (Blue): The eccentric one.**

 

— Black

— PMS 200c

— PMS 205c

— PMS 165c

**Blinky (Orange): The most naive and unsophisticated ghost.**

**Note: Ghosts eyes will always be Black and White**

# GHOSTS



**Blinky Shocked**



**Blinky Scared**



**Inky Surprised**



**Ghost Gang**

Note: Ghosts eyes will always be Black and White

# PAC-MAN AND MS. PAC-MAN

**The happy couple enjoy their time together.**





# HEIGHT GUIDE



EXHIBIT 5



# EXHIBIT 6

**From:** pkh@atgames.net <pkh@atgames.net>
**Sent:** Tuesday, July 30, 2019 1:12 PM
**To:** Shuhei Hokari <shokari@bandainamcoent.com>; 'Delilah Estavil' <delilah.estavil@atgames.net>; Kyoko Acheson <kacheson@bandainamcoent.com>
**Cc:** 'Janice Ross' <janice.ross@atgames.net>; 'Jodie Lee, (ATG)' <jlee@atgames.net>
**Subject:** RE: Planning for 2020

Hi Kyoko and Shuhei,

Thank you for the call! Quick recap:

1. We will wait for your 40th Anniversary presentation and resubmit our proposal for 2020 subsequently for your feedback and guideline. We will prepare to have a face to face meeting at TGS.
2. We did not claim to be licensed by Bandai Namco for Ms. Pac-Man products.
3. The categories that have already received Ms. Pac-Man license were granted earlier before the wait policy.
4. For our categories our intention/interest remains unchanged that we pay GCC a separate royalty in addition to our direct royalty to Bandai Namco.

Let me know if I missed anything.

Thanks!

---

**From:** Shuhei Hokari <shokari@bandainamcoent.com>
**Sent:** Tuesday, July 30, 2019 1:18 PM
**To:** pkh@atgames.net; 'Delilah Estavil' <delilah.estavil@atgames.net>; Kyoko Acheson <kacheson@bandainamcoent.com>
**Cc:** 'Janice Ross' <janice.ross@atgames.net>; 'Jodie Lee, (ATG)' <jlee@atgames.net>
**Subject:** RE: Planning for 2020

Hi, PK

Thank you for the call.

>We did not claim to be licensed by Bandai Namco for Ms. Pac-Man products.

Just one quick confirmation, our partner told us that AtGames told them that they have acquired licensed of MsPAC-MAN for both arcade and consumer game from **_GCC._**
Can you please confirm that this is not what you claimed?

Best
Shuhei

| From: | pkh@atgames.net |
|---|---|
| Sent: | Tuesday, July 30, 2019 1:28 PM |
| To: | 'Shuhei Hokari'; 'Kyoko Acheson' |
| Cc: | 'Jodie Lee, (ATG)' |
| Subject: | RE: Planning for 2020 |

(removing Delilah and Janice)

LOL no we didn't make such a claim. You will be the first one we come to 😊

Who's this strange partner? We don't speak with anybody about this type of sensitive and confidential things.

# EXHIBIT 7

| | |
|---|---|
| **From:** | pkh@atgames.net |
| **Sent:** | Tuesday, September 3, 2019 1:59 PM |
| **To:** | hirie@bandainamcoent.com |
| **Cc:** | 'John Ebbinghouse' |
| **Subject:** | RE: Bandai/Namco AtGames Discussion |

Thank you John!

Dear Hide,

I would love to visit you to explore capturing the significant revenue opportunity at GameStop with your partnership and support. We are based in El Segundo, CA.

-PK
310-666-2811 (M)
310-591-5550 x 303 (O)

---

**From:** John Ebbinghouse <EbbinghouseJ@wattceg.com>
**Sent:** Tuesday, September 3, 2019 1:48 PM
**To:** 'hirie@bandainamcoent.com' <hirie@bandainamcoent.com>; PKH <pkh@atgames.net>
**Subject:** Bandai/Namco AtGames Discussion

Hide:  Hope all is well with you.  Great seeing you at E3 and I still have great memories of our  working together in the past.  Other than the money you won from me with Jonathan and Dereck!  I still want a rematch at some point!!

I have been working with PK Hsiung and the team at AtGames for many years.  He is a good friend and one I have tremendous respect for.  He and I are working on creating an opportunity with Ms Pac Man licensed product for GameStop. I know the brand has a long history and the recent agreement between GCC and AtGames hopefully will provide us all a way to work together on this project.

I have copied PK on this and hoping you can take some time to meet with him to discuss making this happen soon.  The license has such value and awareness, it would be a tremendous win for the consumer to finally have the ability to play this iconic game at home on a high quality product.

Thanks for the consideration and help.  Look forward to seeing you soon.

Take care.

John

**John Ebbinghouse**



**Watt & Co.**
**13612 Midway Road, Suite 510**
**Dallas, Texas  75244**

1