Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Andrew H. Winetroub (Bar No. 291847)
awinetroub@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, California 94111-3600
Tel.  (415) 984-8200
Fax.  (866) 294-8300

David L. May (*Appearance Pro Hac Vice*)
dmay@nixonpeabody.com
Jennette W. Psihoules (*Appearance Pro Hac Vice*)
jpsihoules@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel.  (202) 585-8000
Fax.  (202) 585-8080

*Attorneys for Plaintiff*
BANDAI NAMCO Entertainment America Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BANDAI NAMCO ENTERTAINMENT AMERICA INC., <br><br>                    Plaintiff, <br><br> vs. <br><br> ATGAMES HOLDINGS, LTD.; and DOES 1 through 50, <br><br>                    Defendants. | **Case No. 3:19-cv-05898-VC** <br><br> **PARTIES' JOINT RESPONSE TO DOCKET NO. 54 REGARDING APRIL 14, 2020 SETTLEMENT CONFERENCE** |
| ATGAMES HOLDINGS, LTD., <br><br>                    Counter-Claimant, <br><br> vs. <br><br> BANDAI NAMCO ENTERTAINMENT AMERICA INC., <br><br>                    Counter-Defendant. | |

Pursuant to the Court's Notice Regarding Settlement Conference (Docket No. 54), the Parties have met and conferred regarding their positions about the proposed next steps for the currently calendared Settlement Conference before Judge Beeler on April 14, 2020, as set forth in the Notice and Order Regarding Settlement Conference (Docket No. 49).  The Parties propose that the current deadlines set forth in the Notice and Order Regarding Settlement Conference remain in place and that the parties conduct the settlement conference on April 14, 2020 telephonically.

DATED:  March 19, 2020    */s/ Robert A. Wiekert*
Robert. A. Weikert
David L. May
Andrew H. Winetroub
Jennette W. Psihoules

*Attorneys for Plaintiff*
BANDAI NAMCO Entertainment America Inc.

DATED:  March 19, 2020    */s/ Jennifer D. Bennett*
Jennifer D. Bennett
Jinshu Zhang

*Attorneys for Defendant*
AtGames Holdings, Ltd.

## SIGNATURE ATTESTATION

Pursuant to Civ. L.R. 5-1(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

DATED:  March 19, 2020            */s/ Jennifer D. Bennett*
                                                        Jennifer D. Bennett

                                                        *Attorneys for Defendant*
                                                        AtGames Holdings, Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below I caused to be served the

**PARTIES' JOINT RESPONSE TO DOCKET NO. 54 REGARDING APRIL 14, 2020 SETTLEMENT CONFERENCE**

via the Court's CM/ECF system upon all counsel of record registered to receive electronic filings as indicated on the Court's website, pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Rule 5-1.

I declare under penalty of perjury, under the laws of the United States of America, that the above is true and correct. Executed on March 19, 2020, in Alameda, California.

                                        */s/ Jennifer D. Bennett*
                                          Jennifer D. Bennett