Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Andrew H. Winetroub (Bar No. 291847)
awinetroub@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 32nd Floor
San Francisco, California 94111-3600
Tel: (415) 984-8200
Fax: (866) 294-8300

David L. May (*Appearance Pro Hac Vice*)
dmay@nixonpeabody.com
Jennette W. Psihoules (*Appearance Pro Hac Vice*)
jpsihoules@nixonpeabody.com
NIXON PEABODY LLP
799 9th Street NW
Washington, DC 20001-4501
Tel: (202) 585-8000
Fax: (202) 585-8080

*Attorneys for Plaintiff*
BANDAI NAMCO Entertainment America Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| BANDAI NAMCO ENTERTAINMENT AMERICA INC., <br><br> Plaintiff, <br><br> vs. <br><br> ATGAMES HOLDINGS, LTD.; and DOES 1 through 50, <br><br> Defendants. | **Case No.: 3:19-cv-05898-VC** <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Hon. Vince Chhabria <br> United States District Court Judge |
| ATGAMES HOLDINGS, LTD., <br><br> Counter-Claimant, <br><br> vs. <br><br> BANDAI NAMCO ENTERTAINMENT AMERICA INC., <br><br> Counter-Defendant. | |

## **STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counter-Defendant BANDAI NAMCO Entertainment America Inc. ("BNEA") and Defendant and Counter-Claimant AtGames Holdings, Ltd. ("AtGames", and, together with BNEA, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree that that the above-captioned case be dismissed in its entirety with prejudice, inclusive of the respective claims and counterclaims asserted by BNEA and AtGames therein.  The Parties further stipulate and agree that all Parties are to bear their own costs of the litigation, including any attorneys' fees.

DATED:  December 21, 2020            **NIXON PEABODY LLP**

By: */s/ Robert A. Weikert*

Robert A. Weikert (Bar No. 121146)
rweikert@nixonpeabody.com
Andrew H. Winetroub (Bar No. 291847)
awinetroub@nixonpeabody.com
David L. May (*Appearance Pro Hac Vice*)
dmay@nixonpeabody.com
Jennette W. Psihoules (*Appearance Pro Hac Vice*)
jpsihoules@nixonpeabody.com

*Attorneys for Plaintiff and Counter-Defendant*
BANDAI NAMCO Entertainment America Inc.

**DENTONS US LLP**

By: */s/ Jinshu "John" Zhang*

Jennifer D. Bennett (Bar No. 235196)
jennifer.bennett@dentons.com
Jinshu "John" Zhang (Bar No. 166981)
john.zhang@dentons.com
Manny J. Caixeiro (Bar No. 320473)
manny.caixeiro@dentons.com

*Attorneys for Defendant and Counter-Claimant*
AtGames Holdings, Ltd.

- 2 -

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December __, 2020

                                                            Hon. Vince Chhabria
                                                            United States District Judge